# EXHIBIT C



SHOP NOW    FAQ

CONTACT



 

SHOP NOW FAQ
CONTACT

**25 FT HydroTech Hose**
**$34.99**

**50 FT HydroTech Hose**
**$44.99**



 

SHOP NOW FAQ
CONTACT

**100 FT HydroTech Hose**

**$69.99**

**VIEW ALL**

## Water Anything, Anywhere with HydroTech

The HydroTech high performance hose can go anywhere you work. In the garden or on the campsite, our premium expandable garden hose is guaranteed not to burst or break. We created HydroTech to be the only hose you'll ever need — lightweight, durable, flexible, and flowing with optimal water pressure at all times.



SHOP NOW FAQ CONTACT

## Why Choose HydroTech Expandable Hose?

| | HYDROTECH EXPANDABLE HOSE | OTHER EXPANDABLE HOSE | TRADITIONAL HOSE |
|---|---|---|---|
| Easy To Store | ✓ | ✓ | ✗ |
| Kink Proof | ✓ | ✓ | ✗ |
| Lightweight | ✓ | ✓ | ✗ |
| Burst Proof | ✓ | ✗ | ✗ |
| Corrosion Resistant | ✓ | ✗ | ✗ |
| Mold & Mildew Resistant | ✓ | ✗ | ✗ |
| 10 Year Full Warranty | ✓ | ✗ | ✗ |

## Innovative Design Features

 

## Convenient & Easy To Use For Every Application



SHOP NOW FAQ
CONTACT

SHOP NOW

## Simply Easier To Use

Other Hoses

HydroTech Hose

No more hauling around a heavy and twisted up hose around the garden. With HydroTech you can reach all parts of your garden quickly without worrying about kinks and twists. It is guaranteed to not burst or break.

## See What HydroTech Customers Are Saying



SHOP NOW FAQ
CONTACT

"I'm using the 25' Hydrotech expandable hose on my deck and it's perfect for my plants. It's super light and so easy to move around, the connector fits tight to the spigot with no leaking and has a brass valve to turn it off or slow the water flow. It's light yet still feels heavy duty."

— Laurel

"Great garden hose, perfect le weight. It is light and very easy t Made of great material and very really like that it is expandable, i much convenience. I use it backyard daily and I am totall about it."

— Aria

100 FT HydroTech Hose

 

SHOP NOW     FAQ

CONTACT







 

SHOP NOW     FAQ
CONTACT











SHOP NOW FAQ CONTACT

FLOW-CONTROL SHUTOFF

EMPTY HOSE SHRINKS TO

OPERATION INSTRUCTIONS BEFORE FIRST USE

Stretch your hose to its specified length and hold it in place for 1-minute.

Taking this initial action encourages the reinforced latex tube to create expansion memory.

>



 











ADD TO CART

BUY IT NOW

The HydroTech 100 ft. Expandable Burst Proof Garden Water Hose can be easily transported anywhere you work. It's the only hose you'll ever need - lightweight yet durable, flexible, and flowing with optimal water pressure at all times.

- Includes a heavy-duty brass valve with flow-control shut-off
- Patent-pending force control technology protects the hose from bursting
- The tough Nylon connector resists rust and creates a tight seal to the spigot
- A thick latex liner provides an added layer of protection to the webbing, avoiding tears and rips at the connection point
- The Strain Relief Guard creates support from the connector to the hose, extending bend radius and stability
- Mold and mildew resistant material



SHOP NOW     FAQ
CONTACT





SHOP NOW FAQ
CONTACT

© 2023, HydroTech Hose Powered by Shopify