# EXHIBIT D

## Claim Chart for U.S. Patent No. 10,890,278 – Winston Products LLC

Telebrands Corporation ("Telebrands") provides evidence of infringement of Claim 1 of U.S. Patent No. 10,890,278 (the "'278 Patent") by Winston Products LLC ("Winston").  In support thereof, Telebrands provides the following claim chart.

"Accused Products" as used herein refers to at least Winston's HydroTech Hose in sizes 25 feet, 50 feet, 75 feet, and 100 feet, as shown on Winston's website, https://hydrotechproducts.com/.

This claim chart demonstrates Winston's infringement by comparing each element of the asserted claim to corresponding components, aspects, and/or features of the Accused Products.  This claim chart is not intended to constitute an expert report on infringement.  This claim chart includes information provided by way of example, and not by way of limitation.

The analysis set forth below is based only upon information from publicly available resources regarding the Accused Products, as Winston has not yet provided any non-public information.  An analysis of Winston's (or other third parties') non-public documentation may assist in fully identifying all infringing components, aspects, features, and/or additional products provided by Winston.  Accordingly, Telebrands reserves the right to supplement this infringement analysis once such information is made available to Telebrands.  Furthermore, Telebrands reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claim or claims.

Telebrands provides this evidence of infringement and related analysis without the benefit of claim construction or expert reports or discovery.  Telebrands reserves the right to supplement, amend or otherwise modify this analysis and/or evidence based on any such claim construction or expert reports or discovery.

Unless otherwise noted, Telebrands contends that Winston directly infringes the '278 Patent in violation of 35 U.S.C. § 271(a) by making, using, offering for sale, or selling within the United States or importing into the United States the Accused Products.  The following exemplary analysis demonstrates that infringement.

Unless otherwise noted, Telebrands believes and contends that each element of each claim asserted herein is literally met by the Accused Products.  However, to the extent that Winston attempts to allege that any asserted claim element is not literally met, Telebrands believes and contends that such elements are met under the doctrine of equivalents.  More specifically, in its investigation and analysis of the Accused Products, Telebrands did not identify any substantial differences between the elements of the patent claims and the corresponding features of the Accused Products, as set forth herein.  In each instance, the identified feature of the Accused Products performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically-identified Accused Products, Telebrands asserts that, on information and belief, any similarly-functioning products also infringes the charted claim.  Telebrands reserves the right to amend this infringement analysis based on other products made, used, offered for sale, sold, and/or imported by Winston.  Telebrands also reserves the right to amend this infringement analysis by citing other claims of the '278 Patent, not listed in the claim chart, that are infringed by the Accused Products.  Telebrands further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Products" column of each chart.

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| 1[PRE] | A garden hose comprising: | The Accused Products are garden hoses.<br><br>Below is a screen shot of the 50 Feet HydroTech Hose:<br><br><br><br>*See*, https://hydrotechproducts.com/collections/hoses/products/hydrotech-hose-50ft (last visited March 21, 2023). |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| 1[A] | a flexible elongated outer tube constructed from a fabric material having a first end and a second end, an interior of said outer tube being substantially hollow, said flexible elongated outer tube having a maximal length; | The Accused Products have a flexible elongated outer tube (e.g., the gray and green fabric, flexible and elongated outer tube shown in the below images) constructed from a fabric material having a first end and a second end; the interior of the outer tube is substantially hollow; and the outer tube has a maximal length.<br><br>The below images from Winston's website shows the flexible elongated outer tube constructed from a fabric material (e.g., the gray and green fabric, flexible and elongated outer tube).<br><br><br><br>**50 FT HydroTech Hose**<br><br>$44.99<br><br>Shipping calculated at checkout.<br><br>Quantity<br>1<br><br>ADD TO CART<br><br>BUY IT NOW<br><br>The HydroTech 50 ft. Expandable Burst Proof Garden Water Hose can be easily transported anywhere you work. It's the only hose you'll ever need - lightweight yet durable, flexible, and flowing with optimal water pressure at all times. Patent pending. |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | **DEPENDABLE LATEX INNER LINER**<br><br>Durable, top-grade material resists punctures and leaking<br><br>IN USE HOSE EXPANDS TO<br>50 FT<br><br>EMPTY HOSE SHRINKS TO<br>17 FT<br><br>*See*, https://hydrotechproducts.com/collections/hoses/products/hydrotech-hose-50ft.<br><br>The above images of the Accused Product also show that the outer tube has first and second ends (each end connected to one of the connectors). |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | The Accused Products are described "lightweight yet durable, ***flexible***, and flowing with optimal water pressure at all times." <br><br> The HydroTech 50 ft. Expandable Burst Proof Garden Water Hose can be easily transported anywhere you work. It's the only hose you'll ever need - lightweight yet durable, flexible, and flowing with optimal water pressure at all times. <br><br> <ul><li>Includes a heavy-duty brass valve with flow-control shut-off</li><li>Patent-pending force control technology protects the hose from bursting</li><li>The tough Nylon connector resists rust and creates a tight seal to the spigot</li><li>A thick latex liner provides an added layer of protection to the webbing, avoiding tears and rips at the connection point</li><li>The Strain Relief Guard creates support from the connector to the hose, extending bend radius and stability</li><li>Mold and mildew resistant material</li></ul> <br> *See*, https://hydrotechproducts.com/collections/hoses/products/hydrotech-hose-50ft. |

