IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TELEBRANDS CORPORATION, | ) |
| Plaintiff, | ) CASE NO. 1:23-cv-00631-BMB |
| v. | ) Judge Bridget Meehan Brennan |
| WINSTON PRODUCTS LLC, | ) **DEFENDANT WINSTON PRODUCTS LLC'S UNOPPOSED MOTION FOR AN EXTENSION ON A DEADLINE TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| Defendant. | |

Defendant Winston Products LLC ("Winston"), by and through their counsel, moves this Court for an Order granting an extension of thirty days—from April 18, 2023 until **May 18, 2023** to answer, move, or otherwise respond to Plaintiff's Complaint. ECF No. 1. Defendant has informed Plaintiff of their request, and were informed that Plaintiff would not oppose the request for an extension.

Defendant has not previously requested an extension of time to respond to Plaintiff's complaint. This requested is submitted in good faith and not for purposes of delay. As a result, good cause exists for granting the extension and no prejudice will result to either party by the granting of this motion.

For those reasons, Defendant seeks an additional **thirty days** (until **May 18, 2023**) to answer, move, or otherwise respond to Plaintiff's Complaint.

5955553.1

DATED: April 14, 2023					Respectfully submitted,

					s/*David A. Bernstein*
					Nicholas Clifford (*Pro Hac Vice to be filed*)
					David A. Bernstein (0093955)
					TUCKER ELLIS LLP
					950 Main Avenue, Suite 1100
					Cleveland, OH 44113
					Telephone:	216.592.5000
					Facsimile:	216.592.5009
					E-mail:	david.bernstein@tuckerellis.com
							nicholas.clifford@tuckerellis.com

					*Attorneys for Defendant, Winston Products LLC*

2
5955553.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2023, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

David B. Cupar
McDonald Hopkins
600 Superior Avenue East, Suite 2100
Cleveland, OH 44114
Email: dcupar@mcdonaldhopkins.com

Michael J. Zonna (Pro Hac Vice forthcoming)
Vincent M. Ferraro (Pro Hac Vice forthcoming)
Kelley Drye & Warren LLP
3 World Trade Center
New York, NY 10007
Email: mzinna@kelleydrye.com
vferraro@kelleydrye.com

*Attorneys for Plaintiff Telebrands Corporation*

                                              */s/ David A. Bernstein*
                                              David A. Bernstein (0093955)
                                              *Attorneys for Defendant, Winston Products LLC*