# EXHIBIT C

## Claim Chart for U.S. Patent No. 10,174,870 – Winston Products LLC

Telebrands Corporation ("Telebrands") provides evidence of infringement of Claim 1 of U.S. Patent No. 10,174,870 (the "'870 Patent") by Winston Products LLC ("Winston").  In support thereof, Telebrands provides the following claim chart.

"Accused Products" as used herein refers to at least Winston's HydroTech Hose in sizes 25 feet, 50 feet, 75 feet, 100, and 200 feet, as shown on Winston's website, https://hydrotechproducts.com/collections/hoses.

This claim chart demonstrates Winston's infringement by comparing each element of the asserted claim to corresponding components, aspects, and/or features of the Accused Products.  This claim chart is not intended to constitute an expert report on infringement.  This claim chart includes information provided by way of example, and not by way of limitation.  The analysis set forth below is exemplary only.  Accordingly, Telebrands reserves the right to revise and/or supplement this infringement analysis, as deemed appropriate.

The analysis set forth below is based only upon information from publicly available resources regarding the Accused Products, as Winston has not yet provided any non-public information.  An analysis of Winston's (or other third parties') non-public documentation may assist in fully identifying all infringing components, aspects, features, and/or additional products provided by Winston.  Accordingly, Telebrands reserves the right to supplement this infringement analysis once such information is made available to Telebrands.  Furthermore, Telebrands reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claim or claims.

Telebrands provides this evidence of infringement and related analysis without the benefit of claim construction or expert reports or discovery.  Telebrands reserves the right to supplement, amend or otherwise modify this analysis and/or evidence based on any such claim construction or expert reports or discovery.

Unless otherwise noted, Telebrands contends that Winston directly infringes the '870 Patent in violation of 35 U.S.C. § 271(a) by making, using, offering for sale, or selling within the United States or importing into the United States the Accused Products.  The following exemplary analysis demonstrates that infringement.

Unless otherwise noted, Telebrands believes and contends that each element of each claim asserted herein is literally met by the Accused Products.  However, to the extent that Winston attempts to allege that any asserted claim element is not literally met, Telebrands believes and contends that such elements are met under the doctrine of equivalents.  More specifically, in its investigation and analysis of the Accused Products, Telebrands did not identify any substantial differences between the elements of the patent claims and the corresponding features of the Accused Products, as set forth herein.  In each instance, the identified feature of the

Accused Products performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically-identified Accused Products, Telebrands asserts that, on information and belief, any similarly-functioning products also infringes the charted claim. Telebrands reserves the right to amend this infringement analysis based on other products made, used, offered for sale, sold, and/or imported by Winston. Telebrands also reserves the right to amend this infringement analysis by citing other claims of the '870 Patent, not listed in the claim chart, that are infringed by the Accused Products. Telebrands further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Products" column of each chart.

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| 1[PRE] | A hose comprising: | The Accused Products are hoses.<br><br>Below is a screen shot of the 50 Feet HydroTech Hose:<br><br><br><br>*See*, https://hydrotechproducts.com/collections/hoses/products/hydrotech-hose-50ft (last visited June 22, 2023). |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| 1[A] | a flexible elongated outer tube constructed from a fabric material having a first end and a second end, an interior of said outer tube being substantially hollow, said flexible elongated outer tube having a maximal length and a maximal diameter; | The Accused Products have a flexible elongated outer tube (e.g., the gray and green fabric, flexible and elongated outer tube shown in the below images) constructed from a fabric material having a first end and a second end; the interior of the outer tube is substantially hollow; and the outer tube has a maximal length and a maximal diameter.<br><br>The below images from Winston's website shows the flexible elongated outer tube constructed from a fabric material (e.g., the gray and green fabric, flexible and elongated outer tube).<br><br><br><br>**5/8" x 50' Expandable Burst Proof Hose - Green**<br><br>$44.99  SOLD OUT<br><br>Shipping calculated at checkout.<br><br>Quantity<br>1<br><br>SOLD OUT<br><br>The HydroTech 50 ft. Expandable Burst Proof Garden Water Hose can be easily transported anywhere you work. It's the only hose you'll ever need - lightweight yet durable, flexible, and flowing with optimal water pressure at all times. |

