IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TELEBRANDS CORPORATION, | ) | Case No. 1:23-cv-00631-BMB |
| | ) | |
| Plaintiff, | ) | Judge Bridget Meehan Brennan |
| | ) | |
| v. | ) | |
| | ) | |
| WINSTON PRODUCTS LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT WINSTON PRODUCTS LLC'S ATTORNEY FEE ITEMIZATION

Pursuant to Section V of the Court's Notice of Case Management Conference and Order, Defendant Winston Products LLC ("Winston") submits the following Attorney Fee Itemization.

### PRELIMINARY STATEMENT

The following Attorney Fee Itemization is based on information reasonably available to Winston as of September 12, 2023. In making this Attorney Fee Itemization, Winston relies on its knowledge of the existing claims and defenses and its counsel's experience in other patent cases similar to this case in nature and scope.

As this case proceeds and reveals additional information about the case, Winston's preliminary estimate of attorney fees and costs may change. Winston reserves the right to update this estimate if requested by the Court.

Winston's Attorney Fee Itemization is made without waiving any claim of privilege or work product protection over its communications with counsel or its counsel's work product.

1

| ATTORNEY FEES | | COSTS | |
|---|---|---|---|
| Preliminary Investigation and Filing Complaint | $50,000 | Depositions | $100,000 |
| Procedural Motions Practice | $50,000 | Experts | $300,000 |
| Discovery | $500,000 | Witness Fees | $10,000 |
| Dispositive Motions Practice (including claims construction) | $500,000 | Other | $100,000 |
| Settlement Negotiations | $50,000 | | |
| Trial | $500,000 | | |
| TOTAL FEES | $1,650,000 | TOTAL COSTS | $510,000 |

Dated: September 12, 2023

/s/ *Nicholas B. Clifford*
Nicholas B. Clifford (*pro hac vice*)
Jeffrey C. Sindelar Jr. (0084252)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
Telephone:   216.592.5000
Facsimile:   216.592.5009
E-mail:   Nicholas.Clifford@tuckerellis.com
          Jeffrey.Sindelar@tuckerellis.com

*Attorneys for Defendant Winston Products LLC*

012407\000580\6156577.1