IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TELEBRANDS CORPORATION,<br><br>                  Plaintiff,<br><br>v.<br><br>WINSTON PRODUCTS LLC,<br><br>                  Defendant. | Case No. 1:23-cv-00631-BMB<br><br>Judge Bridget Meehan Brennan |

**JOINT STATUS REPORT TO THE COURT**

In accordance with the Court's Case Management Order (Doc. No. 29) and the Court's Initial Standing Order (Doc. No. 7), Plaintiff Telebrands Corporation ("Telebrands") and Defendant Winston Products LLC ("Winston") (collectively, the "Parties") hereby submit this Joint Status Report to the Court. As of the date of this Report, the Parties state as follows:

(1) **Status of discovery**: Fact discovery in this case is still in its infancy. The Parties each served their first set of written discovery requests (i.e., Interrogatories and Requests for Production of Documents) earlier this month. Responses to such written requests have not yet come due. The Parties have also each made small document productions to date, which included documents required by L.P.R 3.2, 3.4, and 3.6.

(2) **Status of Settlement Discussions**: The Parties have not engaged in further settlement discussions since submitting the Parties' Planning Meeting Under Fed. R. Civ. P. 26(f), LR 16.3(b)(3) and LPR 2.1 on September 6, 2023 (Doc. No. 26).

(3) **Whether a Mediator or Other Neutral would Facilitate Resolution**: The Court previously ordered the Parties to participate in mediation as soon as practicable after November 27, 2023, with a mutually agreed upon third-party neutral. Case

Management Order, Doc. No. 29. The Parties have been working together to select a mutually agreed upon mediator and, given the upcoming holidays, are planning to participate in mediation in January 2024, subject to the mediator's availability.

(4) **Any Ongoing or Anticipated Discovery Issues or Challenges**: None.

DATED: November 27, 2023    Respectfully submitted,

/s/*Michael J. Zinna*  
David B. Cupar  
McDONALD HOPKINS  
600 Superior Avenue East, Suite 2100  
Cleveland, Ohio 44114  
Telephone: (216) 348-5400  
Email: dcupar@mcdonaldhopkins.com  

Michael J. Zinna (admitted *Pro Hac Vice*)  
Vincent M. Ferraro (admitted *Pro Hac Vice*)  
KELLEY DRYE & WARREN LLP  
3 World Trade Center  
New York, New York 10007  
Telephone: (212) 808-7800  
Facsimile: (212) 808-7897  
Email: mzinna@kelleydrye.com  
Email: vferraro@kelleydrye.com  

*Attorneys for Plaintiff*  
*Telebrands Corporation*

/s/*Nicholas Clifford*  
Nicholas Clifford (*pro hac vice*)  
TUCKER ELLIS LLP  
100 South Fourth Street – Suite 600  
St. Louis, MO 63102-1822  
Telephone: 314-256-2550  
Facsimile: 314.256.2549  
Nicholas.Clifford@tuckerellis.com  

Jeffrey C. Sindelar Jr. (0084252)  
TUCKER ELLIS LLP  
950 Main Avenue – Suite 1100  
Cleveland, OH 44113-7213  
Telephone: 216.592.5000  
Facsimile: 216.592.5009  
Jeffrey.Sindelar@tuckerellis.com  

*Attorneys for Defendant Winston Products LLC*