# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| TELEBRANDS CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>WINSTON PRODUCTS LLC,<br><br>    Defendant. | CASE NO. 1:23-cv-00631-BMB<br><br>JUDGE BRIDGET MEEHAN BRENNAN<br><br>**DECLARATION OF**<br>**JEFFREY C. SINDELAR JR.**<br>**IN SUPPORT OF DEFENDANT WINSTON**<br>**PRODUCTS LLC'S OPENING CLAIM**<br>**CONSTRUCTION BRIEF** |

I, Jeffrey C. Sindelar Jr., hereby declare:

1. I am an attorney with Tucker Ellis LLP, counsel of record for Defendant Winston Products LLC ("Winston") in this action. I make this declaration based on my personal knowledge and, if called as a witness, would testify competently concerning each of the following facts.

2. Attached as **Exhibit A** to this declaration is a true and correct copy of U.S. Patent No. 10,174,870 ("the '870 patent").

3. Attached as **Exhibit B** to this declaration is a true and correct copy of U.S. Patent No. 10,890,278 ("the '278 patent").

4. Attached as **Exhibit C** to this declaration is a true and correct copy of U.S. Patent No. 11,608,915 ("the '915 patent").

5. Attached as **Exhibit D** to this declaration is table entitled "Summary of Disputed Terms" that Winston has prepared and submits with its Opening Claim Construction Brief.

6. Attached as **Exhibit E** to this declaration is a table entitled "Disputed Terms Highlighted" that Winston has prepared and submits with its Opening Claim Construction Brief.

6425284

7. Attached as **Exhibit F** to this declaration is a table entitled "Disputed Terms and Proposed Constructions" reflecting the parties' proposed constructions for the Disputed Terms.

8. Attached as **Exhibit G** to this declaration is a table entitled "Agreed Constructions" reflecting the parties' agreed constructions of certain terms.

9. Attached as **Exhibit H** to this declaration is a true and correct copy of the January 16, 2024, Rebuttal Expert Declaration of John M. Feland, III, Ph.D., with exhibits.

10. Attached as **Exhibit I** to this declaration is a true and correct copy of the April 3, 2024, Supplement to Rebuttal Expert Declaration of John M. Feland, III, Ph.D., with exhibits.

11. Attached as **Exhibit J** to this declaration is a true and correct copy of excerpts from the *Oxford Thesaurus of English* (3d ed. 2009).

12. Attached as **Exhibit K** to this declaration is a true and correct copy of the March 4, 2024, Sur-Rebuttal Declaration of Dr. James L. Glancey Regarding Claim Construction, with exhibits.

13. Attached as **Exhibit L** to this declaration is a true and correct copy of excerpts from the *Color Oxford English Dictionary* (3d ed. reissued 2011).

14. Attached as **Exhibit M** to this declaration is a true and correct copy of excerpts from the *Concise Oxford English Dictionary* (2008).

15. Attached as **Exhibit N** to this declaration is a true and correct copy of excerpts from *The Oxford English Dictionary* (2d ed. reprinted 1991).

16. Attached as **Exhibit O** to this declaration is a true and correct copy of transcript excerpts from the April 3, 2024, Videotaped Expert Deposition of: James L. Glancey, Ph.D., P.E.

17. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on April 23, 2024, in Broadview Heights, Ohio.

s/*Jeffrey C. Sindelar Jr.*

JEFFREY C. SINDELAR JR.

6425284