# Exhibit D

# **EXHIBIT D**

## Summary of Disputed Terms

| Group | Disputed Term | Patent No. | Claims |
|---|---|---|---|
| Group A | secured to | 10,174,870 | 1, 5, 11 |
| | | 10,890,278 | 1, 5, 11 |
| | | 11,608,915 | 1, 4, 10 |
| | to couple | 10,174,870 | 1 |
| | | 10,890,278 | 1 |
| | | 11,608,915 | 1 |
| | coupled to | 10,174,870 | 1 |
| | | 10,890,278 | 1 |
| | | 11,608,915 | 1 |
| Group B | said inner and outer tubes unsecured between said first and second ends so that said outer tube is not held in frictional contact with said inner tube so that said outer tube can move freely along said inner tube | 10,174,870 | 1 |
| | said inner tube is unsecured to said outer tube between said first and second ends so that said outer tube can move freely over said inner tube | 10,890,278 | 1 |
| | said flexible inner tube unsecured to said flexible outer tube between said first and second ends so that said | 11,608,915 | 1 |

1

| Group | Disputed Term | Patent No. | Claims |
|---|---|---|---|
| | flexible outer tube can move freely over said flexible inner tube | | |
| Group C | a first restrictor sleeve secured to said first end of said inner and said outer tubes | 10,174,870 | 5 |
| | a first restrictor sleeve secured to said first end of said inner and said outer tubes | 10,890,278 | 5 |
| | a first restrictor sleeve secured to said first end of said flexible inner tube and said flexible outer tube | 11,608,915 | 4 |
| | a second restrictor sleeve secured to said second end of said inner and said outer tubes | 10,174,870 | 5 |
| | a second restrictor sleeve secured to said second end of said inner and said outer tubes | 10,890,278 | 5 |
| | a second restrictor sleeve secured to said second end of said flexible inner tube and said flexible outer tube | 11,608,915 | 4 |
| Group D | a first securing device securing said first restrictor sleeve, said outer tube, and said inner tube to said first coupler | 10,174,870 | 7 |
| | a first securing device securing said first restrictor sleeve, said outer tube, and said inner tube to said first coupler | 10,890,278 | 7 |

2

| Group | Disputed Term | Patent No. | Claims |
|---|---|---|---|
| | a first securing device securing said first restrictor sleeve, said flexible outer tube, and said flexible inner tube to said first coupler | 11,608,915 | 6 |
| | a second securing device securing said another expansion restrictor sleeve, said outer tube, and said inner tube to said second coupler | 10,174,870 | 7 |
| | a second securing device securing said another expansion restrictor sleeve, said outer tube, and said inner tube to said second coupler | 10,890,278 | 7 |
| | a second securing device securing said second expansion restrictor sleeve, said flexible outer tube, and said flexible inner tube to said second coupler | 11,608,915 | 6 |

3