# Exhibit E

# EXHIBIT E

## Disputed Terms Highlighted

| Group A Terms in the 10,174,870 Patent ||
|---|---|
| secured to, coupled to/to couple ||
| **Claim No.** | **Claim Text** |
| 1 | A hose comprising:<br>a flexible elongated outer tube constructed from a fabric material having a first end and a second end, an interior of said outer tube being substantially hollow, said flexible elongated outer tube having a maximal length and a maximal diameter;<br>a flexible elongated inner tube having a first end and a second end, an interior of said inner tube being substantially hollow, said inner tube being formed of an elastic material, said elastic inner tube having a relaxed length when said inner tube is not being stretched, said inner tube relaxed length being substantially less than said outer tube maximal length;<br>a first coupler secured to said first end of said inner and said outer tubes, said first coupler constructed to couple said hose to a source of pressurized liquid;<br>a second coupler secured to said second end of said inner and said outer tubes, said inner and outer tubes unsecured between said first and second ends so that said outer tube is not held in frictional contact with said inner tube so that said outer tube can move freely along said inner tube; and<br>a flow restrictor coupled to said second coupler,<br>whereby upon introduction of a flow of pressurized liquid through said first coupler into said inner tube and operation of said flow restrictor to at least partially block said flow of pressurized liquid from exiting said inner tube, said inner tube fills with pressurized liquid resulting in an increase in fluid pressure within said inner tube interior, said increase in fluid pressure expands said inner tube longitudinally along a length of said inner tube and laterally across a width of said inner tube thereby increasing said hose to an expanded condition, and whereby stopping said flow of pressurized liquid into said first coupler and releasing said pressurized liquid out of said second coupler results in said hose contracting to a decreased length as a result of the automatic contraction of the elastic inner tube. |
| 5 | The hose of claim 1 including a first restrictor sleeve secured to said first end of said inner and said outer tubes, and a second restrictor sleeve secured to said second end of said inner and said outer tubes, |

|    |    |
| --- | --- |
|    | whereby said first and second restrictor sleeves provide a gradual transition of the laterally outward expansion of said inner tube when there is an increase in pressurized liquid within said inner tube interior between said first coupler and said second coupler. |
| 11 | The hose of claim 1 wherein said flow restrictor is a nozzle which is removeably secured to said hose. |

| Group A Terms in the 10,890,278 Patent ||
| --- | --- |
| secured to, coupled to, to couple ||
| Claim No. | Claim Text |
| 1 | A garden hose comprising:<br>a flexible elongated outer tube constructed from a fabric material having a first end and a second end, an interior of said outer tube being substantially hollow, said flexible elongated outer tube having a maximal length;<br>a flexible elongated elastic inner tube having a first end and a second end, an interior of said inner tube being substantially hollow, said elastic inner tube having a relaxed length when said inner tube is not extended, said inner tube relaxed length being less than said outer tube maximal length;<br>a first coupler secured to said first end of said inner tube and said outer tube, said first coupler constructed to couple said hose to a conventional facet thereby providing pressurized water;<br>a second coupler secured to said second end of said inner tube and said outer tube, said inner tube is unsecured to said outer tube between said first and second ends so that said outer tube outer tube can move freely over said inner tube; and<br>a flow restrictor coupled to said second coupler,<br>whereby upon introduction of a flow of pressurized water through said first coupler into said inner tube and operation of said flow restrictor to at least partially block said flow of pressurized water from exiting said inner tube, said inner tube fills with pressurized water resulting in an increase in water pressure within said inner tube interior, said increase in water pressure expands said inner tube longitudinally along a length of said inner tube and laterally across a width of said inner tube thereby increasing said hose to an expanded condition, and whereby stopping said flow of pressurized water into said first coupler and releasing said pressurized water out of said second coupler results in said hose contracting to a decreased length as a result of an automatic contraction of said elastic inner tube. |
| 5 | The garden hose of claim 1 including a first restrictor sleeve secured to said first end of said inner and said outer tubes, and a second restrictor sleeve secured to said second end of said inner and said outer tubes, |

