# Exhibit F

# EXHIBIT F
## Disputed Terms and Proposed Constructions

| GROUP A | | |
|---|---|---|
| **Phrases in Dispute** | **Plaintiff's Construction** | **Defendant's Construction** |
| **"secured to"** | No Construction Required–Plain and Ordinary Meaning | "affixed or attached firmly so it cannot be readily removed from" |
| **"to couple"** | No Construction Required–Plain and Ordinary Meaning | "to removably connect" |
| **"coupled to"** | No Construction Required–Plain and Ordinary Meaning | "removably connected to" |

| GROUP B | | |
|---|---|---|
| **Phrases in Dispute** | **Plaintiff's Construction** | **Defendant's Construction** |
| **"said inner and outer tubes unsecured between said first and second ends so that said outer tube is not held in frictional contact with said inner tube so that said outer tube can move freely along said inner tube"** | No Construction Required–Plain and Ordinary Meaning | "the inner and outer tubes are not affixed or attached firmly except at their first and second ends so that the outer tube can move freely along the inner tube between the couplers" |
| **"said inner tube is unsecured to said outer tube between said first and second ends so that said outer tube can move freely over said inner tube"** | No Construction Required–Plain and Ordinary Meaning | "the inner tube is not affixed or attached firmly to the outer tube except at their first and second ends so that the outer tube can move freely along the inner tube between the couplers" |
| **"said flexible inner tube unsecured to said flexible outer tube between said first and second ends so that said** | No Construction Required–Plain and Ordinary Meaning | "the flexible inner tube is not affixed or attached firmly to the flexible outer tube except at their first and second ends |

| | | |
|---|---|---|
| **flexible outer tube can move freely over said flexible inner tube"** | | so that the flexible outer tube can move freely over the flexible inner tube" |

# GROUP C

| Phrases in Dispute | Plaintiff's Construction | Defendant's Construction |
|---|---|---|
| **"a first restrictor sleeve secured to said first end of said inner and said outer tubes" / "a first restrictor sleeve secured to said first end of said flexible inner tube and said flexible outer tube"** | No Construction Required–Plain and Ordinary Meaning | "device that restricts the expansion of the inner tube and is affixed or attached firmly so it cannot be readily removed from the first end of the inner tube and the first end of the outer tube" / "a device that restricts the expansion of the inner tube and is affixed or attached firmly so it cannot be readily removed from the first end of the flexible inner tube and the first end of the flexible outer tube" |
| **"a second restrictor sleeve secured to said second end of said inner and said outer tubes" / "a second restrictor sleeve secured to said second end of said flexible inner tube and said flexible outer tube"** | No Construction Required–Plain and Ordinary Meaning | "a device that restricts the expansion of the inner tube and is affixed or attached firmly so it cannot be readily removed from the second end of the inner tube and the second end of the outer tube" / "a device that restricts the expansion of the inner tube and is affixed or attached firmly so it cannot be readily removed from the second end of the flexible inner tube and the second end of the flexible outer tube" |

2

| GROUP D ||| 
|---|---|---|
| **Phrases in Dispute** | **Plaintiff's Construction** | **Defendant's Construction** |
| "a first securing device securing said first restrictor sleeve, said outer tube, and said inner tube to said first coupler" / "a first securing device securing said first restrictor sleeve, said flexible outer tube, and said flexible inner tube to said first coupler" | No Construction Required– Plain and Ordinary Meaning | "a device encompassing and affixing or attaching firmly the first restrictor sleeve, the first end of the outer tube, and the first end of the inner tube to the first coupler so they cannot be readily removed" / "a device encompassing and affixing or attaching firmly the first restrictor sleeve, the first end of the outer tube, and the first end of the inner tube to the first coupler so they cannot be readily removed" |
| "a second securing device securing said another expansion restrictor sleeve, said outer tube, and said inner tube to said second coupler" / "a second securing device securing said second expansion restrictor sleeve, said flexible outer tube, and said flexible inner tube to said second coupler" | No Construction Required– Plain and Ordinary Meaning | "a device encompassing and affixing or attaching firmly the second restrictor sleeve, the second end of the outer tube, and the second end of the inner tube to the second coupler so they cannot be readily removed" / "a device encompassing and affixing or attaching firmly the second restrictor sleeve, the second end of the outer tube, and the second end of the inner tube to the second coupler so they cannot be readily removed" |

3