# Exhibit G

# EXHIBIT G
## Agreed Constructions

| AGREED CONSTRUCTIONS | |
|---|---|
| **Term/Phrase** | **Agreed Construction** |
| "first coupler" | "a first connecting device/fitting" |
| "second coupler" | "a second connecting device/fitting" |
| "extend around an outer circumference of said hose" | "extend around the outside of the hose" |