# Exhibit J

# Oxford
# Thesaurus of English



wherever you are

The world's most trusted dictionaries

# OXFORD
UNIVERSITY PRESS

Great Clarendon Street, Oxford OX2 6DP

Oxford University Press is a department of the University of Oxford.
It furthers the University's objective of excellence in research, scholarship,
and education by publishing worldwide in

Oxford  New York

Auckland  Cape Town  Dar es Salaam  Hong Kong  Karachi
Kuala Lumpur  Madrid  Melbourne  Mexico City  Nairobi
New Delhi  Shanghai  Taipei  Toronto

With offices in

Argentina  Austria  Brazil  Chile  Czech Republic  France  Greece
Guatemala  Hungary  Italy  Japan  Poland  Portugal  Singapore
South Korea  Switzerland  Thailand  Turkey  Ukraine  Vietnam

Oxford is a registered trade mark of Oxford University Press
in the UK and in certain other countries

© Oxford University Press 2000, 2001, 2006, 2009

Database right Oxford University Press (makers)

First edition 2000
Second edition 2004
Second edition, revised 2006
Third edition 2009

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
without the prior permission in writing of Oxford University Press,
or as expressly permitted by law, or under terms agreed with the appropriate
reprographics rights organization. Enquiries concerning reproduction
outside the scope of the above should be sent to the Rights Department,
Oxford University Press, at the address above

You must not circulate this book in any other binding or cover
and you must impose this same condition on any acquirer

British Library Cataloguing in Publication Data

Data available

Library of Congress Cataloging in Publication Data

Data available

Typeset in Parable, Frutiger, and Argo by Asiatype, Inc.
Printed in Italy by Rotolito Lombarda S.p.A.

ISBN 978-0-19-956081-3

10 9 8 7 6 5 4 3 2 1

informal matey, decent; N. Amer. informal clubby, buddy buddy; rare conversable.
▷ ANTONYMS unfriendly, prickly.

**affair** noun **1** *what my mum does in her spare time is her affair*: business, concern, matter, responsibility, province, preserve, interest; problem, worry, lookout; informal pigeon, funeral, headache, baby, bailiwick.
**2 (affairs)** *they aren't worried about their financial affairs*: transactions, concerns, matters, activities, dealings, undertakings, ventures, proceedings; business, field, sphere; informal goings-on, doings.
**3** *this is a truly shocking affair*: event, incident, happening, occurrence, phenomenon, eventuality, episode, interlude, circumstance, set of circumstances, adventure, experience, case, matter, business, thing; proceedings.
**4** *I heard there were to be fireworks—it'll be a grand affair*: party, celebration, function, reception, gathering, soirée, event, social event, occasion, social occasion; informal do, rave, bash, get-together, blowout; Brit. informal rave up, thrash, knees up, beanfeast, beano, bunfight, jolly.
**5** *the director and his secretary were having an affair*: relationship, love affair, romance, fling, flirtation, dalliance, liaison, entanglement, romantic entanglement, involvement, attachment, affair of the heart, intrigue, relations; French affaire, affaire de/du cœur, amour; informal hanky-panky; Brit. informal carry-on.

**affect¹** verb **1** *the climate was likely to be affected by greenhouse gas emissions*: influence, exert influence on, have an effect on, act on, work on, condition, touch, have an impact on, impact on, take hold of, attack, infect, strike, strike at, hit; change, alter, modify, transform, form, shape, control, govern, determine, decide, guide, sway, bias.
▷ ANTONYMS be unaffected.
**2** *she had been deeply affected by her parents' divorce*: upset, trouble, hit hard, overwhelm, devastate, damage, hurt, pain, grieve, sadden, distress, disturb, perturb, agitate, shake, shake up, stir; move, touch, tug at someone's heartstrings; make an impression on; informal knock for six, knock back, bowl over, throw, faze, get to.
▷ ANTONYMS be unaffected, be indifferent to.

**affect²** verb **1** *he deliberately affected a republican stance*: assume, put on, take on, adopt, like, have a liking for, embrace, espouse.
**2** *she affected a small frown of concentration*: pretend, feign, fake, counterfeit, sham, simulate, fabricate, give the appearance of, make a show of, make a pretence of, play at, go through the motions of; informal put on; N. Amer. informal make like.

> **Easily confused words** **affect or effect?**
>
> **Affect** and **effect** are quite different in meaning, though frequently confused. *Affect* is primarily a verb meaning either 'make a difference to', as in *their gender need not affect their career* (**affect¹**), or 'pretend to have or feel', as in *I affected a supreme unconcern* (**affect²**). *Effect*, on the other hand, is commonly used both as a noun and as a verb, meaning 'something brought about' as a noun (*move the cursor until you get the effect you want*) or 'bring about (a result)' as a verb (*growth in the economy can only be effected by stringent economic controls*).

**affectation** noun **1** *she has no affectation | the affectations of a prima donna*: pretension, pretentiousness, affectedness, artificiality, insincerity, posturing, posing, pretence, ostentation, grandiosity, snobbery, superciliousness; airs, airs and graces, pretensions; informal snootiness, uppishness, humbug; Brit. informal side.
▷ ANTONYMS naturalness.
**2** *nothing would shake his affectation of calm*: facade, front, show, appearance, false display, pretence, simulation, posture, pose, sham, fake, act, masquerade, charade, mask, cloak, veil, veneer, guise; make believe, play acting, feigning, shamming.

**affected** adjective *he was talking in the rather affected boom he used with strangers*: pretentious, high-flown, ostentatious, pompous, grandiose, over-elaborate, overblown, overworked, overdone; contrived, forced, laboured, strained, stiff, posed, stagy, studied, mannered, hollow, insincere, unconvincing; artificial, unnatural, assumed, pretended, feigned, false, fake, faked, counterfeit, sham, simulated, spurious, pseudo, mock, imitation; informal la-di-da, hoity-toity, highfalutin, fancy-pants, posey, pseud, phoney, pretend, put on; Brit. informal poncey, posh, toffee-nosed.
▷ ANTONYMS natural, unpretentious, genuine.

**affecting** adjective *their fumbling onstage shyness is oddly affecting*: touching, moving, emotive, powerful, stirring, impressive, telling, soul-stirring, uplifting, heart-warming; poignant, pathetic, pitiful, piteous, plaintive, emotional, tear-jerking, heart-rending, heartbreaking, disturbing, distressing, upsetting, saddening, sad, painful, agonizing, harrowing, tragic, haunting.
▷ ANTONYMS unaffecting, unmoving.

> **Choose the right word** **affecting, moving, touching**
>
> See **moving**.

**affection** noun *they greeted each other with obvious affection*: fondness, love, liking, endearment, feeling, sentiment, tenderness, warmth, warmness, devotion, care, caring, attentiveness, closeness, attachment, affinity, friendliness, friendship, intimacy, familiarity; amity, favour, regard, respect, admiration; warm feelings.

