# Exhibit L



# Color Oxford English Dictionary

wherever you are

The world's most trusted dictionaries

**second-degree** (of burns) causing blistering but not permanent scars. **second-guess** predict someone's actions or thoughts by guesswork. **second-hand 1** having had a previous owner. **2** heard from another person. **second nature** a habit that has become instinctive. **second-rate** of bad quality. **second sight** the supposed ability to know what will happen in the future. **second thoughts** a change of opinion after reconsidering something. **second wind** fresh energy gained during exercise after having been out of breath. ■ **secondly** adverb.

**second²** noun **1** a unit of time equal to one sixtieth of a minute. **2** (**a second**) informal a very short time. **3** a measurement of an angle equal to one sixtieth of a minute.

**second³** /si-**kond**/ verb Brit. temporarily move a worker to another position or role. ■ **secondment** noun.

**secondary** adjective **1** coming after, or less important than, something else. **2** (of education) for children from the age of eleven to sixteen or eighteen. ■ **secondarily** adverb.

**secret** adjective **1** hidden from, or not known by, other people. **2** secretive. ● noun **1** something that other people do not know about. **2** a method of achieving something that is not generally known. □ **secret agent** a spy. **secret police** a police force working in secret against a government's political opponents. **secret service** a government department concerned with spying. ■ **secrecy** noun. **secretly** adverb.

**secretariat** /sek-ri-**tair**-i-uht/ noun a government office or department.

**secretary** noun (plural **secretaries**) **1** a person employed to type letters, keep records, etc. **2** an official of a society or other organization. □ **Secretary of State 1** (in the UK) the head of a major government department. **2** (in the US) the government official responsible for foreign affairs. ■ **secretarial** adjective.

✔ -ary, not -ery: secretary.

**secrete** verb (**secretes, secreting, secreted**) **1** (of a cell, gland, or organ) produce a liquid substance. **2** hide an object. ■ **secretion** noun.

**secretive** adjective inclined to hide your feelings or not to give out information. ■ **secretively** adverb.

**sect** noun a small religious or political group with different beliefs from those of the larger group that they belong to.

**sectarian** adjective having to do with a sect or group. ■ **sectarianism** noun.

**section** noun **1** any of the parts into which something is divided. **2** a distinct group within a larger body of people or things. **3** the shape that results from cutting through something. ● verb divide into sections.

**sector** noun **1** a distinct area or part. **2** a part of a circle between two lines drawn from its centre to its circumference.

**secular** adjective not religious or spiritual. ■ **secularism** noun.

**secure** adjective **1** certain to remain safe. **2** fixed or fastened so as not to give way or become loose. **3** free from fear or anxiety. ● verb (**secures, securing, secured**) **1** protect against danger or threat. **2** firmly fix or fasten. **3** succeed in obtaining. ■ **securely** adverb.

**security** noun (plural **securities**) **1** the state of being or feeling secure. **2** the safety of a state or organization. **3** a valuable item offered as a guarantee that you will repay a loan.

**sedan** noun **1** an enclosed chair carried between two horizontal poles. **2** N. Amer. a car for four or more people.

**sedate** adjective **1** calm and unhurried. **2** respectable and rather dull. ● verb (**sedates, sedating, sedated**) give someone a sedative drug. ■ **sedately** adverb.

**sedation** noun the action of sedating someone.

**sedative** adjective having the effect of making someone calm or sleepy. ● noun a sedative drug.

**sedentary** /**sed**-uhn-tri/ adjective **1** involving a lot of sitting and not much exercise. **2** sitting down a lot; taking little exercise.

**sedge** noun a grass-like plant that grows in wet ground.

**sediment** noun **1** matter that settles to the bottom of a liquid. **2** material carried by water or wind and deposited on land. ■ **sedimentary** adjective.

**sedition** noun things done or said to stir up rebellion against a ruler or government. ■ **seditious** adjective.

**seduce** verb (**seduces, seducing, seduced**) **1** persuade someone to do something unwise. **2** persuade someone to have sex with you. ■ **seduction** noun.

**seductive** adjective tempting and attractive. ■ **seductively** adverb.

**sedulous** adjective showing great care or effort; diligent.

**see¹** verb (**sees, seeing, saw**; past participle **seen**) **1** become aware of with the eyes. **2** experience or witness. **3** realize something after thinking or getting information. **4** think of in a particular way. **5** meet someone socially or by chance. **6** meet someone regularly as a boyfriend or girlfriend. **7** consult a specialist or professional. **8** guide or lead someone somewhere. □ **see someone off** go with a person who is leaving to their point of departure. **see something through** carry on with a project until it is completed. **see-through** transparent or semi-transparent. **see to** deal with.

**see²** noun the district or position of a bishop or archbishop.

**seed** noun **1** a small, hard object produced by a plant, from which a new plant may grow. **2** the beginning of a feeling, process, etc. **3** any of the stronger competitors in a sports tournament who are kept from playing each other in the early rounds. **4** old use a man's semen. ● verb **1** sow land with seeds. **2** remove the seeds from. **3** (**be seeded**) be made a seed in a sports tournament.

