# Exhibit M

# Concise Oxford English Dictionary

Powered by Oxford Corpus

The world's most trusted dictionaries

Case: 1:23-cv-00631-BMB  Doc #: 40-14  Filed: 04/23/24  3 of 4.  PageID #: 1546

**country house** ■ n. Brit. a large house in the country, typically the seat of a wealthy or aristocratic family.

**countryman** (or **countrywoman**) ■ n. (pl. **countrymen** or **countrywomen**) 1 a person living or born in the country. 2 a person from the same country as someone else: *my fellow countryman.*

**country mile** ■ n. informal a very long way.

**country music** ■ n. a form of popular music that originates in the rural southern US, characteristically featuring guitar and pedal steel guitar.

**country rock¹** ■ n. Geology the rock which encloses a mineral deposit, igneous intrusion, or other feature.

**country rock²** ■ n. a type of popular music that is a blend of rock and country music.

**countryside** ■ n. the land and scenery of a rural area.

**countrywide** ■ adj. & adv. extending throughout a nation.

**county** ■ n. (pl. **counties**) 1 a territorial division of some countries, forming the chief unit of local administration. ➤ US a political and administrative division of a state. 2 [as modifier] Brit. of or denoting aristocratic people with an ancestral home in a particular county.
- ORIGIN ME: from OFr. *conte*, from L. *comitatus*, from *comes, comit-* (see COUNT²).

**county borough** ■ n. (in England, Wales, and Northern Ireland) a large town formerly having the administrative status of a county.

**county commissioner** ■ n. Brit. a Justice of the Peace on the commission of the peace of a county.

**county corporate** ■ n. Brit. historical a city or town that ranks as an administrative county.

**county council** ■ n. (in the UK) the elected governing body of an administrative county.
- DERIVATIVES **county councillor** n.

**county court** ■ n. (in England and Wales) a judicial court for civil cases. ➤ US a court for civil and criminal cases.

**County Palatine** ■ n. historical (in England and Ireland) a county in which royal privileges and exclusive rights of jurisdiction were held by its earl or lord.

**county town** (N. Amer. **county seat**) ■ n. the town that is the administrative capital of a county.

**coup** /kuː/ ■ n. (pl. **coups** /kuːz/) 1 (also **coup d'état**) a sudden violent seizure of power from a government. 2 an unexpected and notably successful act. 3 Billiards a direct pocketing of the cue ball, which is a foul stroke. 4 historical (among North American Indians) an act of touching an enemy, as a deed of bravery.
- ORIGIN C18: from Fr., from med. L. *colpus* (see COPE¹).

**coup de foudre** /ˌkuː də ˈfuːdr(ə)/ ■ n. (pl. **coups de foudre** pronunc. same) a sudden unforeseen event, especially love at first sight.
- ORIGIN Fr., lit. 'stroke of lightning'.

**coup de grâce** /ˌkuː də ˈɡrɑːs/ ■ n. (pl. **coups de grâce** pronunc. same) a final blow or shot given to kill a wounded person or animal.
- ORIGIN Fr., lit. 'stroke of grace'.

**coup de main** /ˌkuː də ˈmã/ ■ n. (pl. **coups de main** pronunc. same) a sudden surprise attack.
- ORIGIN Fr., lit. 'stroke of hand'.

**coup d'état** /ˌkuː deɪˈtɑː/ ■ n. (pl. **coups d'état** pronunc. same) see COUP (sense 1).
- ORIGIN Fr., lit. 'blow of state'.

**coup de théâtre** /ˌkuː də teɪˈɑːtr(ə)/ ■ n. (pl. **coups de théâtre** pronunc. same) 1 a dramatically sudden action or turn of events, especially in a play. 2 a successful theatrical production.
- ORIGIN Fr., lit. 'blow of theatre'.

four-wheeled enclosed carriage for two passengers and a driver.
- ORIGIN C19: from Fr. *carrosse coupé*, lit. 'cut carriage'.

**couped** /kuːpt/ ■ adj. Heraldry cut off or truncated in a straight line.
- ORIGIN C16: from Fr. *couper* 'to cut' + -ED².

**couple** ■ n. 1 two individuals of the same sort considered together. 2 [treated as sing. or pl.] two people who are married or otherwise closely associated romantically or sexually. 3 informal an indefinite small number: *a couple of days ago.* 4 Mechanics a pair of equal and parallel forces acting in opposite directions, and tending to cause rotation about an axis perpendicular to the plane containing them. ■ v. 1 join to form a pair. ➤ (often **be coupled to/with**) combine. ➤ connect (a railway vehicle or a piece of equipment) to another. 2 have sexual intercourse.
- DERIVATIVES **coupledom** n.
- ORIGIN ME: from OFr. *cople* (n.), *copler* (v.), from L. *copula* (n.), *copulare* (v.), from *co-* 'together' + *apere* 'fasten'; cf. COPULA and COPULATE.