5

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | The product details explain that the Accused Products, including the flexible elongated outer tube, expand up to 3 times in length under water pressure (from 17 feet to 50 feet), and therefore the flexible elongated outer tube has a maximal length of approximately 50 feet.<br><br>**DEPENDABLE LATEX INNER LINER**<br><br>Durable, top-grade material resists punctures and leaking<br><br>IN USE HOSE EXPANDS TO<br>50 FT<br><br>EMPTY HOSE SHRINKS TO<br>17 FT<br><br>*See*, https://hydrotechproducts.com/collections/hoses/products/hydrotech-hose-50ft. |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
|  |  | The below image taken of the Accused Product shows that the flexible elongated outer tube is substantially hollow:<br><br> |
| 1[B] | a flexible elongated elastic inner tube having a first end and a second end, an interior of said inner tube being substantially hollow, said elastic inner tube having a relaxed length when said inner tube is not extended, said inner tube relaxed length being less than said outer tube maximal length; | The Accused Products have a flexible elongated elastic inner tube (e.g., the blue elastic tube shown inside the gray and green fabric outer tube in the below images) having a first end and a second end; the interior of the inner tube is substantially hollow; the inner tube is formed of an elastic material; the elastic inner tube having a relaxed length when the inner tube is not extended or being stretched whereby the inner tube relaxed length is less than the maximal length of the outer tube. |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | The Accused Products are described as having a "thick latex liner" or flexible elongated elastic inner tube (latex is an elastic material) that runs the length of the outer tube, and that the hose (and therefore the inner elastic tube) extends to three times in length, from 17 feet in its relaxed state (when the inner tube is not being stretched – i.e., when there is no water pressure being applied to the hose) to 50 feet in its stretch or extended state (when pressurized water is being applied to the hose).  That is, the relaxed length of the inner tube is approximately 17 feet and its extended or stretched length is 50 feet, or 3x its relaxed length.  The relaxed length of the inner tube (17 feet) is therefore less than the maximal length of the outer tube (50 feet).<br><br>*See*, *e.g.*, the below images from https://hydrotechproducts.com/collections/hoses/products/hydrotech-hose-50ft:<br><br>The HydroTech 50 ft. Expandable Burst Proof Garden Water Hose can be easily transported anywhere you work. It's the only hose you'll ever need - lightweight yet durable, flexible, and flowing with optimal water pressure at all times.<br><br>• Includes a heavy-duty brass valve with flow-control shut-off<br>• Patent-pending force control technology protects the hose from bursting<br>• The tough Nylon connector resists rust and creates a tight seal to the spigot<br>• A thick latex liner provides an added layer of protection to the webbing, avoiding tears and rips at the connection point<br>• The Strain Relief Guard creates support from the connector to the hose, extending bend radius and stability<br>• Mold and mildew resistant material |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | |  |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
|  |  | The below image taken of the Accused Product shows that the flexible elongated elastic inner tube (e.g., the blue inner tube inside the gray and green fabric outer tube) is substantially hollow.<br><br> |
| 1[C] | a first coupler secured to said first end of said inner tube and said outer tube, said first coupler constructed to couple said hose to a conventional facet thereby providing pressurized water; | The Accused Products have a first coupler (e.g., first connector that connects the hose to a conventional facet thereby providing pressurized water) secured to the first end of the inner and the outer tubes, the first coupler is constructed to couple the hose to a conventional facet thereby providing pressurized water. |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | The below images show the first coupler (e.g., connector, annotated in red) coupled to one end of the hose (and thus the first end of the inner latex tube and the first end of the outer fabric tube).<br><br><br><br><br>*See*, https://hydrotechproducts.com/collections/hoses/products/hydrotech-hose-50ft. |