3

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | *See*, https://hydrotechproducts.com/collections/hoses/products/hydrotech-hose-50ft.<br><br>The above images of the Accused Product also show that the outer tube has first and second ends (each end connected to one of the connectors). |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | The Accused Products are described as "lightweight yet durable, ***flexible***, and flowing with optimal water pressure at all times.<br><br>The HydroTech 50 ft. Expandable Burst Proof Garden Water Hose can be easily transported anywhere you work. It's the only hose you'll ever need - lightweight yet durable, flexible, and flowing with optimal water pressure at all times.<br><br>• Includes a heavy-duty brass valve with flow-control shut-off<br>• Patent-pending force control technology protects the hose from bursting<br>• The tough Nylon connector resists rust and creates a tight seal to the spigot<br>• A thick latex liner provides an added layer of protection to the webbing, avoiding tears and rips at the connection point<br>• The Strain Relief Guard creates support from the connector to the hose, extending bend radius and stability<br>• Mold and mildew resistant material<br>• California Residents - Prop 65 Warnings<br><br>*See*, https://hydrotechproducts.com/collections/hoses/products/hydrotech-hose-50ft. |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | The product details explain that the Accused Products, including the flexible elongated outer tube, expand up to 3 times in length and to the full radial extent under water pressure (from 17 feet to 50 feet), and therefore the flexible elongated outer tube has a maximal length and a maximal diameter.<br><br><br><br>*See*, https://hydrotechproducts.com/collections/hoses/products/hydrotech-hose-50ft. |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | The below image taken of the Accused Product shows that the flexible elongated outer tube is substantially hollow:<br><br> |
| 1[B] | a flexible elongated inner tube having a first end and a second end, an interior of said inner tube being substantially hollow, said inner tube being formed of an elastic material, said elastic inner tube having a relaxed length when said inner tube is not being stretched, said inner tube relaxed length being substantially less than said outer tube maximal length; | The Accused Products have a flexible elongated elastic inner tube (e.g., the blue elastic tube shown inside the gray and green fabric outer tube in the below images) having a first end and a second end; the interior of the inner tube is substantially hollow; the inner tube is formed of an elastic material; the elastic inner tube having a relaxed length when the inner tube is not extended or being stretched whereby the inner tube's relaxed length is substantially less than the maximal length of the outer tube. |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | The Accused Products are described as having a "thick ***latex*** liner" or flexible elongated elastic inner tube (latex is an elastic material) that runs the length of the outer tube, and that the hose (and therefore the inner elastic tube) extends to three times in length, from 17 feet in its relaxed state (when the inner tube is not being stretched – i.e., when there is no water pressure being applied to the hose) to 50 feet in its stretch or extended state (when pressurized water is being applied to the hose).  That is, the relaxed length of the inner tube is approximately 17 feet and its extended or stretched length is 50 feet, or 3x its relaxed length.  The relaxed length of the inner tube (17 feet) is therefore substantially less than the maximal length of the outer tube (50 feet). <br><br> *See*, *e.g.*, the below images from https://hydrotechproducts.com/collections/hoses/products/hydrotech-hose-50ft. <br><br> The HydroTech 50 ft. Expandable Burst Proof Garden Water Hose can be easily transported anywhere you work. It's the only hose you'll ever need - lightweight yet durable, flexible, and flowing with optimal water pressure at all times. <br><br> • Includes a heavy-duty brass valve with flow-control shut-off <br> • Patent-pending force control technology protects the hose from bursting <br> • The tough Nylon connector resists rust and creates a tight seal to the spigot <br> • A thick latex liner provides an added layer of protection to the webbing, avoiding tears and rips at the connection point <br> • The Strain Relief Guard creates support from the connector to the hose, extending bend radius and stability <br> • Mold and mildew resistant material <br> • California Residents - Prop 65 Warnings |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | The below image taken of the Accused Product shows that the flexible elongated elastic inner tube (e.g., the blue inner tube inside the gray and green fabric outer tube) is substantially hollow.<br><br> |
| 1[C] | a first coupler secured to said first end of said inner and said outer tubes, said first coupler constructed to couple said hose to a source of pressurized liquid; | The Accused Products have a first coupler (e.g., first connector that connects the hose to source of pressurized liquid or water spigot) secured to the first end of the inner and the outer tubes, the first coupler is constructed to couple the hose to a source of pressurized liquid (e.g., a spigot or faucet). |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | The below images show the first coupler (e.g., connector, annotated in red) secured to one end of the hose (and thus a first end of the inner latex tube and the first end of the outer fabric tube). *See*, https://hydrotechproducts.com/collections/hoses/products/hydrotech-hose-50ft. |