2

|  | |
|---|---|
|  | whereby said first and second restrictor sleeves provide a gradual transition of the laterally outward expansion of said inner tube when there is an increase in pressurized water within said inner tube interior between said first coupler and said second coupler. |
| 11 | The garden hose of claim 1 wherein said flow restrictor is a nozzle which is removeably secured to said hose. |

| Group A Terms in the 11,608,915 Patent | |
|---|---|
| secured to, coupled to, to couple | |
| Claim No. | Claim Text |
| 1 | A garden hose comprising:<br>a flexible outer tube having a first end and a second end, said flexible outer tube having a substantially hollow interior, said flexible outer tube having a maximal length;<br>a flexible inner tube having a first end and a second end, said flexible inner tube having a substantially hollow interior, said flexible inner tube having a relaxed length when said flexible inner tube is not in an extended condition, said relaxed length of said flexible inner tube being less than said maximal length of said flexible outer tube;<br>a first coupler secured to said first end of said flexible inner tube and said flexible outer tube, said first coupler adapted to couple said hose to a conventional faucet thereby providing pressurized water;<br>a second coupler secured to said second end of said flexible inner tube and said flexible outer tube, said flexible inner tube unsecured to said flexible outer tube between said first and second ends so that said flexible outer tube can move freely over said flexible inner tube; and<br>a flow restrictor adapted to couple to said second coupler,<br>whereby upon introduction of a flow of pressurized water through said first coupler into said flexible inner tube and operation of said flow restrictor to at least partially block said flow of pressurized water from exiting said flexible inner tube, said flexible inner tube fills with pressurized water resulting in an increase in water pressure within said interior of said flexible inner tube, said increase in water pressure expands said inner tube longitudinally along a length of said flexible inner tube and laterally across a width of said flexible inner tube thereby expanding said hose to an expanded condition, and whereby stopping said flow of pressurized water into said first coupler and releasing said pressurized water out of said second coupler results in said hose contracting to a contracted condition as a result of an automatic contraction of said flexible inner tube. |

| 4 | The garden hose of claim 1 including a first restrictor sleeve secured to said first end of said flexible inner tube and said flexible outer tube, and a second restrictor sleeve secured to said second end of said flexible inner tube and said flexible outer tube,<br>whereby said first and second restrictor sleeves provide a gradual transition of a laterally outward expansion of said flexible inner tube when there is an increase in pressurized water within said interior of said flexible inner tube between said first coupler and said second coupler. |
|---|---|
| 10 | The garden hose of claim 1 wherein said flow restrictor is a nozzle which is removeably secured to said hose. |

|  | **Group B Terms in the 10,174,870 Patent** |
|---|---|
|  | said inner and outer tubes unsecured between said first and second ends so that said outer tube is not held in frictional contact with said inner tube so that said outer tube can move freely along said inner tube |
| Claim No. | Claim Text |
| 1 | A hose comprising:<br>a flexible elongated outer tube constructed from a fabric material having a first end and a second end, an interior of said outer tube being substantially hollow, said flexible elongated outer tube having a maximal length and a maximal diameter;<br>a flexible elongated inner tube having a first end and a second end, an interior of said inner tube being substantially hollow, said inner tube being formed of an elastic material, said elastic inner tube having a relaxed length when said inner tube is not being stretched, said inner tube relaxed length being substantially less than said outer tube maximal length;<br>a first coupler secured to said first end of said inner and said outer tubes, said first coupler constructed to couple said hose to a source of pressurized liquid;<br>a second coupler secured to said second end of said inner and said outer tubes, said inner and outer tubes unsecured between said first and second ends so that said outer tube is not held in frictional contact with said inner tube so that said outer tube can move freely along said inner tube; and<br>a flow restrictor coupled to said second coupler,<br>whereby upon introduction of a flow of pressurized liquid through said first coupler into said inner tube and operation of said flow restrictor to at least partially block said flow of pressurized liquid from exiting said inner tube, said inner tube fills with pressurized liquid resulting in an increase in fluid pressure within said inner tube interior, said increase in fluid pressure expands said inner tube longitudinally along a length of said inner tube and laterally across a width of said inner tube thereby increasing said hose to an expanded condition, and whereby stopping said flow of pressurized liquid into said first coupler and releasing said pressurized liquid out of said second coupler results in said hose contracting to a decreased length as a result of the automatic contraction of the elastic inner tube. |