**affectionate** adjective *an affectionate hug | Thomas is such an affectionate child*: loving, fond, adoring, devoted, caring, doting, tender, warm, warm-hearted, big-hearted, soft-centred, soft-hearted, soft, unselfish, kind, kind-hearted, kindly, comforting, sympathetic, solicitous, supportive, attentive, friendly, demonstrative, cuddly, amicable, cordial, welcoming, good-natured; brotherly, sisterly, motherly, fatherly, maternal, paternal, maternalistic, paternalistic; informal touchy-feely, lovey-dovey, chummy, pally; Brit. informal matey; N. Amer. informal buddy-buddy.
▷ ANTONYMS cold, unfeeling.

**affianced** adjective *Edward was affianced to Lady Eleanor*. See **engaged** (sense 2).

**affiliate** verb *the college is affiliated with the University of Wisconsin | the society is not affiliated to any political party*: associate with, be in league with, unite with, combine with, join with, join up with, join forces with, ally with, form an alliance with, align with, amalgamate with, merge with, coalesce with, federate with, confederate with, form a federation with, form a confederation with, team up with, band together with, cooperate with; annex to, attach to, yoke to, incorporate into, integrate into.

**affiliated** adjective *the committee comprised two delegates from each affiliated club*: associated, allied, related, integrated, amalgamated, incorporated, federated, confederated, unified, connected, linked, joined, bound, belonging; in league, in partnership.

**affiliation** noun *it rejected affiliation to the current left-wing parties | an economist with no party political affiliation*: annexing, attaching, connecting, joining, bonding, uniting, combining, associating, aligning, allying, amalgamation, amalgamating, merging, incorporation, incorporating, integration, integrating, federating, federation, confederating, confederation, coupling, fusion; connection, relationship, fellowship, partnership, association, coalition, union, alliance, alignment, attachment, link, bond, tie, yoke; communication, rapport, sympathy, cooperation, collaboration, belonging; rare consociation.

**affinity** noun **1** *she has a natural affinity with animals and birds*: empathy, rapport, sympathy, accord, harmony, like-mindedness, closeness to, fellow feeling for, understanding of; liking for, fondness for, inclination towards, partiality for, penchant for, predilection towards, attraction towards; informal chemistry.
▷ ANTONYMS dislike, aversion.
**2** *there is a semantic affinity between the two words*: similarity, resemblance, likeness, kinship, correspondence, relationship, association, link, analogy, similitude, agreement, compatibility, congruity, parallelism, consonance; identity, identicalness, uniformity, equivalence.
▷ ANTONYMS dissimilitude.
**3** *despite their different backgrounds, an affinity grew and developed*: relationship, bond, connection, propinquity.
▷ ANTONYMS antipathy, blood relationship.

**affirm** verb **1** *he affirmed that they would lend military assistance*: declare, state, assert, aver, proclaim, pronounce, attest, swear, avow, vow, guarantee, promise, certify, pledge, give one's word, give an undertaking; rare asseverate.
▷ ANTONYMS deny.
**2** *the charter affirmed the right of national minorities to use their own language*: uphold, support, defend, maintain, confirm, ratify, endorse, approve (of), agree to, consent to, assent to, sanction.

**affirmation** noun **1** *an affirmation of faith*: assertion, declaration, statement, proclamation, pronouncement, attestation, assurance; oath, vow, swearing, avowal, guarantee, promise, certification, pledge; deposition; rare asseveration, averment.
▷ ANTONYMS denial, refutation.
**2** *the poem ends with an affirmation of pastoral values*: confirmation, ratification, endorsement, defence.

**affirmative** adjective *an affirmative answer*: positive, assenting, consenting, agreeing, concurring, corroborative, favourable, approving, encouraging, supportive, in the affirmative.
▷ ANTONYMS dissenting, negative.
▶ noun *Penelope took his grunt as an affirmative*: agreement, acceptance, approval, confirmation, assent, ratification, acquiescence, concurrence; OK, yes.
▷ ANTONYMS disagreement.

**affix** verb **1** *he affixed a stamp to the envelope*: attach, stick, fasten, bind, fix, post, secure, join, connect, couple; clip, tack, pin; glue, paste, gum, tape; trademark Sellotape.
▷ ANTONYMS detach, remove.
**2** *formal affix your signature to the document*: append, add, add on, attach.

**afflict** verb *he was afflicted with chilblains*: trouble, bother, burden, distress, cause trouble to, cause suffering to, beset, harass, worry, oppress,

**affix** verb **1** *he affixed a stamp to the envelope*: **attach**, stick, fasten, bind, fix, post, secure, join, connect, couple; clip, tack, pin; glue, paste, gum, tape; trademark Sellotape.
▷ ANTONYMS detach, remove.
**2** formal *affix your signature to the document*: **append**, add, add on, attach.

**atom** noun *they build tiny circuits atom by atom* | *there wasn't an atom of truth in the allegations*: particle, molecule, bit, little bit, tiny bit, tiny piece, fragment, fraction, grain, granule, crumb, morsel, mite, mote, speck, spot, dot, iota, jot, whit, scrap, shred, trace, tinge, ounce, modicum, scintilla, vestige; Irish stim; *informal* smidgen, smidge, tad; *archaic* scantling, scruple.

**atone** verb *what would you have me do to atone for my sin?* make amends, make reparation, make restitution, make recompense, make redress, make up for, compensate, pay, pay the penalty, pay the price, recompense, answer; expiate, make good, offset; do penance, redeem oneself, redress the balance; *Judaism* requite.

**atonement** noun *I was making a pilgrimage in atonement for my sins*: reparation, compensation, recompense, payment, repayment, redress, restitution, indemnity, indemnification, expiation, penance, redemption; amends; *formal* requital; *rare* solatium.

**atrocious** adjective **1** *atrocious cruelties were committed in the name of religion*: brutal, barbaric, barbarous, brutish, savage, vicious, wicked, cruel, nasty, ruthless, merciless, villainous, murderous, heinous, nefarious, monstrous, base, low, low-down, vile, inhuman, infernal, dark, black, black-hearted, fiendish, hellish, diabolical, ghastly, horrible, abominable, outrageous, offensive, hateful, disgusting, despicable, contemptible, loathsome, odious, revolting, repellent, repugnant, abhorrent, harrowing, nightmarish, gruesome, grisly, sickening, nauseating, horrifying, hideous, unspeakable, unforgivable, intolerable, beyond the pale, scandalous, flagrant, execrable; *informal* horrid, gross, sick-making, sick; *Brit. informal* beastly; *archaic* disgustful, loathly, scurvy; *rare* egregious, flagitious, cacodemonic, facinorous.
▷ANTONYMS admirable; kindly.
**2** *the weather was atrocious*: appalling, dreadful, terrible, very bad, unpleasant, lamentable, woeful, miserable, poor, inadequate, unsatisfactory; *informal* abysmal, dire, rotten, crummy, lousy, poxy, yucky, God-awful, the pits; *Brit. informal* shocking, duff, beastly, chronic, pants, a load of pants, rubbish, rubbishy, ropy; *vulgar slang* crap, crappy, chickenshit; *archaic* direful.
▷ANTONYMS superb.