**seedling** noun a young plant raised from seed.

**seedy** adjective (**seedier, seediest**) unpleasant because dirty or immoral. ■ **seediness** noun.

**seeing** conjunction because; since.

**seek** verb (**seeks, seeking, sought**) **1** try to find or get. **2** ask for. **3** (**seek to do**) try or want to do. **4** (**seek someone/thing out**) search for and find someone or something. ■ **seeker** noun.

**seem** verb **1** give the impression of being. **2** (**cannot seem to do**) be unable to do, despite having tried.

**seeming** adjective appearing to be real or true. ■ **seemingly** adverb.

**seemly** adjective respectable or in good taste.

**seen** past participle of **SEE¹**.

**seep** verb (of a liquid) flow or leak slowly through a substance. ■ **seepage** noun.

**seer** noun a person supposedly able to see visions of the future.

**seersucker** noun a fabric with a crinkled surface.

**see-saw** noun a long plank supported in the middle, on each end of which children sit and move up and down by pushing the ground with their feet. ● verb repeatedly change between two states or positions.

**seethe** verb (**seethes, seething, seethed**) **1** be very angry but try not to show it. **2** be filled with a crowd that is moving about. **3** (of a liquid) boil or churn.

**segment** noun /**seg**-muhnt/ each of the parts into which something is divided. ● verb /seg-**ment**/ divide into segments.

**segregate** verb (**segregates, segregating, segregated**) **1** keep separate from the rest or from each other. **2** keep people of different races, sexes, or religions separate. ■ **segregation** noun.

**segue** /**seg**-way/ verb (**segues,**

**countermand** verb cancel an order.

**countermeasure** noun something done to deal with a danger or threat.

**counterpane** noun dated a bedspread.

**counterpart** noun a person or thing that corresponds to another.

**counterpoint** noun 1 the playing of two or more tunes at the same time. 2 a tune played at the same time as another.

**counterproductive** adjective having the opposite effect to the one intended.

**countersign** verb sign a document that has already been signed by another person.

**countersink** verb (countersinks, countersinking, countersunk) insert a screw or bolt so that the head lies flat with the surface.

**countertenor** noun the highest male adult singing voice.

**counterterrorism** noun political or military activities designed to prevent terrorism.

**countervailing** adjective having an equal but opposite effect.

**countess** noun 1 the wife or widow of a count or earl. 2 a woman holding the rank of count or earl.

**counting** preposition taking account of; including.

**countless** adjective too many to be counted; very many.

**countrified** adjective characteristic of the country or country life.

**country** noun (plural **countries**) 1 a nation with its own government. 2 areas outside large towns and cities. 3 an area of land with particular physical features: *hilly country*. □ **country music** (or **country and western**) a kind of popular music from country areas of the southern US.

**countryside** noun land and scenery outside towns and cities.

**county** noun (plural **counties**) each of the main areas into which some countries are divided for the purposes of local government. □ **county town** the main town of a county, where its council is based.

**coup** /koo/ noun (plural **coups** /kooz/) 1 (also **coup d'état** /koo day-**tah**/) a sudden violent seizing of power from a government. 2 a successful move or action.

**coupe** /**koo**-pay, koop/ noun a sports car with a fixed roof and a sloping rear.

**couple** noun 1 two individuals of the same sort considered together. 2 two people who are married or in a romantic or sexual relationship. 3 informal an unspecified small number. • verb (**couples, coupling, coupled**) 1 connect or combine. 2 have sex.

**couplet** noun a pair of rhyming lines of poetry one after another.

**coupling** noun a device for connecting railway vehicles or parts of machinery together.

**coupon** noun 1 a voucher that gives you the right to claim a discount or buy something. 2 a form that can be sent off to ask for information or to enter a competition.

**courage** noun 1 the ability to do something frightening; bravery. 2 strength when faced with pain or grief.

**courageous** adjective having courage; brave. ■ **courageously** adverb.

**courgette** /koor-**zhet**/ noun Brit. a long, thin vegetable with green skin.

**courier** noun 1 a person employed to deliver goods or documents quickly. 2 a person employed to guide and help a group of tourists.

**course** noun 1 a direction that is taken or intended. 2 the way in which something progresses or develops. 3 (also **course of action**) a way of dealing with a situation. 4 a dish forming one of the stages of a meal. 5 a series of lectures or lessons in a particular subject. 6 a series of repeated treatments or doses of a drug. 7 an area prepared for racing, golf, or another sport. • verb (**courses, coursing, coursed**) 1 (of liquid) flow. 2 (**coursing**) the activity of hunting animals, especially hares, with greyhounds. □ **of course** 1 as expected. 2 certainly; yes.

! don't confuse **course** with **coarse**, which means 'havng a rough texture'.