**coupler** ■ n. 1 something that connects or couples two things. 2 Photography a compound in a developer or an emulsion which combines with the products of development to form an insoluble dye, part of the image. 3 (also **acoustic coupler**) a modem which converts digital signals into audible signals and vice versa so that they can be transmitted and received over telephone lines.

**couplet** ■ n. a pair of successive lines of verse, typically rhyming and of the same length.
- ORIGIN C16: from Fr., dimin. of *couple*, from OFr. *cople* (see COUPLE).

**coupling** ■ n. a device for coupling railway vehicles or parts of machinery together.

**coupling constant** ■ n. Physics a constant representing the strength of the interaction between a particle and a field.

**coupling rod** ■ n. a rod which couples the driving wheels of a locomotive, enabling them to act as a unit.

**couply** /ˈkʌpli/ (also **coupley**) ■ adj. informal, often derogatory relating to or characteristic of a couple in a romantic or sexual relationship.

**coupon** ■ n. 1 a voucher entitling the holder to a discount on a product or a quantity of something rationed. 2 a detachable form used to send for a purchase or information or to enter a competition. 3 a detachable portion of a bond which is given up in return for a payment of interest. ➤ the nominal rate of interest on a fixed-interest security. 4 Scottish & Irish a person's face.
- ORIGIN C19: from Fr., lit. 'piece cut off', from *couper* 'cut'.

**courage** ■ n. the ability to do something that frightens one. ➤ strength in the face of pain or grief.
- PHRASES **have the courage of one's convictions** act on one's beliefs despite danger or disapproval. **take courage** make an effort to do something that frightens one. **take one's courage in both hands** nerve oneself to do something that frightens one.
- ORIGIN ME: from OFr. *corage*, from L. *cor* 'heart'.

**courageous** ■ adj. having courage; brave.
- DERIVATIVES **courageously** adv. **courageousness** n.

**courant** /kʊˈrɑnt/ ■ adj. Heraldry represented as running.
- ORIGIN C17: Fr., 'running', pres. part. of *courir*.

**courante** /kʊˈrɒt, -ˈrɑːnt/ ■ n. a rapid gliding dance in quick triple time.
- ORIGIN C16: Fr., lit. 'running', fem. pres. part. of *courir*.

**courbette** /kʊəˈbet/ ■ n. (in classical riding) a

denoting a carnassial tooth, or a similar cutting tooth in mammals other than carnivores.

**secular** /'sɛkjʊlə/ ■ adj. **1** not religious, sacred, or spiritual. **2** Christian Church not subject to or bound by religious rule. Contrasted with REGULAR. **3** Astronomy of or denoting slow changes in the motion of the sun or planets. **4** Economics (of a fluctuation or trend) occurring or persisting over an indefinitely long period. **5** occurring once every century or similarly long period (used especially in reference to celebratory games in ancient Rome). ■ n. a secular priest.
- DERIVATIVES **secularism** n. **secularist** n. **secularity** n. **secularization** or **secularisation** n. **secularize** or **secularise** v. **secularly** adv.
- ORIGIN ME: senses 1 and 2 from OFr. seculer, from L. saecularis, from saeculum 'generation', used in Christian L. to mean 'the world'; senses 3, 4, and 5 (C19) from L. saecularis 'relating to an age or period'.

**secular arm** ■ n. the legal authority of the civil power as invoked by the Church to punish offenders.

**secund** /sɪ'kʌnd/ ■ adj. Botany arranged on one side only (such as the flowers of lily of the valley).
- DERIVATIVES **secundly** adv.
- ORIGIN C18: from L. secundus (see SECOND¹).

**secure** ■ adj. **1** fixed or fastened so as not to give way, become loose, or be lost. **2** certain to remain safe and unthreatened. ➤ protected against attack or other criminal activity. **3** feeling free from fear or anxiety. ➤ (**secure of**) dated feeling no doubts about attaining. **4** (of a place of detention) having provisions against the escape of inmates. ■ v. **1** fix or fasten securely. **2** protect against threats. **3** succeed in obtaining. ➤ seek to guarantee repayment of (a loan) by having a right to take possession of an asset in the event of non-payment. **4** Surgery compress (a blood vessel) to prevent bleeding.
- PHRASES **secure arms** Military hold a rifle with the muzzle downward and the lock in the armpit to guard it from rain.
- DERIVATIVES **securable** adj. **securely** adv. **securement** n. **secureness** n.
- ORIGIN C16 (earlier (ME) as security): from L. securus, from se- 'without' + cura 'care'.

**securitize** or **securitise** ■ v. [often as adj. **securitized**] convert (an asset, especially a loan) into marketable securities, typically for the purpose of raising cash.
- DERIVATIVES **securitization** n.