11

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | The below image shows the first coupler connecting the hose to a conventional facet (e.g., spigot) in order to provide pressurized water to the hose:  *See*, https://hydrotechproducts.com/collections/hoses/products/hydrotech-hose-50ft (first coupler identified by red box). Further, the below images of the Accused Product show the first coupler (e.g., connector) is secured to the first end of the inner tube and the outer tube.  The first image shows that the first end of the inner tube is crimped to the first coupler (this configuration is identified by the red box). |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | <br><br>The second image shows that the first end of the outer tube is placed over the first end of the inner tube and is secured to the first coupler by threadably coupling the bottom portion of the first coupler to the first coupler (this configuration is identified by the red box).  Thus, the first coupler is secured to the first end of the inner tube and the outer tube.<br><br><br><br>The first coupler is constructed to couple the hose to a conventional facet or other source of pressurized liquid (e.g., a standard water spigot) thereby providing pressurized water.  *See* the above images and description that the first connector forms a "tight connection at the spigot."  *See*, https://hydrotechproducts.com/collections/hoses/products/hydrotech-hose-50ft. |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| 1[D] | a second coupler secured to said second end of said inner tube and said outer tube, said inner tube is unsecured to said outer tube between said first and second ends so that said outer tube outer tube can move freely over said inner tube; and | The Accused Products have a second coupler (e.g., second connector) secured to the second end of the inner tube and the outer tube; the inner tube is unsecured to the outer tube between the first and second ends so that the outer tube can move freely over the inner tube.<br><br>The below images show the second coupler (e.g., connector, annotated in red) secured to the second end of the hose (and thus the second end of the inner latex tube and the outer fabric tube).<br><br><br><br>**50 FT HydroTech Hose**<br>$44.99<br>Shipping calculated at checkout.<br><br>Quantity<br>1<br><br>ADD TO CART<br><br>BUY IT NOW<br><br>The HydroTech 50 ft. Expandable Burst Proof Garden Water Hose can be easily transported anywhere you work. It's the only hose you'll ever need - lightweight yet durable, flexible, and flowing with optimal water pressure at all times. Patent pending. |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | <br><br>*See*, https://hydrotechproducts.com/collections/hoses/products/hydrotech-hose-50ft (second coupler identified by red box).<br><br>Further, the below images of the Accused Product show the second coupler (e.g., connector) is secured to the second end of the inner tube and the outer tube.  The first image shows that the second end of the inner tube is crimped to the second coupler (this configuration is identified by the red box).<br><br> |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | The second image shows that the second end of the outer tube is placed over the second end of the inner tube and is secured to the second coupler by threadably coupling the bottom portion of the second coupler to the second coupler (this configuration is identified by the red box).  Thus, the second coupler is secured to the second end of the inner tube and the outer tube.<br><br><br><br>Further, the inner tube is unsecured to the outer tube between the first and second ends, which can be seen by the below image showing the inner tube loosely resting within the outer tube.<br><br><br><br>Notably, the outer tube can and does move freely over the inner tube. |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| 1[E] | a flow restrictor coupled to said second coupler, | The Accused Products have a flow restrictor (e.g., valve with flow-control shutoff) coupled to the second coupler (e.g., second connector).<br><br>The below image shows the flow restrictor (e.g., valve with flow-control shutoff), which is provided between the second coupler and a hose spray nozzle.  The valve controls water flow out of the hose – that is, it permits water to flow out of the hose when it is in the open or on position and prevents water from flowing out of the hose when it is in the closed or off position.  The valve handle is identified by the red box.<br><br> |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | The flow restrictor is also described by Winston as a "valve with flow-control shut-off."