11

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | The below image shows the first coupler connecting the hose to a source of pressurized liquid (e.g., a water spigot).<br><br><br><br>*See*, https://hydrotechproducts.com/collections/hoses/products/hydrotech-hose-50ft (first coupler identified by red box). |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | Further, the below images of the Accused Product show the first coupler (e.g., connector) is secured to the first end of the inner tube and the outer tube.  The first image shows that the first end of the inner tube is crimped to the first coupler (this configuration is identified by the red box).<br><br><br><br>The second image shows that the first end of the outer tube is placed over the first end of the inner tube and is secured to the first coupler by threadably coupling the bottom portion of the first coupler to the first coupler (this configuration is identified by the red box).  Thus, the first coupler is secured to the first end of the inner tube and the outer tube.<br><br> |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | The first coupler is constructed to couple said hose to a source of pressurized liquid (e.g., a standard water spigot) thereby providing pressurized water to the hose.  *See* the above images and description that the first connector forms a "tight connection at the spigot."  *See* https://hydrotechproducts.com/collections/hoses/products/hydrotech-hose-50ft. |
| 1[D] | a second coupler secured to said second end of said inner and said outer tubes, said inner and outer tubes unsecured between said first and second ends so that said outer tube is not held in frictional contact with said inner tube so that said outer tube can move freely along said inner tube; and | The Accused Products have a second coupler (e.g., second connector) secured to the second end of the inner and outer tubes; the inner and outer tubes are unsecured between the first and second ends so that the outer tube is not held in frictional contact with the inner tube so that the outer tube can move freely along the inner tube. The below images show the second coupler (e.g., connector, annotated in red) secured to the second end of the hose (and thus the second end of the inner latex tube and the outer fabric tube).<br><br><br><br>**5/8" x 50' Expandable Burst Proof Hose - Green**<br><br>$44.99  SOLD OUT<br><br>Shipping calculated at checkout.<br><br>Quantity<br>1<br><br>SOLD OUT<br><br>The HydroTech 50 ft. Expandable Burst Proof Garden Water Hose can be easily transported anywhere you work. It's the only hose you'll ever need - lightweight yet durable, flexible, and flowing with optimal water pressure at all times. |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | <br><br>*See*, https://hydrotechproducts.com/collections/hoses/products/hydrotech-hose-50ft (second coupler identified by red box).<br><br>Further, the below images of the Accused Product show the second coupler (e.g., connector) is secured to the second end of the inner and the outer tubes. The first image shows that the second end of the inner tube is crimped to the second coupler (this configuration is identified by the red box).<br><br> |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | The second image shows that the second end of the outer tube is placed over the second end of the inner tube and is secured to the second coupler by threadably coupling the bottom portion of the second coupler to the second coupler (this configuration is identified by the red box).  Thus, the second coupler is secured to the second end of the inner and outer tubes.<br><br><br><br>Further, the inner and outer tubes are unsecured between the first and second ends of the tubes, which can be seen by the below image.<br><br> |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | Therefore, the outer tube is not held in frictional contact with the inner tube, thus allowing the outer tube to move freely along the surface of the inner tube when the hose is expanded. |
| 1[E] | a flow restrictor coupled to said second coupler, | The Accused Products have a flow restrictor (e.g., valve with flow-control shutoff) coupled to the second coupler (e.g., second connector).<br><br>The below image shows the flow restrictor (e.g., valve with flow-control shutoff), which is provided between the second coupler and a hose spray nozzle.  The valve controls water flow out of the hose – that is, it permits water to flow out of the hose when it is in the open or on position and prevents water from flowing out of the hose when it is in the closed or off position.  The valve handle is identified by the red box.