| **Group B Terms in the 10,890,278 Patent** ||
| :---: | :---: |
| said inner tube is unsecured to said outer tube between said first and second ends so that said outer tube can move freely over said inner tube ||
| **Claim No.** | **Claim Text** |
| 1 | A garden hose comprising:<br>a flexible elongated outer tube constructed from a fabric material having a first end and a second end, an interior of said outer tube being substantially hollow, said flexible elongated outer tube having a maximal length;<br>a flexible elongated elastic inner tube having a first end and a second end, an interior of said inner tube being substantially hollow, said elastic inner tube having a relaxed length when said inner tube is not extended, said inner tube relaxed length being less than said outer tube maximal length;<br>a first coupler secured to said first end of said inner tube and said outer tube, said first coupler constructed to couple said hose to a conventional facet thereby providing pressurized water;<br>a second coupler secured to said second end of said inner tube and said outer tube, said inner tube is unsecured to said outer tube between said first and second ends so that said outer tube outer tube can move freely over said inner tube; and<br>a flow restrictor coupled to said second coupler,<br>whereby upon introduction of a flow of pressurized water through said first coupler into said inner tube and operation of said flow restrictor to at least partially block said flow of pressurized water from exiting said inner tube, said inner tube fills with pressurized water resulting in an increase in water pressure within said inner tube interior, said increase in water pressure expands said inner tube longitudinally along a length of said inner tube and laterally across a width of said inner tube thereby increasing said hose to an expanded condition, and whereby stopping said flow of pressurized water into said first coupler and releasing said pressurized water out of said second coupler results in said hose contracting to a decreased length as a result of an automatic contraction of said elastic inner tube. |

| Group B Terms in the 11,608,915 Patent ||
|---|---|
| said flexible inner tube unsecured to said flexible outer tube between said first and second ends so that said flexible outer tube can move freely over said flexible inner tube ||
| Claim No. | Claim Text |
| 1 | A garden hose comprising:<br>a flexible outer tube having a first end and a second end, said flexible outer tube having a substantially hollow interior, said flexible outer tube having a maximal length;<br>a flexible inner tube having a first end and a second end, said flexible inner tube having a substantially hollow interior, said flexible inner tube having a relaxed length when said flexible inner tube is not in an extended condition, said relaxed length of said flexible inner tube being less than said maximal length of said flexible outer tube;<br>a first coupler secured to said first end of said flexible inner tube and said flexible outer tube, said first coupler adapted to couple said hose to a conventional faucet thereby providing pressurized water;<br>a second coupler secured to said second end of said flexible inner tube and said flexible outer tube, said flexible inner tube unsecured to said flexible outer tube between said first and second ends so that said flexible outer tube can move freely over said flexible inner tube; and<br>a flow restrictor adapted to couple to said second coupler,<br>whereby upon introduction of a flow of pressurized water through said first coupler into said flexible inner tube and operation of said flow restrictor to at least partially block said flow of pressurized water from exiting said flexible inner tube, said flexible inner tube fills with pressurized water resulting in an increase in water pressure within said interior of said flexible inner tube, said increase in water pressure expands said inner tube longitudinally along a length of said flexible inner tube and laterally across a width of said flexible inner tube thereby expanding said hose to an expanded condition, and whereby stopping said flow of pressurized water into said first coupler and releasing said pressurized water out of said second coupler results in said hose contracting to a contracted condition as a result of an automatic contraction of said flexible inner tube. |