**atrocity** noun **1** *press reports detailed a number of atrocities*: act of barbarity, act of brutality, act of savagery, act of wickedness, cruelty, abomination, enormity, outrage, horror, monstrosity, obscenity, iniquity, violation, crime, transgression, wrong, wrongdoing, offence, injury, affront, scandal, injustice, abuse; *Law* malfeasance, tort.
**2** *he observed conflict and atrocity around the globe*: barbarity, barbarism, brutality, savagery, inhumanity, cruelty, wickedness, badness, baseness, evil, iniquity, horror, heinousness, villainy, lawlessness, crime, transgression, wrong, wrongdoing, injustice, abuse; *Law* malfeasance; *rare* malefaction.

**atrophy** verb **1** *the body parts which are no longer required gradually atrophy*: waste away, waste, become emaciated, wither, shrivel, shrivel up, shrink, become shrunken, dry up, decay, wilt; decline, deteriorate, degenerate, grow weak, weaken, become debilitated, become enfeebled.
▷ANTONYMS strengthen.
**2** *in the final few days, the Labour campaign atrophied*: peter out, taper off, tail off, dwindle, deteriorate, decline, wane, fade, fade away, fade out, give in, give up, give way, crumble, disintegrate, collapse, slump, go downhill, draw to a close, subside; be neglected, be abandoned, be disregarded, be forgotten.
▷ANTONYMS flourish.
▶ noun *they located the gene that causes muscular atrophy*: wasting, wasting away, emaciation, withering, shrivelling, shrivelling up, shrinking, drying up, wilting, decaying, decay; declining, deteriorating, deterioration, degenerating, degeneration, weakening, debilitation, enfeeblement.
▷ANTONYMS strengthening.

**attach** verb **1** *his ankles were attached by chains to the wall*: fasten, fix, affix, join, connect, couple, link, secure, make fast, tie, tie up, bind, tether, strap, rope, lather, truss, lash, hitch, moor, anchor, yoke, chain; stick, tape, adhere, glue, bond, cement, fuse, weld, solder, pin, peg, screw, bolt, rivet, batten, pinion, clamp, clip, add, append, annex, subjoin.
▷ANTONYMS detach.
**2** *he attached himself to the radical section of the Liberal Party*: affiliate with, associate with, align with, ally with, unite with, combine with, integrate into, join to, join up with, join forces with, band together with, team up with, latch on to, cooperate with, be in league with, form an alliance with, make a pact with; *informal* tag along with.
▷ANTONYMS break away from.
**3** *they attached great importance to research*: ascribe, assign, attribute, accredit, apply, impute, invest with, put on, place on, lay on.
**4** *he is the medical officer attached to Brigade Headquarters*: assign, allot, allocate, detail, appoint; relocate, reassign, transfer, move, send, second, lend.
▷ANTONYMS separate.
**5** *Law the state attached criminals' property*: seize, confiscate, commandeer, requisition, appropriate, expropriate, take possession of, take away, take, sequester, sequestrate; *Law* distrain, disseize; *Scottish Law* poind.

**attached** adjective **1** *the young couple are now attached*: married, wed, wedded, joined in marriage, joined in matrimony, united in wedlock, engaged, affianced, pledged, promised, promised in marriage, going out, spoken for, involved; united, bound, contracted; *informal* hitched, spliced, yoked, shackled, going steady, boyfriend and girlfriend; *dated* betrothed; *archaic* espoused, plighted.
▷ANTONYMS unattached, single.
**2** *she was very attached to her brother*: fond of, devoted to, full of regard for, full of admiration for, affectionate towards, tender towards, caring towards; *informal* mad about, crazy about, nuts about.

**attachment** noun **1** *he had a strong attachment to his mother*: bond, closeness, devotion, loyalty; fondness for, love for, liking for, affection for, affinity for, tenderness for, feeling for, sentiment for, regard for, respect for, admiration for, reverence for; relationship with, friendship with, intimacy with.
**2** *the shower had a soothing massage attachment*: accessory, fitting, fitment, extension, supplementary part, supplementary component, extra, extra part, adjunct, addition, add-on, appurtenance, appendage, accoutrement, auxiliary.
**3** *all cars have points for the attachment of safety restraints*: fixing, fastening, affixing, linking, coupling, clamping, connection, connecting; addition, adding, incorporation, introduction, insertion.
**4** *he was on attachment from another regiment*: assignment, detail, appointment, allocation, secondment, transfer, relocation.
**5** *he maintained his family's Conservative attachment*: affiliation, association, alliance, alignment, union, bond, liaison, coalition, partnership, fellowship, belonging; links, ties, connections, sympathies.
**6** *Law the attachment of criminals' property*: seizure, confiscation, appropriation, expropriation, sequestration, taking away, commandeering; *Law* distrainment, disseizin; *Scottish Law* pounding.

**attack** verb **1** *Christopher had been brutally attacked*: assault, beat, beat up, batter, thrash, pound, pummel, assail, set upon, fall upon, strike at, let fly at, tear into, lash out at; ambush, mug, pounce on; *informal* jump, paste, do over, work over, knock about/around, rough up, lay into, lace into, sail into, pitch into, get stuck into, beat the living daylights out of, let someone have it; *Brit. informal* have a go at, duff someone up; *N. Amer. informal* beat up on, light into.
**2** *by eight o'clock the French had still not attacked*: begin an assault, charge, pounce, strike, begin hostilities, ambush; bombard, shell, blitz, strafe, fire on/at; rush, storm.
▷ANTONYMS defend.
**3** *the clergy have consistently attacked government policies*: criticize, censure, condemn, castigate, chastise, lambaste, pillory, savage, find fault with, fulminate against, abuse; berate, reprove, rebuke, reprimand, admonish, remonstrate with, reproach, take to task, haul over the coals, impugn, harangue, blame, revile, vilify, give someone a bad press; *informal* knock, slam, take to pieces, pull apart, crucify, bash, hammer, lay into, tear into, sail into, roast, give someone a roasting, cane, blast, bawl out, dress down, rap over the knuckles, have a go at, give someone hell; *Brit. informal* carpet, slate, slag off, rubbish, monster, rollick, give someone a rollicking, give someone a rocket, tear someone off a strip, tear a strip off someone; *N. Amer. informal* chew out, ream out, pummel, cut up; *Austral./NZ informal* bag; *Brit. vulgar slang* bollock, give someone a bollocking; *dated* rate; *archaic* slash; *rare* excoriate, objurgate, reprehend.
▷ANTONYMS praise.
**4** *they have started to attack the problem of threatened species*: attend to, address, see to, deal with, grapple with, confront, direct one's attention to, focus on, concentrate on, apply oneself to; buckle down to, get to work on, go to work on, set to work on, set about, get started on, undertake, embark on; *informal* get stuck into, get cracking on, get weaving on, have a crack at, have a go at, have a shot at, have a stab at.
**5** *the virus attacks the liver, heart, and lungs*: affect, have an effect on, strike, strike at, take hold of, infect; damage, injure.
▷ANTONYMS protect.
▶ noun **1** *they were killed in an attack on their home*: assault, onslaught, offensive, strike, blitz, raid, sortie, sally, storming, charge, rush, drive, push, thrust, invasion, incursion, inroad; act of aggression; *historical* razzia; *archaic* onset.
**2** *she wrote a ferociously hostile attack on him*: criticism, censure, rebuke, admonition, admonishment, reprimand, reproval; condemnation, denunciation, revilement, invective, vilification; tirade, diatribe, rant, polemic, broadside, harangue, verbal onslaught, stricture; *informal* knocking, telling-off, dressing-down, rap over the knuckles, earful, roasting, rollicking, caning; *Brit. informal* rocket, wigging, slating, ticking-off, carpeting, bashing, blast; *Brit. vulgar slang* bollocking; *dated* rating; *rare* philippic.
▷ANTONYMS commendation, defence.
**3** *she had suffered an acute asthmatic attack*: fit, seizure, spasm, convulsion, paroxysm, outburst, flare-up; bout, spell, dose; *rare* access.