**court** noun 1 the judge, jury, and lawyers who sit and hear legal cases. 2 the place where a law court meets. 3 an area marked out for ball games such as tennis. 4 a courtyard. 5 the home, advisers, and staff of a king or queen. • verb 1 try to win someone's support. 2 behave in a way that might lead to something bad happening. 3 dated try to win the love of someone you want to marry. □ **court shoe** a woman's plain shoe with a low-cut upper and no fastening. **hold court** be the centre of attention.

**courteous** /**ker**-ti-uhss/ adjective polite and considerate. ■ **courteously** adverb.

**courtesan** /kor-ti-**zan**/ noun a prostitute with wealthy clients.

**courtesy** /**ker**-tuh-si/ noun (plural **courtesies**) 1 polite and considerate behaviour. 2 a polite speech or action. □ **courtesy of** given or allowed by.

**courtier** /**kor**-ti-er/ noun a companion or adviser of a king or queen.

**courtly** adjective (**courtlier, courtliest**) very dignified and polite.

**court martial** noun (plural **courts martial**) a court for trying people accused of breaking military law. • verb (**court-martial**) (**court-martials, court-martialling, court-martialled**) try someone in a court martial.

**courtship** noun 1 a period during which a couple develop a romantic relationship. 2 the process of trying to win someone's love or support.

**courtyard** noun an open area enclosed by walls or buildings.

**couscous** /**kuuss**-kuuss/ noun a North African dish of steamed or soaked semolina.

**cousin** noun (also **first cousin**) a child of your uncle or aunt. □ **second cousin** a child of your mother's or father's first cousin.

**couture** /koo-**tyoor**/ noun the design and making of fashionable clothes, especially for a particular customer.

**couturier** /koo-**tyoo**-ri-ay/ noun a person who designs couture clothes.

**cove** noun a small sheltered bay.

**coven** /**kuv**-uhn/ noun a group of witches who meet regularly.

**covenant** /**kuv**-uh-nuhnt/ noun 1 a formal agreement. 2 an agreement to make regular payments to a charity.

**cover** verb (**covers, covering, covered**) 1 put something over or in front of a person or thing so as to protect or hide them. 2 spread or extend over an area. 3 deal with a subject. 4 travel a particular distance. 5 (of money) be enough to pay for something. 6 (of insurance) protect against a loss or accident. 7 (**cover something up**) try to hide or deny a mistake or crime. 8 (**cover for**) temporarily take over someone's job. 9 perform a cover version of a song. • noun 1 something that covers or protects. 2 a thick protective outer part or page of a book or magazine. 3 shelter. 4 a means of hiding an illegal or secret activity. 5 protection by insurance. 6 (also **cover version**) a performance of a song previously recorded by a different artist. □ **break cover** suddenly leave shelter when being chased. **cover charge** a charge per person added to the bill in a restaurant. **covering letter** a letter sent with a document or parcel to explain what it is. **cover-up** an attempt to hide a mistake or crime.

**coverage** noun the extent to which something is covered.

**coverlet** noun a bedspread.

**covert** adjective /**kuv**-ert, **koh**-vert/ not done openly; secret. • noun /**kuv**-ert/ an area of bushes and undergrowth where game birds and animals can hide. ■ **covertly** adverb.

# OXFORD
## UNIVERSITY PRESS

Great Clarendon Street, Oxford OX2 6DP

Oxford University Press is a department of the University of Oxford.
It furthers the University's objective of excellence in research, scholarship,
and education by publishing worldwide in

Oxford  New York

Auckland  Cape Town  Dar es Salaam  Hong Kong  Karachi
Kuala Lumpur  Madrid  Melbourne  Mexico City  Nairobi
New Delhi  Shanghai  Taipei  Toronto

With offices in

Argentina  Austria  Brazil  Chile  Czech Republic  France  Greece
Guatemala  Hungary  Italy  Japan  Poland  Portugal  Singapore
South Korea  Switzerland  Thailand  Turkey  Ukraine  Vietnam

Oxford is a registered trade mark of Oxford University Press
in the UK and in certain other countries

Published in the United States
by Oxford University Press Inc., New York

© Oxford University Press 1994, 1995, 1998, 2001, 2002, 2006

Database right Oxford University Press (makers)
First edition 1995, first published as the *Little Oxford Dictionary*,
    seventh edition, in 1994
Revised edition 1998
Second edition 2001
Reissued with title change and new cover design 2002
Third edition 2006
Reissued 2011

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
without the prior permission in writing of Oxford University Press,
or as expressly permitted by law, or under terms agreed with the appropriate
reprographics rights organization. Enquiries concerning reproduction
outside the scope of the above should be sent to the Rights Department,
Oxford University Press, at the address above

You must not circulate this book in any other binding or cover
and you must impose this same condition on any acquirer

British Library Cataloguing in Publication Data

Data available

Library of Congress Cataloging in Publication Data

Data available

ISBN 978-0-19-960791-4
ISBN 978-0-19-861440-1  (US edn)

10 9 8 7

Typeset in Frutiger and Parable
by Interactive Sciences Ltd, Gloucester
Printed in China by Sheck Wah Tong Printing Press Ltd.