**security** ■ n. (pl. **securities**) **1** the state of being or feeling secure. **2** the safety of a state or organization against criminal activity such as terrorism. ➤ measures taken to ensure such safety. **3** a thing deposited or pledged as a guarantee of the fulfilment of an undertaking or the repayment of a loan, to be forfeited in case of default. **4** a certificate attesting credit, the ownership of stocks or bonds, or the right to ownership connected with tradable derivatives.

**security blanket** ■ n. **1** a blanket or other familiar object which is a comfort to a child. **2** Brit. an official sanction imposed on information in order to maintain complete secrecy.

**sedan** /sɪ'dan/ ■ n. **1** (also **sedan chair**) an enclosed chair for conveying one person, carried between horizontal poles by two porters, common in the 17th and 18th centuries. **2** chiefly N. Amer. a car for four or more people.
- ORIGIN perh. an alt. of an Ital. dial. word, based on L. sella 'saddle'.

**sedate¹** ■ adj. **1** calm and unhurried. **2** staid and rather dull.
- DERIVATIVES **sedately** adv. **sedateness** n.
- ORIGIN ME (also as a medical term in the sense 'not

sedative drug.
- ORIGIN ME: from OFr. sedatif or med. L. sedativus, from L. sedat-, sedare (see SEDATE¹).

**sedentary** /'sɛd(ə)nt(ə)ri/ ■ adj. **1** tending to spend much time seated. ➤ (of work or a way of life) characterized by much sitting and little physical exercise. ➤ sitting. **2** Zoology & Anthropology inhabiting the same locality throughout life. **3** Zoology sessile.
- DERIVATIVES **sedentarily** adv. **sedentariness** n.
- ORIGIN C16 (in the sense 'not migratory'): from Fr. sédentaire or L. sedentarius, from sedere 'sit'.

**Seder** /'seɪdə/ ■ n. a Jewish ritual service and ceremonial dinner for the first night or first two nights of Passover.
- ORIGIN from Heb. sēder 'order, procedure'.

**sederunt** /sɪ'dɪərənt, -'dɛː-/ ■ n. (in Scotland) a sitting of an ecclesiastical assembly or other body.
- ORIGIN C17: from L., lit. '(the following persons) sat'.

**sedge** ■ n. a grass-like plant with triangular stems and inconspicuous flowers, growing typically in wet ground. [Carex and other genera.]
- DERIVATIVES **sedgy** adj.
- ORIGIN OE secg, of Gmc origin.

**sedge warbler** ■ n. a common migratory songbird with streaky brown plumage, frequenting marshes and reed beds. [Acrocephalus schoenobaenus]

**sedilia** /sɪ'dɪlɪə/ ■ pl. n. (sing. **sedile** /sɪ'dʌɪli/) a group of three stone seats for clergy in the south chancel wall of a church.
- ORIGIN C18: from L., 'seat'.

**sediment** ■ n. **1** matter that settles to the bottom of a liquid. **2** Geology particulate matter carried by water or wind and deposited on the land surface or seabed. ■ v. settle or deposit as sediment.
- DERIVATIVES **sedimentation** n.
- ORIGIN C16: from Fr. sédiment or L. sedimentum 'settling'.

**sedimentary** ■ adj. relating to sediment. ➤ Geology (of rock) that has formed from sediment deposited by water or wind.

**sedition** ■ n. conduct or speech inciting rebellion against the authority of a state or monarch.
- DERIVATIVES **seditious** adj. **seditiously** adv.
- ORIGIN ME (in the sense 'violent strife'): from OFr., or from L. seditio(n-), from sed- 'apart' + itio(n-) 'going'.

**seduce** ■ v. **1** entice into sexual activity. **2** persuade to do something inadvisable.
- DERIVATIVES **seducer** n. **seducible** adj. **seductress** n.
- ORIGIN C15 (earlier (ME) as seduction): from L. seducere, from se- 'away' + ducere 'to lead'.

**seduction** ■ n. the action of seducing someone. ➤ a tempting or attractive thing.

**seductive** ■ adj. tempting and attractive.
- DERIVATIVES **seductively** adv. **seductiveness** n.

**sedulous** /'sɛdjʊləs/ ■ adj. showing dedication and diligence.
- DERIVATIVES **sedulity** /sɪ'dju:lɪti/ n. **sedulously** adv. **sedulousness** n.
- ORIGIN C16: from L. sedulus 'zealous' + -OUS.

**sedum** /'si:dəm/ ■ n. a fleshy-leaved plant of a large genus including the stonecrops, with small star-shaped flowers. [Genus Sedum.]
- ORIGIN from mod. L., denoting a houseleek.

**see¹** ■ v. (**sees**, **seeing**, **saw**; past part. **seen**) **1** perceive with the eyes. ➤ watch (a game, film, or other entertainment). ➤ experience or witness (an event or situation). **2** deduce after reflection or from information. ➤ ascertain or establish after inquiry or consideration. **3** regard in a specified way. ➤ envisage as a possibility. **4** meet (someone one knows) socially or by chance. ➤ meet regularly as a boyfriend or

S