<br><br>The HydroTech 50 ft. Expandable Burst Proof Garden Water Hose can be easily transported anywhere you work. It's the only hose you'll ever need - lightweight yet durable, flexible, and flowing with optimal water pressure at all times.<br><br>• Includes a heavy-duty brass valve with flow-control shut-off<br>• Patent-pending force control technology protects the hose from bursting<br>• The tough Nylon connector resists rust and creates a tight seal to the spigot<br>• A thick latex liner provides an added layer of protection to the webbing, avoiding tears and rips at the connection point<br>• The Strain Relief Guard creates support from the connector to the hose, extending bend radius and stability<br>• Mold and mildew resistant material |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | Further, as can be seen in the below image, when the handle of the valve is in the "off" position, the valve aperture is closed and fluid is prevented from exiting the hose (annotated in red).  When the handle of the valve is in the "on" position the valve aperture is open and fluid can freely flow through the valve and exit the hose (annotated in green).  *See*, https://hydrotechproducts.com/collections/hoses/products/hydrotech-hose-50ft. |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | whereby upon introduction of a flow of pressurized water through said first coupler into said inner tube and operation of said flow restrictor to at least partially block said flow of pressurized water from exiting said inner tube, said inner tube fills with pressurized water resulting in an increase in water pressure within said inner tube interior, said increase in water pressure expands said inner tube longitudinally along a length of said inner tube and laterally across a width of said inner tube thereby increasing said hose to an expanded condition, and whereby stopping said flow of pressurized water into said first coupler and releasing said pressurized water out of said second coupler results in said hose contracting to a decreased length as a result of an automatic contraction of said elastic inner tube. | The Accused Products operate such that they satisfy this limitation.<br><br>For example, the Accused Products operate as follows:  (1) the first coupler is attached to a faucet, water spigot or pressurized water source and the second coupler is connected to a spray nozzle with the valve in the closed or off position; (2) pressurized water is introduced to the hose through the first coupler and into the inner tube, with the flow restrictor or valve of the second coupler closed, which prevents the water from exiting the inner tube; (3) at this point, the inner tube fills with pressurized water resulting in an increase in water pressure within the interior of the inner tube, which causes the inner tube to expand longitudinally along the length of the inner tube and laterally across the width of the inner tube thereby increasing the hose to an expanded condition (e.g., from 17 feet to 50 feet).<br><br>Winston's website explains that when in use the expandable hose expands from 17 feet to 50 feet.<br><br><br><br>*See*, https://hydrotechproducts.com/collections/hoses/products/hydrotech-hose-50ft. |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | The "Operation Instructions" that come with the Accused Product further explain that "[w]hen water pressure meets or exceeds 60 PSI you can be confident the hose will expand, fill, and perform optimally on all future uses."  That is, the Accused Products extend to three times its length from 17 feet (relaxed length) when the inner tube is not being stretched (no water pressure) and expands to 50 feet (stretched length) when water pressure is introduced to the hose.  The inner tube must also expand laterally across a width of the inner tube as the pressure of the water increases the size of the hose to the expanded condition. |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | The Accused Products further operate such that stopping the flow of pressurized water into the first coupler (shutting the spigot off) and releasing the pressurized water out of the second coupler (opening the valve) results in the hose contracting to a decreased length (e.g., contracting from 50 feet back to 17 feet) as a result of an automatic contraction of the elastic inner tube.<br><br>Winston's website explains that after use the "empty hose shrinks to 17 FT."<br><br><br><br>*See*, https://hydrotechproducts.com/collections/hoses/products/hydrotech-hose-50ft. |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | As additional support that this claim limitation is satisfied, the "Operation Instructions" that come with the Accused Products further explain that the "[h]ose retracts when water source is turned off."<br><br> |