<br><br> |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | The flow restrictor is also described by Winston as a "valve with flow-control shut-off." <br><br> The HydroTech 50 ft. Expandable Burst Proof Garden Water Hose can be easily transported anywhere you work. It's the only hose you'll ever need - lightweight yet durable, flexible, and flowing with optimal water pressure at all times. <br><br> <ul><li>Includes a heavy-duty brass valve with flow-control shut-off</li><li>Patent-pending force control technology protects the hose from bursting</li><li>The tough Nylon connector resists rust and creates a tight seal to the spigot</li><li>A thick latex liner provides an added layer of protection to the webbing, avoiding tears and rips at the connection point</li><li>The Strain Relief Guard creates support from the connector to the hose, extending bend radius and stability</li><li>Mold and mildew resistant material</li><li>California Residents - Prop 65 Warnings</li></ul> |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | Further, as can be seen in the below image, when the handle of the valve is in the "off" position, the valve aperture is closed and fluid is prevented from exiting the hose (annotated in red).  When the handle of the valve is in the "on" position the valve aperture is open and fluid can freely flow through the valve and exit the hose (annotated in green). <br><br> <br><br> *See*, https://hydrotechproducts.com/collections/hoses/products/hydrotech-hose-50ft. |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | whereby upon introduction of a flow of pressurized liquid through said first coupler into said inner tube and operation of said flow restrictor to at least partially block said flow of pressurized liquid from exiting inner tube, said inner tube fills with pressurized liquid resulting in an increase in fluid pressure within said inner tube interior, said increase in fluid pressure expands said inner tube longitudinally along a length of said inner tube and laterally across a width of said inner tube thereby increasing said hose to an expanded condition, and whereby stopping said flow of pressurized liquid into said first coupler and releasing said pressurized liquid out of said second coupler results in said hose contracting to a decreased length as a result of the automatic contraction of the elastic inner tube. | The Accused Products operate such that they satisfy this limitation.<br><br>For example, the Accused Products operate as follows:  (1) the first coupler is attached to a water spigot or pressurized water source and the second coupler is connected to a spray nozzle with the valve in the closed or off position; (2) pressurized water is introduced to the hose through the first coupler and into the inner tube, with the flow restrictor or valve of the second coupler closed, which prevents the water from exiting the inner tube; (3) at this point, the inner tube fills with pressurized water resulting in an increase in water pressure within the interior of the inner tube, which causes the inner tube to expand longitudinally along the length of the inner tube and laterally across the width of the inner tube, which increases the length of the hose to an expanded condition (e.g., from 17 feet to 50 feet).<br><br>Winston's website explains that when in use the expandable hose expands from 17 feet to 50 feet.<br><br><br><br>*See*, https://hydrotechproducts.com/collections/hoses/products/hydrotech-hose-50ft. |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | The "Operation Instructions" that come with the Accused Products further explain that "[w]hen water pressure meets or exceeds 60 PSI you can be confident the hose will expand, fill, and perform optimally on all future uses."<br><br><br><br>That is, the Accused Products extend to three times its length from 17 feet (relaxed length) when the inner tube is not being stretched (no water pressure) and expands to 50 feet (stretched length) when water pressure is introduced to the hose.  The inner tube must also expand laterally across a width of the inner tube as the pressure of the water increases the size of the hose to the expanded condition. |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | The Accused Products further operate such that stopping the flow of pressurized water into the first coupler (shutting the spigot off) and releasing the pressurized water out of the second coupler (opening the valve) results in the hose contracting to a decreased length (e.g., contracting from 50 feet back to 17 feet) as a result of the automatic contraction of the elastic inner tube.<br><br>Winston's website explains that after use the "empty hose shrinks to 17 FT."<br><br>**DEPENDABLE LATEX INNER LINER**<br>Durable, top-grade material resists punctures and leaking<br><br>IN USE HOSE EXPANDS TO<br>50 FT<br><br>EMPTY HOSE SHRINKS TO<br>17 FT<br><br>*See*, https://hydrotechproducts.com/collections/hoses/products/hydrotech-hose-50ft. |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | As additional support that this claim limitation is satisfied, the "Operation Instructions" that come with the Accused Products further explain that the "[h]ose retracts when water source is turned off." |