| **Group C[1] Terms in the 10,174,870 Patent** |
|---|---|
| a first restrictor sleeve secured to said first end of said inner and said outer tubes / a second restrictor sleeve secured to said second end of said inner and said outer tubes |
| **Claim No.** | **Claim Text** |
| 5 | The hose of claim 1 including a first restrictor sleeve secured to said first end of said inner and said outer tubes, and a second restrictor sleeve secured to said second end of said inner and said outer tubes, whereby said first and second restrictor sleeves provide a gradual transition of the laterally outward expansion of said inner tube when there is an increase in pressurized liquid within said inner tube interior between said first coupler and said second coupler. |

| **Group C Terms in the 10,890,278 Patent** |
|---|---|
| a first restrictor sleeve secured to said first end of said inner and said outer tubes / a second restrictor sleeve secured to said second end of said inner and said outer tubes |
| **Claim No.** | **Claim Text** |
| 5 | The garden hose of claim 1 including a first restrictor sleeve secured to said first end of said inner and said outer tubes, and a second restrictor sleeve secured to said second end of said inner and said outer tubes, whereby said first and second restrictor sleeves provide a gradual transition of the laterally outward expansion of said inner tube when there is an increase in pressurized water within said inner tube interior between said first coupler and said second coupler. |

| **Group C Terms in the 11,608,915 Patent** |
|---|---|
| a first restrictor sleeve secured to said first end of said flexible inner tube and said flexible outer tube / a second restrictor sleeve secured to said second end of said flexible inner tube and said flexible outer tube |
| **Claim No.** | **Claim Text** |
| 4 | The garden hose of claim 1 including a first restrictor sleeve secured to said first end of said flexible inner tube and said flexible outer tube, and a second restrictor sleeve secured to said second end of said flexible inner tube and said flexible outer tube, whereby said first and second restrictor sleeves provide a gradual transition of a laterally outward expansion of said flexible inner tube when there is an increase in pressurized water within said interior of said flexible inner tube between said first coupler and said second coupler. |

---

[1] Claims referenced by dependence omitted.

| Group D[2] Terms in the 10,174,870 Patent ||
| :---: | :--- |
| a first securing device securing said first restrictor sleeve, said outer tube, and said inner tube to said first coupler / a second securing device securing said another expansion restrictor sleeve, said outer tube, and said inner tube to said second coupler ||
| Claim No. | Claim Text |
| 7 | The hose of claim 5 including a first securing device securing said first restrictor sleeve, said outer tube, and said inner tube to said first coupler, and a second securing device securing said another expansion restrictor sleeve, said outer tube and said inner tube to said second coupler. |

| Group D Terms in the 10,890,278 Patent ||
| :---: | :--- |
| a first securing device securing said first restrictor sleeve, said outer tube, and said inner tube to said first coupler / a second securing device securing said another expansion restrictor sleeve, said outer tube, and said inner tube to said second coupler ||
| Claim No. | Claim Text |
| 7 | The garden hose of claim 5 including a first securing device securing said first restrictor sleeve, said outer tube, and said inner tube to said first coupler, and a second securing device securing said another expansion restrictor sleeve, said outer tube and said inner tube to said second coupler. |

| Group D Terms in the 11,608,915 Patent ||
| :---: | :--- |
| a first securing device securing said first restrictor sleeve, said flexible outer tube, and said flexible inner tube to said first coupler / a second securing device securing said second expansion restrictor sleeve, said flexible outer tube, and said flexible inner tube to said second coupler ||
| Claim No. | Claim Text |
| 6 | The garden hose of claim 4 including a first securing device securing said first restrictor sleeve, said flexible outer tube, and said flexible inner tube to said first coupler, and a second securing device securing said second expansion restrictor sleeve, said flexible outer tube and said flexible inner tube to said second coupler. |

---

[2] Claims referenced by dependence omitted.