**attacker** noun *she was punched in the face by the attacker*: assailant, assaulter, aggressor, striker; mugger, rapist, killer, murderer; *informal* slasher.

**attain** verb *they help the child attain his or her full potential*: achieve, accomplish, reach, arrive at, come by, obtain, gain, procure, secure, get,

**attach** verb **1** *his ankles were attached by chains to the wall*: **fasten**, fix, affix, join, connect, couple, link, secure, make fast, tie, tie up, bind, fetter, strap, rope, tether, truss, lash, hitch, moor, anchor, yoke, chain; stick, tape, adhere, glue, bond, cement, fuse, weld, solder; pin, peg, screw, bolt, rivet, batten, pinion, clamp, clip; add, append, annex, subjoin.
▷ ANTONYMS detach.
**2** *he attached himself to the radical section of the Liberal Party*: **affiliate with**, associate with, align with, ally with, unite with, combine with, integrate into, join to; join up with, join forces with, band together with, team up with, latch on to, cooperate with, be in league with, form an alliance with, make a pact with; informal tag along with.
▷ ANTONYMS break away from.
**3** *they attached great importance to research*: **ascribe**, assign, attribute, accredit, apply, impute; invest with, put on, place on, lay on.
**4** *he is the medical officer attached to Brigade Headquarters*: **assign**, allot, allocate, detail, appoint; relocate, reassign, transfer, move, send, second, lend.
▷ ANTONYMS separate.
**5** Law *the state attached criminals' property*: **seize**, confiscate, commandeer, requisition, appropriate, expropriate, take possession of, take away, take, sequester, sequestrate; Law distrain, disseize; Scottish Law poind.

bursting, crammed full, cram full, thronged, packed, jammed, teeming, swarming, overcrowded, obstructed, impeded, blocked (up), clogged, choked, plugged, stopped up; *informal* snarled up, gridlocked, jam-packed; *Brit. informal* like Piccadilly Circus.
▷ ANTONYMS clear.

**congestion** noun *an attempt to relieve some of the congestion on the roads:* crowding, overcrowding, obstruction, blockage, stoppage, blocking, clogging, choking, plugging, stuffing; traffic jam, bottleneck; *informal* snarl-up, gridlock.
▷ ANTONYMS flow.

**conglomerate** noun **1** *the conglomerate was broken up:* corporation, combine, group, grouping, consortium, partnership, joint concern, trust, merger, merged firms/companies/businesses; firm, company, business, multinational; *Japanese* zaibatsu.
**2** *Austria-Hungary was a conglomerate of disparate peoples:* mixture, mix, combination, mingling, commingling, amalgamation, amalgam, union, conjunction, marriage, merging, compound, alloy, fusion, meld, composite, concoction, synthesis, homogenization; miscellany, jumble, hotchpotch; *informal* mash-up.
**3** *Geology a rocky conglomerate:* aggregate, agglomerate.
▶ adjective *a conglomerate mass:* aggregate, agglomerate, amassed, gathered, clustered, combined.
▶ verb *the debris then conglomerated into planets:* coalesce, unite, join together, combine, merge, fuse, consolidate, amalgamate, integrate, mingle, meld, blend, intermingle, knit (together), link up, converge, come together; *literary* commingle.
▷ ANTONYMS split up.

**conglomeration** noun *an extremely odd conglomeration of church buildings:* collection, cluster, assortment, mix, variety, medley, mixed bag, pot pourri, miscellany, selection, combination, accumulation, mass, gathering, cumulation, package, aggregation, accretion, agglomerate, agglomeration; *rare* amassment.

**congratulate** verb **1** *she took the opportunity to congratulate Nicholas on his marriage:* give someone one's good wishes, wish someone good luck, wish someone joy, drink someone's health, toast, drink (a toast) to.
▷ ANTONYMS curse.
**2** *all three are to be congratulated for passing with flying colours:* praise, commend, applaud, salute, honour, eulogize, extol, acclaim, sing the praises of, heap praise on, pay tribute to, speak highly/well of, flatter, compliment, say nice things about, express admiration for, wax lyrical about, make much of, pat on the back, take one's hat off to, throw bouquets at; *informal* crack someone/something up; *N. Amer. informal* ballyhoo; *Black English* big someone/something up; *dated* cry someone/something up; *archaic* emblazon; *rare* laud, panegyrize, felicitate.
▷ ANTONYMS criticize.
▫ **congratulate oneself** *he congratulated himself on his success:* take pride in, be/feel proud of, feel proud about, be proud of oneself for, flatter oneself on, preen oneself, pat oneself on the back for, give oneself a pat on the back for; find/take satisfaction in, feel satisfaction at, take delight in, find/take pleasure in, glory in, bask in, delight in, exult in, plume oneself on; *archaic* pique oneself on/in.
▷ ANTONYMS be ashamed of.

**congratulations** plural noun **1** *Lily and Stephen accepted Muriel's congratulations on their wedding:* good wishes, best wishes, greetings, compliments, felicitations.
**2** *you all deserve congratulations for ensuring that the visit was such a success:* praise, commendation, applause, salutes, honour, acclaim, acclamation, tribute, cheers, ovation, accolade, plaudits, felicitations; approval, admiration, approbation, compliments, kudos, adulation, homage; a pat on the back, eulogy, encomium, panegyric, bouquets, laurels, testimonial; *rare* extolment, laudation, eulogium.
▷ ANTONYMS blame.

**congregate** verb *some 4000 demonstrators had congregated at a border point:* assemble, gather, collect, come together, flock together, get together, convene, rally, rendezvous, muster, meet, amass, crowd, cluster, throng, group; *rare* foregather.
▷ ANTONYMS disperse.

**congregation** noun **1** *he broke the news to the congregation in the church newsletter:* parishioners, parish, churchgoers, flock, fold, faithful, following, followers, adherents, believers, loyal members, fellowship, communicants, laity, brethren, brothers and sisters, souls.
**2** *such congregations of birds may cause public harm | a large congregation of protesters gathered:* gathering, assembly, flock, swarm, bevy, herd, pack, group, body, crowd, mass, multitude, horde, host, mob; turnout, throng, company, rally, convocation, congress, council, conclave, synod, assemblage; *informal* get-together; *historical* conventicle.

**congress** noun **1** *an international congress of mathematicians:* conference, convention, seminar, colloquium, symposium, consultation, forum, meeting, assembly, gathering, congregation, rally, convocation, summit, synod, council, conclave; *historical* conventicle.
**2** *elections for the new Congress were held on 8 November:* legislature, legislative assembly, parliament, convocation, diet, council, senate, chamber, chamber of deputies, house, upper house, lower house, upper chamber, lower chamber, second chamber.

**congruence** noun *he took care that there should be congruence of meaning and sound in his music:* compatibility, consistency, conformity, match, balance, consonance, rapport, parallelism, congruity, consilience; agreement, concord, accord, consensus, unanimity, harmony, unison, unity, concert.
▷ ANTONYMS conflict.

**conical** adjective *a circular tower with a conical roof:* cone shaped, tapered, tapering, pointed, funnel-shaped; *informal* pointy; *technical* infundibular, turbinate, conoid.

**conjectural** adjective *comments on inner-city areas are likely to be more conjectural:* speculative, suppositional, theoretical, hypothetical, putative, academic, notional, abstract, postulated, based on guesswork, inferred, suspected, presumed, assumed, presupposed, tentative, unproven, untested, unfounded, groundless, unsubstantiated; *rare* ideational, suppositious, suppositive, postulational.
▷ ANTONYMS established.

**conjecture** noun *we find his conjectures implausible | some of the information is merely conjecture:* guess, speculation, surmise, fancy, notion, belief, suspicion, presumption, assumption, theory, hypothesis, postulation, supposition; inference, extrapolation, projection; approximation, estimate, rough calculation, rough idea; guesswork, guessing, surmising, imagining, theorizing; *informal* guesstimate, shot in the dark; *N. Amer. informal* ballpark figure.
▷ ANTONYMS fact.
▶ verb *I conjectured that the game was about to end:* guess, speculate, surmise, infer, fancy, imagine, believe, think, suspect, presume, assume, hypothesize, take as a hypothesis, theorize, form/formulate a theory, suppose.
▷ ANTONYMS know.

**conjugal** adjective *the conjugal bond:* marital, matrimonial, nuptial, marriage, married, wedded, connubial, bridal; *Law* spousal; *literary* hymeneal, epithalamic.

**conjunction** noun *the conjunction of low inflation and low unemployment came as a very pleasant surprise:* co-occurrence, concurrence, coincidence, coexistence, simultaneity, simultaneousness, contemporaneity, contemporaneousness, concomitance, synchronicity, synchrony; combination, juxtaposition.
▫ **in conjunction** *he explained how they work in conjunction with the police to prevent crime in the area:* together, jointly, conjointly, in cooperation, cooperatively, in collaboration, in partnership, in combination, as one, in unison, in concert, concertedly, with one accord, in league, in alliance, in collusion, side by side, hand in hand, hand in glove, shoulder to shoulder, cheek by jowl; *informal* in cahoots.
▷ ANTONYMS separately.

**conjure** verb **1** *he conjured another cigarette out of the air:* make something appear, produce, materialize, magic, summon, generate, whip up.
**2** *the picture that his words conjured up left her breathless:* bring to mind, call to mind, put one in mind of, call up, evoke, summon up, recall, recreate; echo, allude to, suggest; rouse (up), stir (up), raise up, awaken.

**conjuring** noun *a demonstration of conjuring:* magic, illusion, sleight of hand, legerdemain, dexterity, deception, hocus pocus; *formal* prestidigitation.

**conjuror** noun *the children were entertained by a local conjuror:* magician, illusionist; *Brit.* member of the Magic Circle; *formal* prestidigitator.

**connect** verb **1** *the electrodes were connected to a recording device:* attach, join, fasten, fix, affix, couple, link, bridge, secure, make fast, tie, tie up, bind, fetter, strap, rope, tether, truss, lash, hitch, moor, anchor, yoke, chain; stick, tape, adhere, glue, bond, cement, fuse, weld, solder, pin, peg, screw, bolt, rivet, batten, pinion, clamp, clip, hook (up); add, append, annex, subjoin; *technical* concatenate.
▷ ANTONYMS disconnect.
**2** *there are lots of customs connected with Twelfth Night:* associate, link, couple; identify, equate, bracket, compare; think of something together with, think of something in connection with, relate to, mention in the same breath as, set side by side with, draw a parallel with.
▷ ANTONYMS dissociate.

**connection** noun **1** *he does not pursue the connection between commerce and art:* link, relationship, relation, relatedness, interrelation, interrelatedness, interconnection, interdependence, association, attachment, bond, tie, tie in, correspondence, parallel, analogy, bearing, relevance.
**2** *there's a poor connection in the plug:* attachment, joint, fastening, coupling.
**3** *a politician with all the right connections:* contact, friend, acquaintance, ally, colleague, associate, sponsor; relation, relative, kindred, kin, kinsman, kinswoman.
▫ **in connection with** *a man is being questioned in connection with the murder:* regarding, concerning, with reference to, referring to, with regard

**connect** verb **1** *the leads were connected to a recording device*: **attach**, join, fasten, fix, affix, couple, link, bridge, secure, make fast, tie, tie up, bind, fetter, strap, rope, tether, truss, lash, hitch, moor, anchor, yoke, chain; stick, tape, adhere, glue, bond, cement, fuse, weld, solder; pin, peg, screw, bolt, rivet, batten, pinion, clamp, clip, hook (up); add, append, annex, subjoin; technical concatenate.
▷ ANTONYMS disconnect.
**2** *there are lots of customs connected with Twelfth Night*: **associate**, link, couple; identify, equate, bracket, compare; think of something together with, think of something in connection with; relate to, mention in the same breath as, set side by side with; draw a parallel with.
▷ ANTONYMS dissociate.

**connection** noun **1** *he does not pursue the connection between commerce and art*: **link**, relationship, relation, relatedness, interrelation, interrelatedness, interconnection, interdependence, association, attachment, bond, tie, tie-in, correspondence, parallel, analogy; bearing, relevance.
**2** *there's a poor connection in the plug*: **attachment**, joint, fastening, coupling.
**3** *a politician with all the right connections*: **contact**, friend, acquaintance, ally, colleague, associate, sponsor; relation, relative, kindred, kin, kinsman, kinswoman.
☐ **in connection with** *a man is being questioned in connection with the murder*: **regarding**, concerning, with reference to, referring to, with regard

**2** *his hand slammed against the door, holding it fast*: **secure**, secured, fastened, tight, firmly fixed; stuck, jammed, immovable, unbudgeable, stiff, closed, shut, to.
▷ANTONYMS loose.
**3** *the dyes are boiled with yarn to produce a fast colour*: **indelible**, lasting, permanent, stable.
▷ANTONYMS temporary.
**4** *they remained fast friends*: **loyal**, devoted, faithful, firm, steadfast, staunch, true, boon, bosom, inseparable; constant, lasting, unchanging, unwavering, enduring, unswerving; *informal* as thick as thieves.
**5** *a fast woman*: **promiscuous**, licentious, dissolute, impure, unchaste, wanton, abandoned, of easy virtue; *informal* easy; *N. Amer. informal* roundheeled; (*W. Indian informal*) slack; *derogatory* sluttish, whorish, tarty, slaggy; *dated* loose; *archaic* light.
▷ANTONYMS chaste.
**6** *the fast life she led in London*: **wild**, dissipated, dissolute, debauched, intemperate, immoderate, louche, rakish, decadent, unrestrained, reckless, profligate, self-indulgent, shameless, sinful, immoral, extravagant; *informal* swinging.
▷ANTONYMS sedate.
▪ **fast and furious** *the fun was fast and furious*: **frantic**, wild, frenetic, hectic, fraught, feverish, fevered, mad, crazed, manic, hyperactive, energetic, intense, turbulent, tumultuous.
▪ **make fast** *the craft is made fast to the shore*: **attach**, fasten, secure, fix, affix, join, connect, couple, link, tie, tie up, bind, tether, strap, rope, tether, truss, lash, hitch, moor, anchor, yoke, chain.
▸ **adverb 1** *she drove fast towards the gates*: **quickly**, rapidly, swiftly, speedily, briskly, at speed, at full speed, at full tilt; energetically; hastily, with all haste, in haste, hurriedly, in a hurry, post haste, pell mell; without delay, expeditiously, with dispatch, like a shot, like a flash, in a flash, in the blink of an eye, in a wink, in a trice, in no time (at all), on the double, at the speed of light, like an arrow from a bow; *informal* double quick, in double quick time, p.d.q. (pretty damn quick), nippily, like (greased) lightning, at warp speed, hell for leather, like mad, like crazy, like the wind, like a bomb, like nobody's business, like a scalded cat, like the deuce, a mile a minute, like a bat out of hell, at warp speed; *Brit. informal* like the clappers, at a rate of knots, like billy-o; *N. Amer. informal* lickety split; *literary* apace.
▷ANTONYMS slowly.
**2** *his wheels were stuck fast*: **securely**, tightly, immovably, fixedly, firmly.
**3** *Richard's fast asleep*: **deeply**, sound, completely.
**4** *she lived fast and dangerously*: **wildly**, dissolutely, intemperately, immoderately, rakishly, recklessly, self-indulgently, extravagantly.

---

**Word links** **fast**

**tachy-** related prefix, as in *tachycardia, tachygraphy*

---

**fast²** ▸ **verb** *the ministry instructed people to fast, pray, and read scripture*: **abstain from food**, refrain from eating, deny oneself food, go without food, go hungry, eat nothing, starve oneself; go on hunger strike.
▷ANTONYMS eat; indulge oneself.
▸ **noun** *a five-day fast*: **period of fasting**, period of abstinence; hunger strike; diet.
▷ANTONYMS feast.

**fasten** ▸ **verb 1** *he fastened the door behind him*: **bolt**, lock, secure, make secure, make fast, chain, seal.
▷ANTONYMS unfasten, unlock.
**2** *they fastened splints to his leg*: **attach**, fix, affix, clip, pin, tack; stick, bond.
▷ANTONYMS unfasten, remove.
**3** *the belt was fastened with an enormous silver buckle*: **buckle**, join, do up, connect, couple, close, unite, link; lace (up), knot; button (up); zip (up).
▷ANTONYMS unfasten, open.
**4** *he fastened his horse to a sapling on the bank of the river*: **tie**, tie up, bind, tether, truss, fetter, lash, hitch, anchor, strap, rope.
▷ANTONYMS unfasten, untie.
**5** *the dress fastens at the front with ten small buttons*: **become closed**, close, do up; button (up); zip (up).
▷ANTONYMS unfasten, undo.
**6** *his gaze fastened on me*: **focus**, fix, be riveted, concentrate, zero in, zoom in, be brought to bear; direct at, aim at, point at.
**7** *blame had been fastened on some unknown matter*: **ascribe to**, attribute to, assign to, chalk up to, impute to; lay on, pin on, lay at the door of.
**8** *the critics fastened upon two sections of the report*: **single out**, concentrate on, focus on, select, pick out, fix on, seize on.

**fastidious** ▸ **adjective** *he was fastidious about personal hygiene*: **scrupulous**, punctilious, painstaking, meticulous, assiduous, sedulous, perfectionist, fussy, finicky, dainty, over-particular; critical, overcritical, hypercritical, hard-difficult-impossible to please; pedantic, precise, exact, hair-splitting, exacting, demanding; *informal* pernickety, nit-picking, choosy, picky; *N. Amer. informal* persnickety; *archaic* nice, overnice.
▷ANTONYMS easy going; sloppy.

---

**Word toolkit** **fastidious**

See **finicky**.

---

**fat** ▸ **adjective 1** *a fat man walked in*: **plump**, stout, overweight, heavy, large, solid, chubby, portly, rotund, flabby, paunchy, pot-bellied, beer-bellied, dumpy, meaty, broad in the beam, of ample proportions, Falstaffian; buxom; obese, corpulent, bloated, gross, gargantuan, elephantine; fleshy; *informal* tubby, roly-poly, beefy, porky, blubbery, poddy, chunky, well-padded, well covered, well upholstered; *Brit. informal* podgy, fubsy; *N. Amer. informal* lard-assed; *Scottish literary* sonsy; *rare* pursy, abdominous.
▷ANTONYMS thin, skinny.
**2** *fat bacon*: **fatty**, greasy, oily, oleaginous, unctuous; *formal* pinguid, adipose, sebaceous.
▷ANTONYMS lean.
**3** *those fat books you're always reading*: **thick**, big, chunky, substantial, extended, long.
▷ANTONYMS thin.
**4** *informal a fat salary*: **large**, substantial, considerable, sizeable; generous, handsome, ample, excellent, good, competitive.
▷ANTONYMS small.
**5** *informal fat chance she had of influencing Guy*: **very little**, not much, minimal, hardly any.
▷ANTONYMS good.
▸ **noun 1** *whales insulate themselves with layers of fat*: **fatty tissue**, fat cells, blubber, adipose tissue.
**2** *he was tall and running to fat*: **fatness**, plumpness, stoutness, heaviness, chubbiness, tubbiness, portliness, rotundity, podginess, flabbiness, bulk, excessive weight; obesity, corpulence, grossness; paunch, pot belly, beer belly, beer gut; *informal* flab, blubber, beef.
▷ANTONYMS thinness.
**3** *fried bread in sizzling fat*: **cooking oil**, animal fat, vegetable fat, grease, lard, suet, butter, margarine.

---

**Word links** **fat**

**lipoid** relating to fat
**lipo-** related prefix, as in *liposuction, lipoprotein*

---

**fatal** ▸ **adjective 1** *a fatal disease*: **deadly**, lethal, mortal, causing death, death-dealing, killing; final, terminal, incurable, untreatable, inoperable, malignant; tragic; *literary* deathly; *archaic* baneful.
▷ANTONYMS harmless; superficial.
**2** *don't make the fatal mistake of assuming others think as you do*: **disastrous**, devastating, ruinous, catastrophic, calamitous, cataclysmic, destructive, grievous, dire, crippling, crushing, injurious, harmful, costly; *literary* direful.
▷ANTONYMS harmless; beneficial.

**fatalism** ▸ **noun** *he experienced a sense of fatalism that kept his fear at bay*: **passive acceptance**, resignation, acceptance, acceptance of the inevitable, stoicism; defeatism, pessimism, negativism, negative thinking, gloominess, doom and gloom, gloom, predeterminism, predestinarianism, necessitarianism, fate, fatedness.

**fatality** ▸ **noun 1** *there were hundreds of fatalities from radiation contamination*: **death**, casualty, mortality, victim, loss, dead person; (**fatalities**) dead.
**2** *the programme is a recipe for increased fatalities on our roads*: **fatal accident**, tragedy, disaster, catastrophe, calamity.

**fate** ▸ **noun 1** *I was ready for whatever fate had in store for me*: **destiny**, providence, God's will, nemesis, kismet, astral influence, the stars, what is written in the stars, one's lot in life; predestination, predetermination; chance, luck, serendipity, fortuity, fortune, hazard, Lady Luck, Dame Fortune; *Hinduism & Buddhism* karma; *archaic* dole, cup, heritage.
**2** *I didn't want to put my fate in someone else's hands*: **future**, destiny, outcome, issue, upshot, end, lot, due; *archaic* doom, dole.
**3** *the authorities warned that a similar fate would befall other convicted killers*: **death**, demise, end, destruction, doom; ruin, downfall, undoing, finish, disaster, catastrophe, retribution, sentence.
**4 (the Fates)** *the Fates might decide that it was his time to die*: **the weird sisters**; *Roman Mythology* the Parcae; *Greek Mythology* the Moirai; *Scandinavian Mythology* the Norns.
▸ **verb (be fated)** *his daughter was fated to face the same problem*: **be predestined**, be preordained, be foreordained, be destined, be meant, be doomed, be foredoomed, be cursed, be damned; be sure, be certain, be bound, be guaranteed; be inevitable, be inescapable, be ineluctable.

**fateful** ▸ **adjective 1** *that fateful day when she met him*: **decisive**, determining, critical, crucial, pivotal, momentous, important, of great importance, all important, key, significant, far-reaching, historic, weighty, consequential, of great consequence, epoch-making, portentous, apocalyptic; *informal* earth-shattering, world-shattering, earth-shaking, world-shaking.
▷ANTONYMS trivial, unimportant.

☐ **make fast** *the craft is made fast to the shore*: **attach**, fasten, secure, fix, affix, join, connect, couple, link, tie, tie up, bind, fetter, strap, rope, tether, truss, lash, hitch, moor, anchor, yoke, chain.

oneself, pretty oneself, beautify oneself; informal titivate oneself, doll oneself up; Brit. informal tart oneself up; archaic plume oneself, trig oneself.

**tie** verb **1** *they tied Max to a chair*: **bind**, tie up, tether, hitch, strap, truss, fetter, rope, chain, make fast, moor, lash, attach, fasten, fix, secure, join, connect, link, couple.
▷ANTONYMS untie.
**2** *Renwick bent to tie his shoelace*: **do up**; knot, make a knot in, make a bow in, lace.
**3** *women who do paid work at home feel themselves tied by childcare responsibilities*: **restrict**, restrain, limit, constrain, confine, cramp; hamper, hinder, impede, tie down, interfere with, slow, obstruct, block, handicap, hamstring, shackle, encumber, inhibit, check, curb, tie someone's hands, cramp someone's style; rare cumber, trammel.
**4** *a pay deal tied to a productivity agreement*: **link**, couple, connect, relate, join, marry, wed; make conditional on, bind up with, bundle with.
**5** *they tied for second place*: **draw**, be equal, be even, be level, be neck and neck.
▫ **tie someone down** *they didn't marry because she was afraid of being tied down*. See **tie** (sense 3 of the verb).
▫ **tie in** *you haven't seen how all this ties in with their long-term aims*: **be consistent**, tally, correlate, agree, be in agreement, accord, concur, coincide, conform, fit in, harmonize, be in tune, dovetail; correspond to, match, parallel, reflect, mirror; informal square; N. Amer. informal jibe.
▫ **tie something in** *her husband is able to tie in his shifts with hers at the hospital*: **fit in**, harmonize, dovetail, match, mirror, make something consistent, make something correspond, make something tally, make something correlate, make something agree, make something accord, make something coincide, make something conform; informal square.
▫ **tie someone/something up 1** *Gabriel tied up his pony*: **bind**, tie, tether, hitch, strap, truss, fetter, rope, chain, make fast, moor, lash, attach, fasten, fix, secure; join, connect, link. ▷ANTONYMS untie. **2** *do not tie your money up if you think you may need it quickly*: **commit**, make unavailable, invest long-term. **3** *he is tied up in meetings all morning*: **occupy**, engage, busy, keep busy, book, reserve, commit. **4** *they were anxious to tie up the contract*: **finalize**, conclude, bring to a conclusion, wind up, wrap up, complete, finish off, seal, set the seal on, settle, secure, clinch.
▪ noun **1** *a sleeveless jacket fastened at the back with ties*: **lace**, string, cord, ligature, wire, bond, fetter, link, fastening, fastener.
**2** *he was wearing a collar and tie*: **necktie**; neckwear.
**3** *it is important that we keep family ties strong*: **bond**, connection, link, liaison, attachment, association, kinship, affiliation, allegiance, friendship, cords, union, relationship, relatedness, interdependence.
**4** *pets can be a tremendous tie*: **restriction**, curb, limitation, constraint, obligation, commitment, restraint, hindrance, check, obstruction, encumbrance, impediment, handicap.
**5** *the race ended in a tie for first place*: **draw**, dead heat, deadlock, stalemate.
**6** *Brit. Turkey's World Cup tie against Holland*: **contest**, fixture, match, game, event, trial, test, test match, meeting; bout, fight, prizefight, duel; quarter final, semi final, final; friendly, derby, local derby; play off, replay, rematch; Canadian & Scottish playdown; N. Amer. split; archaic tourney.

**tie-in** noun *there's a tie-in to another case I'm working on*: **connection**, association, link, correlation, correspondence, parallel, tie-up, interrelation, relationship, relation, relatedness, interconnection, interdependence, analogy, similarity.

**tier** noun **1** *rising tiers of empty seats*: **row**, rank, bank, line, **layer**, level, plane, floor, storey, deck.
**2** *the most senior tier of management*: **grade**, gradation, step, echelon, point on the scale, rung on the ladder; archaic degree.

**tie-up** noun *the Bombay-based firm is contemplating tie-ups with software houses abroad*: **link**, link up, association, relationship, liaison; deal, bargain, contract, (business) arrangement, covenant, accommodation, understanding, settlement, protocol, accord, entente, compact, bond, alliance, coalition, federation, axis; N. Amer. trust.

**tiff** noun informal *she had had a tiff with Mr Carson*: **quarrel**, squabble, row, argument, fight, contretemps, disagreement, difference of opinion, dissension, falling out, dispute, disputation, contention, clash, altercation, shouting match, exchange, war of words; tussle, conflict, fracas, affray, wrangle, tangle; Irish, N. Amer., & Austral. donnybrook; informal set to, run in, shindig, shindy, stand up, spat, scrap, dust up; Brit. informal barney, slanging match, bunfight, ding dong, bust up, ruck; Scottish informal rammy; N. Amer. informal rhubarb; archaic broil, miff; Scottish archaic threap, collieshangie; French archaic tracasserie(s).

**tight** adjective **1** *he took a tight grip on her arm*: **firm**, fast, secure, fixed, clenched, clinched.
▷ANTONYMS relaxed, insecure.
**2** *the rope was pulled tight*: **taut**, rigid, stiff, tense, stretched, strained, stressed.
▷ANTONYMS slack.
**3** *tight jeans*: **tight-fitting**, close fitting, narrow, figure hugging, skintight, sheath like; informal sprayed on.
▷ANTONYMS loose.
**4** *a tight mass of fibres*: **compact**, compacted, compressed, dense, hard, unyielding, solid.
▷ANTONYMS loose.
**5** *rather a tight space*: **small**, tiny, narrow, compact, poky, limited, restricted, confined, cramped, constricted, uncomfortable, minimal, sparse, inadequate; rare strait, incommodious.
▷ANTONYMS generous, roomy.
**6** *the joint will be perfectly tight against petrol leaks*: **impervious**, impenetrable, sealed, sound, hermetic; watertight, waterproof, airtight.
▷ANTONYMS leaking.
**7** *security was tight at yesterday's ceremony*: **strict**, rigorous, stringent, tough, rigid, firm, uncompromising, exacting, systematic, meticulous, painstaking, scrupulous.
▷ANTONYMS lax.
**8** *he's in a tight spot*: **problematic**, tricky, delicate, sensitive, controversial, awkward, prickly, thorny; difficult, knotty, tough, taxing, trying, troublesome, irksome, vexatious, bothersome, worrying, upsetting; informal sticky; Brit. informal dodgy.
▷ANTONYMS problem free.
**9** *there's no substitute for tight writing*: **succinct**, economic, pithy, crisp, straightforward, concise, condensed, well structured, laconic, terse, to the point, summary, short and sweet, in a few well-chosen words; rare compendious, epigrammatic, synoptic, aphoristic, gnomic.
▷ANTONYMS verbose.
**10** *it was a tight race*: **close**, even, evenly matched, well matched; hard fought, neck and neck.
▷ANTONYMS open.
**11** *money is a bit tight just now*: **scarce**, scanty, scant, skimpy, meagre, sparse, reduced, depleted, diminished, low, in short supply, limited; deficient, inadequate, insufficient.
▷ANTONYMS plentiful, abundant.
**12** *he's tight with his money*: **mean**, miserly, parsimonious, niggardly, close fisted, penny pinching, cheese paring, penurious, Scrooge like, ungenerous, illiberal, close; informal stingy, mingy, tight fisted; N. Amer. informal cheap; vulgar slang tight arsed; archaic near.
▷ANTONYMS generous.
**13** informal *he came home tight from the pub*. See **drunk**.

**tighten** verb **1** *when the structure is flat, tighten up the fixing screws*: **secure**, make fast, make more secure, screw up, give an extra turn to.
▷ANTONYMS loosen.
**2** *he tightened his grip on her arm*: **strengthen**, make stronger, reinforce, harden, consolidate.
▷ANTONYMS loosen.
**3** *she tightened the rope about his ankles*: **tauten**, make/draw taut, make/draw tight, stretch, strain, extend, make rigid, rigidify, stiffen, tense.
▷ANTONYMS slacken.
**4** *my throat tightened | he tightened his lips*: **narrow**, become narrow/narrower, become tight/tighter, become pinched; constrict, contract, brace, draw in, compress, screw up, pucker, purse; N. Amer. squinch; rare constringe.
▷ANTONYMS relax.
**5** *councillors have asked supermarkets to tighten up car park security*: **increase**, make stricter, make more rigorous, make more stringent, make more rigid, stiffen, toughen (up), heighten, escalate, scale up; informal up, crank up, beef (up).
▷ANTONYMS relax.
▫ **tighten one's belt** *why dip into our savings, if we can tighten our belts instead?* **economize**, cut back, make cutbacks, make cuts, retrench, husband one's resources, budget, be (more) economical, make economies, be thrifty, be sparing, be frugal, buy (more) cheaply, use less, reduce/decrease wastage, scrimp, scrimp and save, scrimp and scrape, cut corners, draw in one's horns, count the/your pennies, watch the/your pennies, save (money), cut expenditure, cut costs; N. Amer. pinch the/your pennies; black English rake and scrape.

**tight-fisted** adjective *being tight-fisted individuals, we bypassed the fee-paying nature trail*: **mean**, miserly, parsimonious, niggardly, close fisted, penny pinching, cheese paring, penurious, Scrooge like, ungenerous, illiberal, close; informa stingy, mingy, tight; N. Amer. informal cheap; vulgar slang tight arsed; archaic near.
▷ANTONYMS generous, liberal.

**tight-lipped** adjective *the company remains tight lipped about the launch date*: **reticent**, taciturn, uncommunicative, unforthcoming, unresponsive, close-mouthed, close-lipped; silent, quiet, unspeaking; guarded, secretive, private, withdrawn, playing one's cards close to one's chest, of few words, untalkative; informal mum.
▷ANTONYMS forthcoming, chatty.

**till**[1] preposition & conjunction **1** *he stayed in bed till 7 | I will look after you till you die*: **until**, up to, up till, up until, as late as, up to the time of/that, until such time as, pending; N. Amer. through.
▷ANTONYMS beyond, after.
**2** *ownership is not transferred till delivery*: **before**, prior to, previous to, up to, until, up until, up till, earlier than, in advance of, ante-, pre-.
▷ANTONYMS after.

**tie** verb **1** *they tied Max to a chair*: **bind**, tie up, tether, hitch, strap, truss, fetter, rope, chain, make fast, moor, lash, attach, fasten, fix, secure, join, connect, link, couple.