# Exhibit N

# THE OXFORD ENGLISH DICTIONARY

## SECOND EDITION

*Prepared by*

J. A. SIMPSON *and* E. S. C. WEINER

## VOLUME III

Cham–Creeky

CLARENDON PRESS · OXFORD

Oxford University Press, Walton Street, Oxford OX2 6DP
Oxford New York Toronto
Delhi Bombay Calcutta Madras Karachi
Petaling Jaya Singapore Hong Kong Tokyo
Nairobi Dar es Salaam Cape Town
Melbourne Auckland
and associated companies in
Berlin Ibadan

Oxford is a trade mark of Oxford University Press

© Oxford University Press 1989
First published 1989
Reprinted (with corrections) 1991

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
electronic, mechanical, photocopying, recording, or otherwise, without
the prior permission of Oxford University Press

British Library Cataloguing in Publication Data
Oxford English dictionary.—2nd ed.
1. English language-Dictionaries
I. Simpson, J. A. (John Andrew), 1953-
II. Weiner, Edmund S. C., 1950-
423
ISBN 0-19-861217-6 (vol. V)
ISBN 0-19-861186-2 (set)

Library of Congress Cataloging-in-Publication Data
The Oxford English dictionary.—2nd ed.
prepared by J. A. Simpson and E. S. C. Weiner
Bibliography: p.
ISBN 0-19-861217-6 (vol. V)
ISBN 0-19-861186-2 (set)
1. English language—Dictionaries.  I. Simpson, J. A.
II. Weiner, E. S. C.  III. Oxford University Press.
PE1625.087 1989
423—dc19    88-5330

Data capture by ICC, Fort Washington, Pa.
Text-processing by Oxford University Press
Typesetting by Pindar Graphics Origination, Scarborough, N. Yorks.
Manufactured in the United States of America by
Rand McNally & Company, Taunton, Mass.

Bards of *Tyne* 356 There's Billy the Barber for coupin' see cliver. **Mod. Sc.** I'll coup knives with you.

**coup, coupe** (kuːp), *v.²* Also 5 cope. [a. F. *couper* to cut: cf. COPE *v.⁴*, a doublet of this.]
†1. *trans.* To cut, slash. *Obs.* (Only in pa. pple.)
*a* 1300 *Syr Degarre* 790 His sschon i-couped as a kniȝt. 1377 LANGL. *P. Pl.* B. XVIII. 14 To geten him gylte spores or galoches ycouped [C. y-coped, ykeped]. *c* 1435 *Torr. Portugal* 1193 Withoute couped shone.
2. *Her.* To cut off clean: see COUPED.
1610 GUILLIM *Heraldry* III. xiii. (1660) 160 Couping is when a part is cut off smooth. 1639 FULLER *Holy War* v. xxiv. (1840) 285 Piercing, voiding, fimbriating, ingrailing, couping [the cross].

**coup** (kaʊp), *v.³ Sc.* Also 5 caupe, 8 cowp. [prob. originally the same word as COPE *v.²* (which had variant forms *coupe*, *caupe*). From sense 1, we pass easily to that of 'upset or overturn with a shock or impact', and so to 'upset, overturn, tilt' generally; cf. the sense history of TILT *v.*]
†1. *intr.* To strike; to come to blows, meet in the shock of combat, tilt. *Obs.* See COPE *v.²*
? *a* 1400 *Morte Arth.* 2059 Thane the comlyche kynge... With a crewelle launce cowpez fulle euene..emange the schortte rybbys. *c* 1400 *Rowland & O.* 453 In scheldes pay cowped full euen.
2. *trans.* To overturn, upset, tilt; to empty out, as from a cart or wheelbarrow by suddenly tilting or the like; to toss *off* (a pot of liquor). *to coup the crans*, or *creels*: Sc. Fishery phrases; also *fig.* to cause or sustain an upset; be upset, come to grief; in various applications. (See CRAN, CREEL.)
*a* 1572 KNOX *Hist. Ref.* 203 (Jam.) The pure woman.. coupit up his heilles so that his heid went down. *c* 1610 SIR J. MELVIL *Mem.* (1735) 399 He is in hazard of being couped and wrecked. 1785 BURNS *To J. Lapraik* 13 Sept. ix, But stooks are cowpet wi' the blast. 1816 SCOTT *Old Mort.* xxxviii, 'The bairns would be ill to.. coup ane anither into the fire.' 1818 —— *Hrt. Midl.* xlviii, 'She only spaces fortunes, and does not.. coup cadgers' carts, or cowp pots of mischief'. 1832-53 *Whistle-binkie* (Sc. Songs) Ser. III. 9 Let us cowp all our bicker, And toast meikle joy to the twa. 1874 *Sunday Mag.* 823 He just brings a cartload of texts and cowps them in. *Mod. Sc.* The horse ran away and coupit the cart.
3. *intr.* To be overturned or upset; to fall or tumble over; to capsize.
1785 BURNS *Dr. Hornbook* xviii, I drew my scythe in sic a fury, I near-hand cowpit wi' my hurry. 1824 SCOTT *Redgauntlet* Let. xi, 'Ower he cowped as if he had been dead.' 1853 READE *Chr. Johnstone* 228 'She'll hae couplit a mile wast Inch Keith, an' the tide rinning aff the island.'

**coup**, obs. form of COOP, COPE, CUP.

**coupabil, -ble**, obs. forms of CULPABLE.

†**coupage**. *Obs. rare.* [a. F. *coupage*, f. *couper* to cut: see -AGE.] The cutting up or carving of meat at table.
*a* 1483 *Liber Niger* in *Househ. Ord.* 59 That ye.. be at the coupage of fleyhsse and at the departing of fysshe.

**coupar**, obs. form of COOPER.

**coup-cart** (ˈkaʊpˌkɑːt). [f. COUP *sb.¹, ² or v.³*]
1. = COUP *sb.²* 1, a box-cart.
1794 *Statist. Acc. Scotl.* XII. 185 (Jam.) In the year 1750, there were but two box-carts, or what is here called coup carts, in the parish [of St. Vigeans, Forfar], but at present there is no other kind made use of here. 1805 R. W. DICKSON *Pract. Agric.* (1807) I. 61 A close single-horse cart.. sometimes termed a coup-cart. 1868 ATKINSON *Cleveland Gloss.* 1869 *Lonsdale Gloss.*, Coup, Coup-cart, a dung-cart, a small cart.
2. A cart with a body which can be tilted, so that the load may be 'couped' out. (Chiefly *Sc.*)
1794 *Agric. Surv. Berwicksh.* 167 (Jam.) The body of the cowp cart is attached to the shafts by a peculiar kind of hinges, which allow of elevating it before, either partially or entirely, to facilitate the discharge of its contents backwards. 1799 J. ROBERTSON *Agric. Perth* 100 Used in what are called coup-carts, i.e. when the box is moveable on a frame; and the contents can be discharged, without lifting the shafts. 1855 ROBINSON *Whitby Gloss.*, *Coup*, to tilt out the material from a 'coup cart', or cart that turns up to be emptied.

**coupe¹** (kuːp). [Fr., goblet.] **a.** A shallow cup, bowl, or glass. **b.** A mixture of ice-cream and fruit, etc., served in a glass goblet or the like; *spec.* *coupe Jacques* (see quot. 1951).
1895 *Montgomery Ward Catal.* 528/2 Soup Coupe Saucer shape. 1905 E. WHARTON *House of Mirth* II. iv. 355 What sweet shall we have to-day, dear—*Coupe Jacques* or *Pêches à la Melba*? 1951 *Good Housek. Home Encycl.* 421/2 *Coupe Jacques*. Half-fill the glass goblets with fruit salad, flavoured with kirsch, cover this with a layer of vanilla ice cream, and then add a layer of strawberry ice. Decorate with a glacé cherry. 1967 *Spectator* 29 Sept. 378/1 The tulip-shaped glass is much more suitable than the *coupe*—among other reasons because it holds the champagne bubbles more successfully. 1969 R. & D. DE SOLA *Dict. Cooking* 74/2 *Coupe glacée*, ice cream or sherbet combined with fruit or other ingredients; *coupe* is always served in a rimless bowl or cup. 1970 *Southerly* XXX. 17 Proudly he carried the brimming bucket into the kitchen where Medora was filling coupes with porridge.

**coupe²** (kuːp). [a. F. *coupe* felling, f. *couper* to cut.] A periodic felling of trees; also, the area so cleared.
1922 W. SCHLICH *Man. Forestry* (ed. 4) I. 27 The annual or periodic *coupes* were further reduced to strips or to groups, known as the 'Strip and the Group Systems'. 1928 R. S. TROUP *Silvicultural Systems* ii. 4 In its ideal form the clear-cutting system involves felling and regenerating each year equal areas (coupes). 1928 *Forestry* II. 83 A block of one thousand acres of chestnut coppice worked on a twelve years' rotation (providing annual *coupes* of 83·3 acres). 1953 *Brit. Commonw. Forest Terminol.* 33 Coupes are preferably numbered with Roman numerals to distinguish them from compartments.

**coupe**, obs. f. COOP, COPE, COUP, CULP, CUP.

‖**coupé** (kupe), *a. Her.* Also 6 coupye, 7 -ée. [F. *coupé*, pa. pple. of *couper* to cut.] = COUPED 2.
1572 BOSSEWELL *Armorie* III. 16 An Arme Coupye, Partie per Pale, Or and Ermine. 1634 PEACHAM *Gentl. Exerc.* 158 The heads.. of beasts Coupée or erazed, that is cut or pluckt off. 1761 *Brit. Mag.* II. 362 The bust of a king.. coupé at the breast proper. 1830 ROBSON *Brit. Herald* III. Gloss., *Couped* or *Coupey*.

‖**coupé** (kupe), *sb.* [F.; specific application of *coupé* (pa. pple.) cut: in sense 1 Littré has also *carosse coupé* cut carriage.]
1. A short four-wheeled close carriage with an inside seat for two, and outside seat for the driver.
1834 MEDWIN *Angler in Wales* II. 182 There we met with his 'Coupé' and the fair Ravennese *en route*. 1880 MRS. FORRESTER *Roy & V.* I. 13, I will send the coupé for you at a quarter to one. 1892 *Times* 16 Feb., The Coupé company wish to return.. a rug.. left in one of their carriages.
**b.** A closed two-door motor car, usually with two seats (see also quot. 1967). Also *attrib.* In U.S. freq. spelt *coupe* and pronounced (kuːp).
1908 A. BENNETT *Buried Alive* ix. 207 This agreeable Jew in the hall, and the *coupé* at the kerb. 1912 *Motor* 23 July 1104/2 The ordinary coupé or doctor's car. 1915 *Scotsman* 3 Apr. 12/1 Wanted, 2-Seat Car, with Coupé Body preferred. 1924 *Morris Owner* Sept. 653 The coupé is the ideal car for.. the business man who has to motor in all weathers. 1927 in *Amer. Speech* (1967) XLII. 307 The coupe roadster for two passengers with rumble seat. 1934 [see CROOKISH *a.*]. 1936 H. L. MENCKEN *Amer. Lang.* (ed. 4) vii. 347, I have.. heard.. *coop* for *coupé*. 1967 *Consumer's Car Glossary* (ed. 2) 26 Coupé, car in which the roof slopes down sharply behind the front seat, leaving little or no head room in the back, or car with no back seat. In a drophead coupé the roof can be folded back behind the seats.
**c.** *coupé de ville*: a type of motor car in which the passenger seats are covered but with the driver's compartment open or adapted to fold down.
1939 E. AMBLER *Mask of Dimitrios* viii. 149 The chauffeur.. ushered Latimer ceremoniously into a huge chocolate-coloured coupé de ville, and drove off. 1969 J. LEASOR *They don't make them like any More* vi. 169 A special type of body, very popular on Rolls chassis in the late twenties and early thirties. The passengers sat under cover in the rear.. while the.. chauffeur and footman, sat.. up front... English coach-builders called this style coupé de ville.
2. **a.** The front or after compartment of a continental *diligence*.
1834 J. BARROW *Excurs. N. Europe* ii. 82 The *coupé* in front accommodates one who sits next to the *conducteur*.. In the rear in another *coupé*. *Ibid.* 83 A seat in the after *coupé* of a Russian diligence.
**b.** An end compartment in a railway carriage, seated on one side only.
1853 *Ann. Reg.* 132 Two ladies, who were seated in a coupé. 1859 *All Y. Round* No. 30. 78, I have written a column of close 'copy' in a coupé.
**c.** *coupé lit*, a coupé (sense 2 b) in which the seats can be extended to form a couch or bed. (Not in current use.)
1882 DE WINDT *Equator* 10 A sound sleep in a comfortable *coupé lit*. 1896 *Daily News* 28 Oct. 3/7 A coupé-lits-toilette and first-class carriage will run through to Vintimille by the 2.13 p.m. train from Boulogne. 1898 *Ibid.* 18 Oct. 2/2 A coupe-lit compartment at the Nord Station.
3. *Fencing.* A movement of the sword equivalent to a disengage, but effected by drawing the sword along and over the point of the adversary's.
1889 W. H. POLLOCK, etc. *Fencing* (Badm. Libr.) 49 The coupé is the opposite of the disengage, the blade being passed over the adversary's blade instead of under. *Ibid.* 62 Simulate disengagement into tierce and make a coupé.
4. *Dancing.* = COUPEE, q.v.

†**coupe-band**. ? *Obs.* A portion cut off the end of a stack to supply material to complete it above.
1641 BEST *Farm. Bks.* (Surtees) 59 That which is cutte of the stacke end is called (for the most parte) a coupe-band.

**couped** (kuːpt), *ppl. a.* Also 7 cooped.
†1. Cut, slashed: see COUP *v.²* 1. *Obs.*
2. *Her.* Said of the head or any member of an animal, or a part of a plant, represented as cut off 'clean' or smoothly (opp. to *erased*, *slipped*); also of an ordinary (*e.g.* a cross) having the extremities cut off so as not to extend to the boundaries of the shield.
1679 PLOT *Staffordsh.* (1686) 297 Three childrens heads couped at the shoulders. 1705 HEARNE *Collect.* 24 Nov., An Asses Head couped. 1864 BOUTELL *Heraldry Hist. & Pop.* xvii. (ed. 3) 274 A dexter hand couped at the wrist. 1882 CUSSANS *Her.* iv. 61 The Cross humetté, or couped, as its name implies, has its extremities cut off.
*transf.* 1678 BUTLER *Hud.* III. iii. 214 Th' Ears, Eras'd, or Coup'd for Perjurers.

**coupee** (kuːˈpiː, ˈkuːpiː), *sb.* Also 8 coopee, coupie, coupé. [ad. F. *coupé* in same sense: see -EE.] A dance step formerly much used; the dancer rests on one foot and passes the other forward or backward, making a sort of salutation; hence, sometimes used for a bow made while advancing.
1673 WYCHERLEY *Gentl. Dancing-Master* III. i, One, two, and a coupee. 1690 D'URFEY *Collin's Walk* iii. (D.) Coupees low from pauper drudges. 1708 MOTTEUX *Rabelais* v. xxiv. (1737) 105 Jerts.. Coupés, Hops, Leadings, Risings. 1757 Mrs. GRIFFITH *Lett. Henry & Frances* (1767) II. 105 Why shall a man practise coupees, who only means to walk? 1827 LAMB *Let. to Barton* in *Final Mem.* viii. (1865) 261 Advancing.. with a coupee and a sidelong bow.
Hence **coupee** *v. intr.*, to make this movement; to make a sort of bow or salutation in dancing.
1690 D'URFEY *Collin's Walk* iii. (D.) [He] Would lose his freedom like a puppy, Rather than she [his daughter] not learn to coupee. 1707 J. STEVENS tr. *Quevedo's Com. Wks.* (1709) 386 It being dubious whether I limp or coupee. 1748 *Earthquake of Peru* iii. 255 That it may not hinder them in rising or coupeeing.

‖**coupe-gorge** (kupɡɔrʒ). [F.; = cut-throat.]
†1. A cut-throat. *Obs.*
*c* 1400 *Rom. Rose* 7422 A rasour sharpe and wel bitinge That was forged in a forge Which that men clepen Coupe-Gorge. [Hence in MINSHEU 1617, PHILLIPS, COLES.]
2. 'Used in a military sense to signify any spot or position which affords an enemy so many advantages that the troops who occupy it must either surrender or be cut to pieces' (Stocqueler).
1612 SIR R. WINWOOD *Let. to Jas.* I in Motley *Barneveld* II. 456 On thys, he long insysted, as th' only couppe-gorge, of all resultats, whatsoever, between france and spayne.
3. *fig.*
*c* 1612 SIR R. WINWOOD *Let. to Jas.* I in Motley *Barneveld* II. 456 On thys, he long insysted, as th' only couppe-gorge, of all resultats, whatsoever, between france and spayne.

**coupel**, obs. f. COUPLE.

**couper, cowper** (ˈkaʊpə(r)). *Sc.* and *north. dial.* [f. COUP *v.¹* + -ER.] One who barters, deals, or buys and sells. Cf. COPER. Now chiefly in *Comb.*, as *herring-*, *horse-couper*, etc.
1581 *Sc. Acts Jas.* VI (1597) §122 The halding of horses at hard meat all the Sommer season, vsed commounlie be.. Cowppers. *a* 1662 R. BAILLIE *Lett.* I. 85 (Jam.) The horse which our coupers had bought at Morton fair. 1792 *Statist. Acc. Scotl.* VI. 44 *note* (Jam.) Nor are they.. a match for horse-cowpers, cow-cowpers,—the people that farmers have to deal with. 1844 W. H. MAXWELL *Sports & Adv. Scot.* xiii. (1855) 121 Its visitants [were] Dutch herring-coupers.

**couper**, obs. form of COOPER, COPPER.

**coupholite** (ˈkaʊfəʊlaɪt). *Min.* Also kouphoolite. [Named 1797 from Gr. κοῦφος tender + -LITE.] A variety of PREHNITE occurring in thin fragile laminæ.
1805 R. JAMESON *Min.* II. 561 Foliated Prehnite.. Koupholite. 1868 DANA *Min.* 411 s.v. *Prehnite*, Coupholite is in cavernous masses, made of small, thin, fragile laminæ or scales.

**coupis**, pl. of *coupe*, obs. form of CUP.

**coupisse**, obs. form of COPPICE.

**coupla** (ˈkʌplə). orig. *U.S.* Colloquial form of *couple of*.
1908 H. GREEN *Actors' Boarding House* 254 A coupla parties is come for rooms! 1934 D. L. SAYERS *Nine Tailors* III. II. 276 He'd had nothing to eat.. for a coupla days. 1965 H. C. RAE *Skinner* VI. xiii. 119 I'll manage to palm the thing off on some mug for a coupla quick quid profit.

**couple** (ˈkʌp(ə)l), *sb.* Forms: 4 coppell, 4-5 cuple, copul(l, coupel, 4-6 coupill(l, -yl(l, cople, copple, 4-7 cupple, 5 coupull, cowp-, cwpylle, cuppil, -ylle, 5-6 copel, -il(l, -yl(l, cowple, 6 coople, 4- couple. [a. OF. *cople*, *cuple*, later *couple*:—L. *cōpula* band, tie, connexion: see COPULA.]

**I. That which unites two.**
**1. a.** A brace or leash for holding two hounds together. Usually in *pl.*; also a *pair of couples*.
*c* 1340 GAW. & GR. KNT. 1147 Couples huntes of kest [= hunters cast off couples]. 1483 *Cath. Angl.* 86 A Cwpylle of hundys, *copula*. 1486 *Bk. St. Albans* E v b, When he has of cast his cowples at will. 1602 *Return fr. Parnass.* II. v. (Arb.) 32 Another company of houndes.. had their couples cast off. 1678 *Lond. Gaz.* No. 1345/4 Strayed.. a red pied Fox Beagle Bitch.. with a pair of Couples about her neck. *a* 1763 SHENSTONE *Progr. Taste* II. 10 Oh days! when to a girdle ty'd, The couples gingled at his side. 1781 P. BECKFORD *Hunting* (1802) 81 Care should be taken that the couples be not too loose, lest they should slip their necks out of the collar. 1821 SCOTT *Kenilw.* xxxiv, Hounds yelled in their couples.
*fig.* 1855 THACKERAY *Newcomes* II. 66 In pursuit of a husband who will run away from the couple.
**b.** *transf.* and *fig.* **to go, hunt, run in couples**.
Here the original meaning is often forgotten, and *couples* used with the sense of *pairs*, *twos*.

# COUPLE

1048

**COUPLE**

1610 B. Jonson *Alch.* I. i, 'Sdeath, you perpetual curs, Fall to your couples again, and cozen kindly. 1611 Shaks. *Wint. T.* II. i. 135 Ile keepe my Stables where I lodge my Wife, Ile goe in couples with her. 1633 P. Fletcher *Purple Isl.* II. 19 *note*, None of them [the nerves] single, but runne in couples. 1644-7 Cleveland *Char. Lond. Diurn.* 4 They hunt in their Couples, what one doth at the head, the other scores up at the heele. 1705 Hickeringill *Priest-cr.* II. ii. 39 (Like Blood-hounds) they usually hunt (in Couples) together, (Avarice and Ambition) that's their Name. 1836-9 Dickens *Sk. Boz, Dancing Acad.* ix, And when he had been sufficiently broken in in the parlour he began to run in couples in the Assembly-room.

**2.** *transf.* †a. A connexion between two parts of the body; ? a ligament. *Obs.*

1535 Coverdale *Col.* ii. 19 The heade wherof the whole body by ioyntes and couples receaueth norishment is knyt together.

†b. *Gram.* A connecting word or particle; a copula. *Obs.*

1628 T. Spencer *Logick* 161 The Verbe (in the common language of the Schooles) is called the band, or couple. 1711 J. Greenwood *Eng. Gram.* 152 It is called the Subjunctive Mood because it is subjoin'd or added to the first Sentence by some Cople or Tye.

†3. Union or coupling in matrimony; the bond of wedlock; sexual union. *Obs.*

*c* 1320 *Orpheo* 422 in Ritson *Metr. Rom.* II. 265 A foule couple it were forthy To lete hur com in thy company. 1362 Langl. *P. Pl.* A. x. 180 Hit is an vn-comely couple .. To 3euen a 3ong wenche to an old feble Mon. *c* 1450 Myrc 194 Wyth-owten cowpulle or fleschly dede. *a* 1553 Ld. Berners *Huon* clxii. 631 It were a mete copyll of vs twayne to be ioyned together in maryage. 1611 Coryat *Crudities* 442 To be begotten in the honest and chast couple of marriage.

**II. A union of two; a pair.**

The plural after a numeral is often *couple*, esp. when followed by *of* with the names of animals or things.

**4.** A brace of dogs used for hunting, *esp.* harriers or spaniels; also, a brace of conies or rabbits.

*c* 1430-50 *Two Cookery-bks.*, CC. copull Conyngges. 1470-85 Malory *Arthur* x. xiii. 434 A noyse as hit hadde ben a thyrtty couple of houndes. 1527 W. Capon in Fiddes *Wolsey* II. (1726) 104 He gave to us 6 couple of conyes. 1610 Guillim *Heraldry* III. xiv. (1660) 167 Skilfull Forresters .. Do use to say, a Couple of Rabbets or Conies. 1636 W. Denny in *Ann. Dubrensia* (1877) 14 Then throw they in their Couples, and one cry Of many Parkes do bring about the Skie. 1725 Bradley *Fam. Dict., Couple*, in respect to Conies and Rabbets, the proper Term for two of them; so it is for two Hounds. 1801 Strutt *Sports & Past.* I. i. 19 Two spaniels or harriers were called a couple.

**5. a.** A man and woman united by love or marriage; a wedded or engaged pair.

*a* 1300 *Cursor M.* 10168 (Cott.) To wijf he has dame anna tan,—Was suilk a cuple [*v.r.* coupil, couple] neuer nan. 1393 Langl. *P. Pl.* C. xix. 224 The bible berep witnesse . . pat a-corsed alle couples pat no kynde forth brouhte. 1436 E.E. Wills (1882) 107 Euery couple of man & wyf dwellyng at Ochecote. 1545 Brinklow *Compl.* 44 b, .iij. pownd of euery hundreth, to be bestowyd vpon poore copyls at their maryages. 1610 Shaks. *Temp.* IV. i. 40, I must Bestow vpon the eyes of this yong couple Some vanity of mine Art. 1667 Milton *P.L.* IV. 339 Fair couple, linkt in happie nuptial League. 1711 Steele *Spect.* No. 254 ¶3 A very loving Couple. 1753 *Scots Mag.* Aug. 422/2 The happy couple who got the Dunstable bacon in 1751. 1847 Emerson *Repr. Men, Uses of Gt. Men* Wks. (Bohn) I. 284 It is observed in old couples .. who have been housemates for a course of years, that they grow alike. 1875 Mrs. Randolph *Wild Hyacinth* I. 43 Sir Loudoun would give up Glen Ettrick at once to the young couple.

**b.** A man and woman associated as partners in a dance or the like.

1759 *Compl. Lett.-writer* (ed. 6) 226, I stood two couple above her. 1857 Hughes *Tom Brown* II. viii, A merry country-dance was going on ..and new couples joined in every minute. *c* 1875 *Routledge's Ball-room Guide* 31 The Lancers must be danced by four couples only in each set.

**6. Of animals: a.** A pair of opposite sexes.

*c* 1325 *E.E. Allit. P.* B. 333 Of vche best pat berez lyf busk pe a cuple. 1362 Langl. *P. Pl.* A. x. 169 Alle schulen dye for his dedes .. Out-taken Eihte soules, and of vche beest a couple.

**b.** *Farming.* A ewe and her lamb; *double couple*, a ewe with two lambs.

*a* 1722 Lisle *Husb.* Gloss. (E.D.S.), *Couples,* ewes and lambs. 1855 *Jrnl. R. Agric. Soc.* XVI. II. 295, 200 ewes with their lambs, generally here [Bucks.] called 'couples'. 1882 *Somerset Gaz.* 18 Mar., 9 single couples and 1 double ditto of ewes and lambs.

**7. a.** *gen.* Two individuals (persons, animals, or things) of the same sort taken together; properly used of such as are paired or associated by some common function or relation; but often loosely, as a mere synonym for *two*. Cf. *pair*.

† *couple of corn*: app. two quarters.

All shades of gradation connect the strict sense (as in 1541) with the loosest (as in 1711).

1365 *Durh. Halmote Rolls* (Surtees) 42 Ad emendum ij coppell' de silles cum les pannes. *c* 1400 *Beryn* 2002 per & per a coupill gon to speke & eke to roune. 1481 Caxton *Reynard* (Arb.) 68 Tho gaf I hym a copel of maynchettis with swete butter. 1486 *Bk. St. Albans* F vj a, A paire or a payer of botillis. 1526 *Act. 28 Hen. VIII in Stat. Irel.* (1621) 77 After the matter of fifteene thillinges the couple of corne. 1535 Coverdale *Judith* xix. 3 A seruaunt and a couple of asses. 1541 R. Copland *Guydon's Quest. Chirurg.*, Howe many cowples of sensityfe synewes come fro the brayne. 1570 Ascham *Scholem.* Pref. to Rdr. (Arb.) 20 Though they three do cost me a couple of hundred poundes by yeare. 1599 Shaks. *Much Ado* III. v. 34 A couple of as arrant knaues as any in Messina. 1611 Bible *2 Sam.* xiii. 6 Make me a couple of cakes. 1638 Brome *Antip.* IV. viii, These persons passe over the Stage in Couples. 1711 Steele *Spect.* No. 8 ¶1, I shall here communicate to the World a couple of letters. 1867 Lady Herbert *Cradle L.* vii. 194 We spent a couple of hours resting and exploring the ruins. 1885 *Law Times* LXXX. 111/1 The rule .. has existed for at least a couple of centuries.

**b.** (With *of* omitted) = *couple of* (cf. COUPLA; *U.S. colloq.*).

1925 S. Lewis *Martin Arrowsmith* xvi. 188 A couple months in Italy. 1934 D. Hammett *Thin Man* xxii. 173 She touched me for a couple hundred to blow town.

**c.** Quasi-*adj. a couple more* (..), two more (*colloq*.).

[1934 P. A. Taylor *Sandbar Sinister* vi. 92 'Just you hang on for a couple minutes more,' Asey promised her.] 1961 'H. Stone' *Man who looked Death in Eye* iii. 57 The crowd of curious onlookers gathered in the street and a couple more cops to hold them at a decent distance. 1965 A. Lurie *Nowhere City* xii. 123 I wonder if I could dictate a couple more letters then, while we wait? 1985 *Washington Post* 4 Jan. A13/4 It's going to be a couple more months .. before we decide what to do.

**d.** With ellipsis of *of drinks, of glasses,* etc. *colloq.*

1933 'R. Keverne' *Menace* xvi. 180 Stopped at the 'Swan' for a couple. 1934 H. M. Harwood *Old Folks at Home* I. i, Liza (coldly): I said you had had a couple.

**8.** One of a pair of inclined rafters or beams, that meet at the top and are fixed at the bottom by a tie, and form the principal support of a roof; a principal rafter, a chevron.

[Cf. *c* 600 Isidore *Orig.* xix. xix. 6 Cuplæ [*v.r.* coplæ, complæ] vocatæ, quod copulent in se luctantes.]

1364 *Durh. Halm. Rolls* (Surtees) 31, j domum sufficientem de iij copuls. *c* 1380 *Sir Ferumb.* 1328 Al pe coples cipres were & pe raftres were al-so. *c* 1425 Wyntoun *Cron.* ix. vi. 163 Twenty cuppil he gave or ma, to pe body or pe kirk alsua. 1572 Bossewell *Armorie* II. 75 An house is neuer made perfecte, till these coples be put vpon it, by the maner of an heade. 1659 Willsford *Scales Comm., Archit.* 12 At every joynt a collar-beam, fastned at their heads with a pin onely; these last by some are called the Arch-couples. 1796 *Statist. Acc. Scotl.* XVII. 140 (Jam.) The oak couples were of a circular form, lined with wood. 1868 G. Macdonald *R. Falconer* I. 97 The other [room] .. showing the naked couples from roof-tree to floor. 1888 Elworthy *W. Somerset Word-bk.* s.v., A 'half-couple' is a single main timber, such as would be used in a 'lean-to' roof.

†**9.** = COUPLET 1. *Obs. rare.*

*c* 1330 R. Brunne *Chron. Wace* (Rolls) 102 Sir Tristrem; ouer gestes it has pe semen .. if men it sayd as made Thomas; But I here in no man so say, pat of som copple som is away. 1423 Jas. I. *Kingis Q.* xxxiii, All the gardyng and the wallis rong Ryght of thaire song, and on the copill twist Off thaire armony. 1589 Puttenham *Eng. Poesie* II. x. (Arb.) 99 By distick or couples of verses agreeing in one cadence.

**10.** *Dynamics.* A pair of equal and parallel forces acting in opposite directions, tending to produce a motion of rotation.

1855 Peirce *Anal. Mechanics* 40 A couple of forces is a system of two parallel and equal forces which act in different lines. 1881 Maxwell *Electr. & Magn.* II. 103 The moment of the couple with which terrestrial magnetism tends to turn the .. magnet.

*fig.* 1887 *Blackw. Mag.* Sept. 293/1 The central 'couple', as the Mathematicians would call it, of the European balance.

**11.** *Geom.* (See quot.)

1881 C. Taylor *Geom. Conics* 257 If three or more pairs of points A, A'; B, B'; C, C'; etc. be taken on a straight line at such distances from a point O thereon that OA . OA' = OB . OB' = OC . OC' = etc., they are said to constitute a system in Involution .. the points (A, A') (B, B') (C, C') etc., are called Conjugate Points or Couples of the involution.

**12.** *Electr.* A pair of connected plates of different metals, used for creating either a galvanic or a thermo-electric current.

1863 Tyndall *Heat* i. App. (1870) 17 The figure represents what is called a thermo-electric pair or couple. 1863-72 Watts *Dict. Chem.* II. 415 The system of two dissimilar metals immersed in a liquid which acts on one of them is called a *Galvanic* or *Voltaic Couple.* 1885 Watson & Burbury *Math. Th. Electr. & Magn.* I. 240.

**13.** *Astron.* A double star.

**14.** *attrib.* and *comb.,* as *couple-balk* (*Sc.*), cf. sense 8 and BALK *sb.*[1] 11; *couple-keep* (see quot.).

1843 Bethune *Sc. Fireside Stor.* 113 The wooden framework of an old bed .. was brought down from the couple-bauks of the barn. 1888 Elworthy *W. Somerset Word-bk., Couple-keep* is often to be found in advertisements. It means a good crop of early grass fit for ewes and lambs, which must be well fed.

**couple** ('kʌp(ə)l), *v.* Forms: 3 kuple, 3-5 cuple, 4 copil, cuppel, -ul, 4-5 coupel, -il, -yl, cowpyll, cuppil(le, 4-6 copple, cowple, coupul(l, 4-7 cople, cupple, 6 couple, 4- couple. [a. OF. *copler, cupler, cupler,* later *coupler, f. couple:* see prec. and cf. L. *cōpulāre.*]

**1.** *trans.* To tie or fasten (dogs) together in pairs.

*c* 1340 Gaw. & Gr. Knt. 1139 penne pise cacheres pat coupe cowpled hor houndez, Vnclosed pe kenel dore, & calde hem per-oute. *c* 1440 *Songe* of COMPLE *v.*[2]. 1486 *Bk. St. Albans* B iij b, Cowple vp yowre houndys. 1596 Shaks. *Tam. Shr.* Ind. i. 18 Couple Clowder with the deepe-mouth'd brach. 1602 *2nd Pt. Return fr. Parnass.* II. v. (Arb.) 32 The Huntsmen halloed, so ho, Venue a coupler, and so coupled the dogges. 1709 Steele *Tatler* No. 37 ¶2 Tom. Bellfrey and Ringwood were coupled together .. to be in at the Death of the Fox, Hare, or Stag. 1859 Jephson *Brittany* ix. 147 They [the dogs] were all coupled.

**2. a.** *gen.* To fasten or link together (properly in pairs); to join or connect in any way.

*c* 1300 R. Brunne *Chron. Wace* (Rolls) 88 If it were made in ryme couwee .. pat rede Inglis it ere made to, pei moun haf coppled a kowe. 1382 Wyclif *Isa.* v. 8 Wo to that ioynen hous to hous, and feeld to feeld coupleth. 1432-50 tr. *Higden* (Rolls) I. 135 The superior Scythia is a grete region .. coplede of the este parte to Ynde, of the northe to the ocean. *c* 1475 *Rauf Coilȝear* 43 With ane Capill and twa Creillis cuplit abufe. 1535 Coverdale *Isa.* xxiv. 22 These shalbe coupled together as prisoners be. 1600 Hakluyt *Voy.* (1810) III. 566 They bound our armes behind vs .. coupling vs two and two together. 1665 Sir T. Herbert *Trav.* (1677) 64 These [places] Ecbar coupled to the rest of his Empire. *a* 1744 Pope (J.), That man .. who is measuring syllables and coupling rhimes, when he should be mending his own soul. 1819 Shelley *Cyclops* 202, I see my young lambs coupled two by two With willow bands.

†**b.** To yoke (a horse or cart). *Obs.*

*a* 1300 *Cursor M.* 6220 (Cott.) His folk all armed did he call, And cuppel did his cartes all. 1393 Langl. *P. Pl.* C. III. 190 Let cople pe comissarie, oure cart shal he drawe.

**c.** *Organ-playing.* To connect (two keys or keyboards) by means of a coupler. Also *intr.* (of a key or keyboard) To admit of this connexion.

1829 *Organ Specif.* in Grove *Dict. Mus.* II. 599/1 Pedal to couple Swell to Great. 1880 *Ibid.* 601/2 When the Swell was coupled to the Great Manual.

**d.** *Mech.* To connect (railway carriages) by a coupling; to connect (the driving-wheels of a locomotive steam-engine) by a coupling-rod.

1841 *Penny Cycl.* XIX. 249/1 The two pair of wheels [of a locomotive engine] were coupled together by connecting rods. 1864 *Law Times Rep.* X. 719/1 Trucks .. filled with ballast .. were coupled together and carried away by an engine. 1874 Knight *Dict. Mech.* s.v. *Car-coupling,* in Europe the connection is more intimate, the cars being coupled together so firmly as to prevent the jar as the cars collide or jerk apart in stopping or starting.

**e.** *Photogr.* To connect a device (as a rangefinder, etc.) to the mechanism of a camera. Also *intr.,* to be capable of being so connected.

1934 R. M. Fanstone *Mod. Miniature Cameras* ii. 7 This camera has automatic focussing by means of a range finder coupled to the focussing adjustment of the lens. 1935 W. Alexander *Miniature Camera Guide* p. i (Advt.), Leica Model III .. Automatically coupled range-finder focusing. 1939 *Amer. Ann. Photogr.* 1940 7/2 These new, small cameras were characterized by their versatility and built-in features, such as: range finders coupled to the lens and shutter assembly. 1958 *Amateur Photographer* 31 Dec. 8/3 (Advt.), Rangefinder couples with all lenses. 1961 A. L. M. Sowerby *Dict. Photogr.* (ed. 19) *Coupled exposure-meter, an exposure-meter the mechanism of which is linked to the controls adjusting stop and shutter-speed.

†**3. a.** To join in wedlock or sexual union. *Obs.*

*a* 1340 Hampole *Psalter* xviii. 5 God til mankynd as spouse til spouse is copild. 1375 Barbour *Bruce* IV. 41 Dame mariory wes coupillyt in-to goddis band with Walter stewart off Scotland. 1450-1530 Myrr. *our Ladye* 112 Borne of a woman that was carnally coupled vnto hym. 1485 Caxton *St. Wenefr.* 2, I am coupled in matrimonye to the sone of the euerlastyng kyng. 1535 Coverdale *Mark* x. 9 Let not man therfore put asunder that which God hath coupled together. 1549 *Bk. Com. Prayer, Solemn. Matrim.,* If any man do allege any impediment why they may not be coupled together in matrimony. 1600 Shaks. *A.Y.L.* III. iii. 45 The Vicar of the next village .. hath promis'd to .. couple vs. 1726 Swift *Let. to Pope* 17 Nov. 369 To assist .. in degrading a parson who couples all our beggars. 1749 Fielding *Tom Jones* XVIII. ix, As eager for her marriage with Jones as he had before been to couple her to Blifil.

**b.** To espouse, marry. *Obs.*

*c* 1400 *Destr. Troy* 12754 Clunestra at kirke couplit onone This Engest, with Iolite to hir iuste spouse.

**c.** To pair (animals).

1721 R. Bradley *Wks. Nat.* 91 If a Sow of that Breed is Coupled with a Boar of the Cloven-footed kind. *a* 1756 Fielding *Fathers* v. v, Wedding! directly! what, do you think you are coupling some of your animals in the country?

**4.** *intr.* (for *refl.*). To unite with one of the opposite sex, come together sexually; to pair.

1362 Langl. *P. Pl.* A. x. 153 To kepe his cun from Caymes pat pei coupled not to-gedere. *a* 1547 Surrey *Æneid* IV. 35 He that with me first coppled tooke away My love with him. 1590 Shaks. *Mids. N.* IV. i. 145 Begin these wood birds but to couple now? 1664 Evelyn *Kal. Hort.* (1729) 194 Furnish .. your Aviaries with Birds before they couple. 1671 Milton *P.R.* II. 181. 1774 Goldsm. *Nat. Hist.* (1776) IV. 96 They [moles] couple towards the approach of spring. 1869 Tennyson *Pelleas & E.* 526 Why then let men couple at once with wolves.

**5. a.** *trans.* To associate or bring together (persons) in pairs, or as companions or partners; †formerly also, to match or engage as opponents in a contest.

1362 Langl. *P. Pl.* A. IV. 132 Clerkes pat were confessours coupled hem to-gedere Forte construe pis clause. *c* 1400 *Ywaine & Gaw.* 3596 Thai saw never under the hevyn Twa Knightes that war coupled so evyn. *c* 1489 Caxton *Sonnes of Aymon* xvii. 392 Or ever they lefte eche other goo, whan they were cowpled ones togyder [wrestling]. 1526 Tindale *Acts* ix. 26 He assayde to cople hym silfe with the apostles. 1583 Stocker *Hist. Civ. Warres Lowe C.* II. 58 a, Ihon Montiew, as he was coupled to his enemie, was slaine with an Harquebouze shott. 1684 Otway *Atheist* I. i, When the rest of the Company is coupled. 1822 Wordsw. *Eccles. Sonn.* II. xxxiv, Latimer and Ridley .. Latimer and Ridley, be coupled in the might Of Faith stand coupled for a common flight!

**b.** To attach or unite by ties of affection, or the like.

1362 Langl. *P. Pl.* A. XI. 116 Ryd forp bi Richesse .. For 3if pou couple pe to him, to Clergie comestou neuere. *c* 1430

Case: 1:23-cv-00631-BMB  Doc #: 40-15  Filed: 04/23/24  6 of 11.  PageID #: 1553

*Hymns Virg.* (1867) 22 For euere loue coupliþ god to man. **1526** TINDALE *N.T.* Prol., The spyrite of god, whych.. copleth us to god. **1548** HALL *Chron.* 171 Although the bodyes of these noble personages.. were..a sonder seperated..yet their hartes were knitte and coupled in one.

†**c. to couple friendship**: a Latinism. **to couple a skirmish** (cf. **to join battle**). *Obs.*

**1382** WYCLIF *Ecclus.* xxxvii. 1, I frenshipe couplede [**1388** Y haue couplid frenschip]. **1583** STOCKER *Hist. Civ. Warres Lowe C.* II. 66 a, A skirmishe beganne to be coupled betweene the Roiters of the Wood and the Roiters of the Enemie.

**6.** *intr.* To join or unite with another as a companion, to come together or associate in pairs; †to engage (*with* another) in a contest.

c**1477** CAXTON *Jason* 39 b, Ther were none so hardy that durste..cople with hym. **1548** HALL *Chron.* 182 b, The quene beyng therof asserteined, determined to couple [*i.e.* join battle] with hym while hys power was small and his ayde not come. **1871** B. TAYLOR *Faust* (1875) II. i. iii. 21 They crowding come, I see, already, Close coupling, or withdrawn unsteady.

**7. a.** *trans.* Of things immaterial: To connect, conjoin, link (one *with* or *to* another, or *together*). Properly of *two* things only.

a**1225** *Leg. Kath.* 1059 þurh þet he wes soð godd, in his cunde icupleth wið ure. a**1300** *Cursor M.* 18804 (Cott.) He ..þat cuppuld pus vr kind til his. **1362** LANGL. *P. Pl.* A. iii. 158 Clergye an Couetise heo [Meed] coupleþ to-gedere. **1375** BARBOUR *Bruce* i. 236 The wrechyt dome, That is cowplyt to foule thyrldome. **1526** TINDALE 1 *Pet.* iii. 2 Whill they beholde youre pure conversacion coupled with feare. **1597** HOOKER *Eccl. Pol.* v. lxvii. §10 He hath coupled the substance of his flesh and the substance of bread together. **1727-38** GAY *Fables* I. xli. 48 Av'rice.. Must still be coupled with its cares. **1847** EMERSON *Repr. Men, Montaigne* Wks. (Bohn) I. 342 A biblical plainness, coupled with a most uncanonical levity. **1874** DIXON *Two Queens* III. XIII. x. 57 A man who coupled acts with words.

**b.** To conjoin in thought or speech.

a**1225** *Ancr. R.* 78 Isaie ueieð hope & silence, & kupleð boðe togederes. **1581** J. BELL *Haddon's Answ. Osor.* 489 Neither did he so couple you to the Colledge of Philosophers, and Oratours. **1751** JORTIN *Serm.* (1771) IV. i. 5 Theft and swearing are coupled together in the Prophet Zechariah. **1826** SOUTHEY *Vind. Eccl. Angl.* 253 To this let me couple the just complaint of..Melchior Canus. **1866** Mrs. RIDDELL *Race for Wealth* xxiii, I wish you would not couple her name and mine together.

**8.** *Physics.* To bring about a coupling (sense 6 f) between. So **coupled** *ppl. a.* **a.** Said of oscillating systems. (Cf. COUPLING *vbl. sb.* 6 f (i).)

**1893** *Proc. R. Soc.* LIV. 76 Its coils (coupled inductively) were connected in series with the non-inductive coils of the inactive ring. **1908** [see COUPLING *vbl. sb.* 6 f (i)]. **1915** A. F. COLLINS *Bk. of Wireless* III. iv. 143 When the open and closed circuits are coupled together they can be tuned to each other so that the electric oscillations in both circuits.. have the same frequency. **1927** E. G. RICHARDSON *Sound* ii. 54 Owing to the assumption of the vibration by the air in the box the tone of the combined 'coupled system' is much more intense than that of the fork alone. **1927** I. B. CRANDALL *Theory Vibr. Syst.* ii. 63 A very considerable change in natural frequencies..has been brought about by coupling with the heavy diaphragm a relatively light resonator system. **1944** A. WOOD *Physics of Music* ii. 24 Two pendulums of unequal length suspended from a horizontal string..form a coupled system. **1962** SIMPSON & RICHARDS *Junction Transistors* xiv. 341 The primary and secondary circuits are tuned separately to resonance at the same frequency and coupled together. **1965** H. J. J. BRADDICK *Vibrations, Waves, & Diffraction* i. 26 Two oscillators may be coupled in such a way that when one is vibrating, motion is transferred to the other. **1968** C. G. KUPER *Introd. Theory Superconductivity* ix. 147 (*caption*) Coupled-harmonic-oscillator model for a lattice in two dimensions.

**b.** Said of particles (electrons, atoms, etc.) and fields, and of mathematical quantities representing them. So **to be coupled with** = to interact with, to be influenced in (its) behaviour by. (Cf. COUPLING *vbl. sb.* 6 f (ii).)

**1922** *Chem. Abstr.* XVI. 3033 The magnetic energy of the valence electron and of the atom body, coupled in the manner postulated. **1923** H. L. BROSE tr. *Sommerfeld's Atomic Struct.* vi. 406 An outer valence electron..and..the rest of the atom..are coupled together by the internal magnetic field. **1935** J. DOUGALL tr. *Born's Atomic Physics* vii. 154 For every electron the orbital and spin moments are firmly coupled; but the various coupling influences each other comparatively little. **1959** B. I. & B. BLEANEY *Electr. & Magn.* xx. 548 We need to know more about the mutual interactions between the various electrons... These can be put in the form of a set of rules for coupling together the angular momenta to form the vector resultant. **1960** J. C. SLATER *Quantum Theory of Atomic Struct.* I. x. 239 It was useful to postulate two vectors L and S, which could be coupled to give a vector J. **1966** [see COUPLING *vbl. sb.* 6 f (ii)].

†**coupleable**, *a. Obs.* [f. COUPLE *v.* + -ABLE.] That may be coupled.

**1611** COTGR., *Accouplable*, yoakeable, coupleable, fit to be coupled with.

†**'couple-beggar**. *Obs.* [f. COUPLE *v.* 3 + BEGGAR.] A disreputable priest who made it his business to 'couple' beggars or perform irregular marriages.

**1702** *Wilmslow Parish Reg.* in Earwaker *E. Cheshire* I. 99 Were lately married by a couple begger. **1725** SWIFT *Poems, Riddle,* No Couple-Beggar in the Land E'er join'd such Numbers Hand in Hand. **1744** *Faulkner's Jrnl.* 6-9 Oct. in Lecky *Eng. in 18th C.* (1878) II. 369 This last term a notorious couple beggar..was excommunicated..by the Vicar-General of this diocese, on account of his persisting in this scandalous trade, which he had taken up, to the undoing of many good families.

**couple-clause**. Coupling of clauses; a name given by Puttenham to the rhetorical figure *Polysyndeton.*

**1589** PUTTENHAM *Eng. Poesie* III. xvi. (Arb.) 186 Another maner of construction which they called (*Polisindeton*) we may call him the (*couple clause*) for that euery clause is knit and coupled together with a coniunctiue.

**couple-close**. Also -closs. [app. f. F. *couple* couple + *close* closed, shut.]

**1.** *Her.* A diminutive of the chevron, having one fourth of its breadth, borne in couples, and usually cotising a chevron.

**1572** BOSSEWELL *Armorie* 12 A Copleclose muste containe the fourth part of the Cheuron, and is not borne but by payres, except there be a Cheuron betweene twoo of them. **1864** BOUTELL *Heraldry Hist. & Pop.* xxi. (ed. 3) 363 A chevron between two couple-closes sa. **1868** CUSSANS *Her.* iv. 57 The term Cotising is applied indifferently to Costs, Barrulets, and Couples-close.

**2.** A pair of rafters or couples in a roof. (See COUPLE *sb.* 8.)

**1849** J. WEALE *Dict. Terms, Couple-close*, a pair of spars of a roof. **1864** in WEBSTER.

**coupled** ('kʌp(ə)ld), *ppl. a.* [f. COUPLE + -ED.]

**1.** Tied, joined, linked, or associated together in pairs. In *Her.* = CONJOINED c.

c**1440** *Promp. Parv.* 99 Cowplyd, *copulatus.* **1598** SYLVESTER *Du Bartas* II. i. iv. 614 Thou..that things to come dost know Not by..coupled points, nor flight of fatall Birds. **1621** LADY M. WROTH *Urania* 361 The rest..came coupled, Polarchos and his soone wonne Lady, etc. **1709** WATTS *Lyric Poems, Adventurous Muse* v, His verse sublime A monument too high for coupled words to climb. **1869** *Eng. Mech.* 19 Mar. 579/2 The coupled wheels [of a locomotive] were..equally loaded. Six-wheeled coupled engines had from 5 tons to 6 tons on a wheel.

**b.** *Arch.* **coupled columns**: columns disposed in pairs close together, with wider intervals between the pairs. **coupled windows**: windows placed side by side, forming a pair: cf. COUPLET 3.

**1731** BAILEY (vol. II) s.v. *Column, Coupled Columns,* are such as are disposed by two and two, so as almost to touch each other at their bases and capitals. **1842-76** GWILT *Archit.* §267 The use of coupled columns and niches exhibits other varieties in which the Romans delighted. **1879** SIR G. G. SCOTT *Lect. Archit.* I. 95 Coupled columns of nearly three feet diameter each. **1881** FREEMAN *Subj. Venice* 108 A grand range of Romanesque coupled windows, bearing date 1250.

**c.** Joined in marriage.

**1672** *Essex Papers* (Camden) I. 38 After they have marryed persons, the coupled, on discontents, part, and pretend they were not legally marryed.

**d.** See COUPLE *v.* 8

†**2.** Built with couples or rafters, roofed. *Obs.* (See COUPLE *sb.* 8.)

**1382** WYCLIF *Haggai* i. 4 That ȝe dwelle in housis couplid with tymbre [Vulg. *in domibus laqueatis*].

**3.** In combination, as **well-coupled, short-coupled**: said of the joining of the back to the hind-quarters in horses, etc. Also in reference to roof-couples.

**1641** BEST *Farm. Bks.* (Surtees) 100 Horses that are short coupled and well-backed. **1649** G. DANIEL *Trinarch. Hen. V,* cclxxxv, The well-rais'd Arch of Honour! where noe Act of Fame mislay't, Firms him, well-coupled, from the sure-lay'd Base. **1720** W. GIBSON *Diet Horses* viii. (ed. 2) 120 Many of our best ambling nags are well coupled, and for the most part durable on a journey. **1828** SCOTT *F.M. Perth* viii, A strong black horse..high-shouldered, strong-limbed, well-coupled, and round-barrelled.

¶ Erroneously for CUPOLAED, having a cupola.

**1615** G. SANDYS *Trav.* 33 The Ottaman Mausoleas..built all of white marble, round in forme, coupled on the top. **1665** SIR T. HERBERT *Trav.* (1677) 120 'Tis covered at top, arched and coupled after the mode of those oriental Countreys.

†**couplement** ('kʌp(ə)lmənt). *Obs.* Also 7 coopel-, coople-, cupple-. [a. OF. *couplement*: see COUPLE *v.* and -MENT; cf. *accouplement.*]

**1.** The act of coupling or fact of being coupled together; union of pairs.

**1548** HALL *Chron., Hen. VII,* an. 16. 52 b, By this conjunccion and couplement of matrimony. **1596** SPENSER *Prothal.* vi, Ioy may you haue and gentle hearts content Of your loues couplement. c**1600** SHAKS. *Sonn.* xxi, Making a coopelment of proud compare With Sunne and Moone, with earth and seas rich gems. **1709** HACKET *Abp. Williams* II. (1692) 140 He met with all sort of brain-sick factions combined in one couplement.

**2.** The result of coupling. **a.** A couple, pair.

**1588** SHAKS. *L.L.L.* v. ii. 535, I wish you the peace of minde, most royall couplement. **1596** SPENSER *F.Q.* VI. v. 24 And forth together rode, a comely couplement. **1816** SOUTHEY *Lay of Laureate, Dream* 70 Anon two female forms ..Came side by side, a beauteous couplement.

**b.** Of verses: A couplet or stanza.

**1594** CAREW *Huarte's Exam. Wits* (1616) 42 He made couplements of verses very well composed.

**3.** Anything that couples together; a coupling.

**1622** F. MARKHAM *Bk. War* III. x. §5 Ordnance ready mounted with all their Cooplements, Ornaments, Tires.

**coupler** ('kʌplə(r)). [f. COUPLE *v.* + -ER[1].]

**1.** One that couples; *spec.* one whose business it is to couple railway carriages or trucks.

**1552** HULOET, *Coupler, copulator.* **1748** SMOLLETT *Rod. Rand.* xi. (1804) 58 No such creature as you neither—no ten pound sneaker—no quality coupler. **1774** PENNANT *Tour Scot. in* 1772 (1790) II 95 Those infamous couplers despise the fulminations of the Kirk. **1885** *Manch. Exam.* 15 May 5/7 Couplers [of railway carriages or trucks] ..expose themselves to danger in shunting operations.

**2.** A thing that couples or links together. *spec.*

**a.** In an organ: A contrivance for connecting two manuals, or a manual with the pedals, or two keys an octave apart on the same keyboard, so that both can be played by a single motion.

**1668** CULPEPPER & COLE *Barthol. Anat.* III. viii. 144 The Orbicular Muscle only moves the upper Eye-lid, and doth but embrace the lower, and knit it as a coupler. **1840** *Penny Cycl.* XVI. 492/1 These several parts, or organs, when brought together by stops, called *couplers*, give to the keys of the great organ the command of every pipe in the instrument. **1871** *Pall Mall G.* 29 Mar. 8 The organ..is fitted with 125 stops and 32 couplers.

**b.** (See quot.) Also = COUPLING.

**1874** KNIGHT *Dict. Mech., Coupler..*2. The ring which slips upon the handles of a crucible tongs, or a nipping-tool of any kind. Also called *reins.*

**c.** *Zool.* A plate joining two opposite swimming appendages of a crustacean.

**1897** PARKER & HASWELL *Zool.* I. 530 The first four thoracic appendages bear biramous swimming feet.., those of the right and left sides being connected by transverse plates or *couplers.*

**d.** *Photogr.* (See quots.)

**1938** *Brit. Jrnl. Photogr.* LXXXV. 628/1 The dyestuffs forming the images are in all cases produced by the action of an oxidising agent on a mixture of a suitable developer and coupler... In some instances the developer and the coupler may be identical. **1944** J. S. FRIEDMAN *Hist. Color Photogr.* xi. 127 The true problem..is not the inability to obtain uniform dispersions of the couplers throughout the emulsion, but to prevent the couplers in one emulsion layer from wandering over into a neighboring layer. **1957** R. W. G. HUNT *Reprod. Colour* v. 45 Instead of letting the oxidized developer react with the gelatin of the emulsion, a coupler is present in the developer (or in the emulsion layer) and this reacts with the oxidized developing agent to form an insoluble dye. **1966** D. M. AVEDON *Gloss. Terms Microphotogr.* (ed. 4) 13 In a diazo material the coupler is a compound which combines with the unexposed diazonium salt to form the visible dye image.

**e.** In full **acoustic coupler**. A modem for converting digital signals from a computer into an audible sound signal and vice versa so that they can be transmitted and received over telephone lines; *spec.* a sound-absorbent cradle, incorporating a microphone and loudspeaker, into which a telephone handset is placed.

**1968** *N. Y. Times* 26 June 70 Each client will get a portable teletype and a thing called an 'acoustic data coupler' that allows the teletype to send messages to a computer over any old telephone. **1969** *Mechanised Accounting* Oct. 9/1 The Post Office has agreed to..the introduction of suitably approved acoustic couplers, devices capable of turning almost any modern telephone into a data transmission terminal. **1978** *Pract. Computing* July-Aug. 56/2 The coupler converts pulses of sound. **1984** *Daily Tel.* 24 Apr. 16/4 Comtec Data Systems is selling the machine and acoustic coupler (on which you rest the telephone handset for communications) as a package in a handsome briefcase for £397.

**coupleress** ('kʌplərɪs). *rare.* [f. prec. + -ESS.] A female coupler; a woman who brings couples together.

**1864** W. BELL in *N. & Q.* V. 442 These old witches were frequently bawds and coupleresses at Rome. **1885** R. F. BURTON *1001 Nights* I. 338 *note,* So the Germ. 'Kupplerinn', a Coupleress. It is one of the many synonyms for a pimp.

**couplet** ('kʌplɪt). Also 7 cop-, cup-, (? caplet). [a. F. *couplet* (1364 in Godefroy) two pieces of iron riveted or hinged together, succession of verses riming together, stanza, etc., dim. of *couple.*]

**1.** A pair of successive lines of verse, *esp.* when riming together and of the same length.

**1580** SIDNEY *Arcadia* (J.), In singing some short couplets, whereto the one half beginning, the other half should answer. a**1649** DRUMM. OF HAWTH. *Conv. w. Jonson* Wks. (1711) 225 It is all in couplets, for he detested all other rhimes. **1780** JOHNSON *L.P., Congreve* Wks. III. 171 Except what relates to the stage, I know not that he has ever written a stanza that is sung, or a couplet that is quoted. **1866** ROGERS *Agric. & Prices* I. xxiv. 615 A popular notion, embodied in a rhyming couplet. **1889** SKEAT *Chaucer's L.G.W.* Introd. 43 He introduces a new metre..now famous as the 'heroic couplet'.

**2.** *gen.* A pair or couple; in *pl.* = twins (quot. 1824, *nonce-use:* cf. *triplets*).

**1601** SHAKS. *Twel. N.* III. iv. 412 Weel whisper ore a couplet or two of most sage sawes. **1602** — *Ham.* v. i. 310 As patient as the female Doue, When that her golden Cuplet [Qq. *couplets*] are disclos'd. **1824** Miss MITFORD *Village Ser.* I. (1863) 161 Their very nurse, as she used to boast, could hardly tell her pretty 'couplets' apart.

**3.** *Arch.* A window of two lights.

**1844** *Ecclesiologist* III. 149 The church is lighted with four couplets and a half on each side. **1879** SIR G. G. SCOTT *Lect. Archit.* I. 251 The couplets, triplets, and more numerous groups of the Early English windows.

**4.** *Music.* Two equal notes inserted in a passage of triple rhythm and made to occupy the time of three.

**1876** in STAINER & BARRETT *Dict. Mus. Terms.*

†**5.** A coupling, link, or chain. *Obs. rare*[-1].

# THE OXFORD ENGLISH DICTIONARY

## SECOND EDITION

*Prepared by*

J. A. SIMPSON *and* E. S. C. WEINER

## VOLUME XIV

Rob–Sequyle

CLARENDON PRESS · OXFORD

Oxford University Press, Walton Street, Oxford OX2 6DP
Oxford  New York  Toronto
Delhi  Bombay  Calcutta  Madras  Karachi
Petaling Jaya  Singapore  Hong Kong  Tokyo
Nairobi  Dar es Salaam  Cape Town
Melbourne  Auckland
and associated companies in
Berlin  Ibadan

Oxford is a trade mark of Oxford University Press

© Oxford University Press 1989

First published 1989
Reprinted (with corrections) 1991

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior permission of Oxford University Press

British Library Cataloguing in Publication Data
Oxford English dictionary.—2nd ed.
1. English language–Dictionaries
I. Simpson, J. A. (John Andrew), 1953-
II. Weiner, Edmund S. C., 1950-
423
ISBN 0-19-861226-5 (vol. XIV)
ISBN 0-19-861186-2 (set)

Library of Congress Cataloging-in-Publication Data
The Oxford English dictionary.—2nd ed.
prepared by J. A. Simpson and E. S. C. Weiner
Bibliography: p.
ISBN 0-19-861226-5 (vol. XIV)
ISBN 0-19-861186-2 (set)
1. English language—Dictionaries.  I. Simpson, J. A.
II. Weiner, E. S. C.  III. Oxford University Press.
PE1625.O87  1989
423—dc19       88-5330

Data capture by ICC, Fort Washington, Pa.
Text-processing by Oxford University Press
Typesetting by Pindar Graphics Origination, Scarborough, N. Yorks.
Manufactured in the United States of America by
Rand McNally & Company, Taunton, Mass.

**‖secundum** (sɪˈkʌndəm). [L., according to; orig. neut. accus. of *secundus* SECOND *a*.] Used in various med. Latin phrases, sometimes occurring in Eng. contexts. *secundum artem* (= Gr. κατὰ τὴν τέχνην): 'according to art', in accordance with the rules of the art (chiefly of medicine; often jocularly *transf*.). *secundum idem*, 'according to the same argument, calculation, etc.', in the same manner or respect. *secundum magis et minus* (= Gr. κατὰ τὸ μᾶλλον καὶ ἧττον): 'according to more and less'; in a quantitative manner or respect; in various degrees. *secundum naturam* [Cicero; = Gr. κατὰ φύσιν]: according to nature, naturally. *secundum quid* [Gr. κατά τι]: 'according to something', in some particular respect only (opposed to *simpliciter*, Gr. ἁπλῶς).

**1632** B. JONSON *Magn. Lady* III. iv, *Rut*. That is my course with all my Patients. *Pal*. Very methodical, Secundum Artem. **1675** HAN. WOOLLEY *Gentlew. Companion* 68 A Cods-head,.. drest secundum artem. **1815** SCOTT *Guy M*. iv, He undertook the task [sc. of calculating a nativity] secundum artem. **1856** 'STONEHENGE' *Brit. Rural Sports* III. iv. 176/2 The kennel-man of the dog will see to everything being done, secundum artem. **1696** J. SERGEANT *Method to Sci.* 390 To Affirm that the Atome is Chang'd according to One of those Different Regards or Notions, *viz* the Form, and Not-chang'd according to the Other, viz the Matter, has not the least show of Affirming and Denying *secundum idem*; nor, consequently, the least show of a Contradiction. **1865** S. HODGSON *Time & Space* II. 140 The two objects are from one limited and unlimited secundum idem. **1882** W. JAMES in *Mind* Apr. 187 The union and the division are not *secundum idem*: it divides them by keeping them out of the space between, it unites them by keeping them out of the space beyond. **1621** BURTON *Anat. Mel. Democr. to Rdr.* 14 Alexander, Gordonius..[and others] confound them, as differing *secundum magis & minus*. [*Note*, More or lesse, some madder then some]. **1837** MACAULAY *Ess., Bacon* (1897) 409 He might have gone on to instances secundum magis et minus. **1563** T. GALE *Inst. Chirurg.* 16 Theis .vj. things which are secundum naturam, spring of .vij. natural things entring the composition of mans body. **1754** *Gray's Inn Jrnl. No.* 76 (1756/1) II. 153 The modern Hero grafts his Happiness on the Passions..and in that Sense may be said to live *secundum naturam*. **1619** S. NORRIS *Antidote* II. vi. (1622) 232 Our aduersaries make answere..that heauen is called a Crowne, a reward *secundum quid*, and in a respect [;] simply and absolutely it is only a gift, because it is given according to grace. **1693** *Logic or Art of Thinking* (ed. 2) 332 Human form..being a Perfection only *secundum quid*, or in some respect and not simply, it does not follow that it ought to be the shape of God.

**secundus** (sɪˈkʌndəs), *a*. [L. *secundus* SECOND *a*.] Appended to a personal name: The second of a name. In some schools used to designate the second in age or seniority of two boys having the same surname.

**1826** DISRAELI *Viv. Grey* I. iii, 'What a knowing set out', squeaked Johnson secundus. 'Mammy-sick' growled Barlow primus. **1827** FLEMING *Brit. Zool*. Pref. 11 The University of Edinburgh possessed, in Dr Monro secundus, a comparative anatomist..anxious to inspire [etc.]. **1867** BAKER *Nile Tribut*. xi. 277 Having our party of servants complete, six Tokrooris..with Mahomet,..Mahomet secundus (a groom), and Barraké. **1887** *Athenæum* 12 Mar. 350/2 Two excellent volumes... The former contains some sensible advice..by Robert Chambers secundus.

**secur**, obs. form of SICKER *a*.

**securable** (sɪˈkjʊərəb(ə)l), *a. rare*. [f. SECURE *v.* + -ABLE.] Capable of being secured.

*a*1846 *Q. Rev.* (Worcester). **1855** in OGILVIE *Suppl*. **1876** *Tinsley's Mag.* XVIII. 474 Popularity..is always securable by the 'No Popery' cry.

**securance** (sɪˈkjʊərəns). *rare*. [f. SECURE *v.* + -ANCE.] The action or means of securing; assurance, security.

*c*1642 *Contra-Replicant's Compl.* 8 Such securance is not incompatible with Monarchy. *Ibid*. 22 If the Parliament will undertake to secure the King,..what must that securance be? **1652** Bp. HALL *Myst. Godliness* x. (1847) 31 For the securance of thy Resurrection..thou hadst spent forty days upon earth. **1870** MULFORD *Nation* vi. 83 It is only with care and steadiness and tenacity of purpose that those guarantees are forged which are the securance of freedom. **1908** *Protestant Observer* Dec. 182/2 Some provision for the securance of Catholic representation at the Senate at the end of the first five years.

**secure** (sɪˈkjʊə(r)), *sb*. [f. SECURE *v*.] The position in which a rifle or musket is held when it is 'secured': see SECURE *v*. 2 *h*.

**1802** C. JAMES *Milit. Dict. s.v. Secure arms!*, To bring your firelock to the secure, 1st, throw your right hand briskly up [etc.]. *Ibid*., In order to shoulder from the secure, you must [etc.]. **1847** *Infantry Man*. (1854) 20 Bringing the firelock down to the Secure.

**secure** (sɪˈkjʊə(r)), *a*. and *adv*. [ad. L. *sēcūrus*, f. *sē*- without (see SE-) + *cūra* care (whence CURE *sb*.).]

In the late L. sense 'safe, free from danger', the word passed into the Rom. langs.: F. *sûr* (OF. *sëur*, whence SURE *a*.), Pr. *segur-s*, Sp., Pg. *seguro*, It. *sicuro*; it was also early adopted in WGer., and hence appears in Eng. as SICKER *a*.)

**A**. *adj*.

**I**. Feeling no care or apprehension.

**1**. Without care, careless; free from care, apprehension or anxiety, or alarm; over-confident. Now *arch*. **a**. In predicative use.

In early instances often contrasted with *safe*.

?**1533** LATIMER *Let. to Morice* in Foxe *A. & M.* (1583) 1742/2 But we be secure and vncarefull, as though false Prophets could not meddle with vs. **1579** LYLY *Euphues* (Arb.) 143 And if after these pastimes hee shall seeme secure, nothing regardinge his bookes, I woulde not haue him scourged with stripes, but threatened with wordes. **1587** T. HUGHES *Misf. Arthur* I. iv, Mischiefe is sometimes safe: but n'er secure. **1641** QUARLES *Enchir.* IV. lxiii. (1654) T 1, When the Devil brings thee Oyle, bring thou Vinegar. The way to be safe, is never to bee secure. **1667** D. FOULIS *Lat. in Slingsby's Diary* (1836) 374 God deliuer us out of these troubles & make us more vigilent & lesse secure for y[e] future. *a*1700 EVELYN *Diary* 20 Oct. 1674, He told me 10,000 men would easily conquer all the Spanish Indies, they were so secure. **1758** S. HAYWARD *Serm.* xvii. 543, I had been now amongst the thoughtless crowd,..absolutely ignorant and secure. **1771** WESLEY *Wks.* (1872) V. 99 Because he is blind, he is also secure. **1806** A. MURRAY *Let.* in *Constable & Correspondents* (1873) I. 253 We may expect that he [Bonaparte] will attack us as much as lies in his power. With respect to the issue of that we have not much to fear, and yet we have no cause to be too secure. **1827** KEBLE *Chr. Year, St. Philip & St. James* 25 Youth's lightning flash of joy secure Pass'd seldom o'er His spright. **1841** J. H. NEWMAN *Serm.* vi. 87 Those who have long had God's favour without cloud or storm, grow secure. *a*1859 MACAULAY *Hist. Eng.* xxiii. (1861) V. 10 They were secure where they ought to have been wary, timorous where they might well have been secure.

**b**. With various constructions: Free from apprehension *of* (now only *poet*.), †*concerning*; †*careless*, without anxiety *for*.  †Also with indirect question.

**1579** LYLY *Euphues* (Arb.) 144 But seeing the father carelesse what they learne, he is also secure what the teacheth. **1608** WILLET *Hexapla Exod.* 838 The Lord therefore biddeth them to be secure for that matter. **1614** RALEIGH *Hist. World* V. ii. §7. 414 The Illyrian Queene was secure of the Romans, as if they would not dare to stirre against her. **1619** HIERON *Wks.* I. 5 There is no man so secure for his way to mill or to market, as hee is for his way to life eternall. **1625** BACON *Ess., Seditions* (Arb.) 401 Neither let any Prince, or State, be secure concerning Discontentments. **1658** ROWLAND *Moufet's Theat. Ins.* 937 The reason why they are so bold and fearlesse, as being secure of any danger. **1697** DRYDEN *Virg. Georg.* I. 427 Ev'n when the Farmer, now Secure of Fear, Sends in the Swains to spoil the finish'd Year; ..Oft have I seen a sudden Storm arise. **1700** *Cinyras & Myrrha* 277 Secure of Shame because secure of Sight: Ev'n bashful Sins are impudent by Night. **1833** TENNYSON *To J. S.* 76 Lie still, dry dust, secure of change.

**c**. In attributive use. Now *rare* or *Obs*.

**1584** LODGE *Alarum agst. Usurers* 38 b, Alonely lead with carelesse shew of peace, Whereas secure regard doth sinne increase. **1593** SHAKS. *Rich. II*, V. iii. 43 Open the doore, secure foole-hardy King. **1598** — *Merry W.* II. i. 241. *Ibid*. II. ii. 315. **1612** T. TAYLOR *Comm. Titus* II. 12 Our common people, whose extream and secure ignorance, loads them with such a burthen of impietie. **1690** C. NESSE *Hist. Myst. O. & N.T.* I. 116 In the church militant there must neither be an idle soldier nor a secure labourer. *a*1729 J. ROGERS *Nineteen Serm.* xii. (1735) 249 This is a Reflection which..should strike Terror and Amazement into the securest Sinner. **1773** GOLDSM. *Stoops to Conq.* v, Do you think I could ever catch at the confident addresses of a secure admirer? *Mar*. (kneeling) Does this look like security? *absol*. **1659** W. BROUGH *Sacr. Princ.* 79 When the secure and foolish shall be barr'd and excluded the doors of bliss.

**d**. Said of times, places, actions: In which one is free from fear or anxiety.

**1602** SHAKS. *Ham*. I. v. 61 Vpon my secure hower thy Vncle stole With iuyce of cursed Hebenon in a Violl. **1604** — *Oth*. IV. i. 72 Oh, 'tis the spight of hell, the Fiends Archmock, To lip a wanton in a secure Cowch; And to suppose her chast. **1859** GEO. ELIOT *Adam Bede* xxxvii, The bright hearth and the warmth and the voice of home,—The secure uprising and lying down.

**2**. **a**. Free from doubt or distrust; feeling sure or certain. Const. *of*; also with *clause*. ?*Obs*.

**1579** LYLY *Euphues* (Arb.) 77 Though he be suspitious of my faire hiew, yet is he, secure of my firme honestie. **1595** SHAKS. *John* IV. i. 130 And, pretty childe, sleepe doubtlesse, and secure, That Hubert for the wealth of all the world, Will not offend thee. **1670** DRYDEN *1st Pt. Conq. Granada* v. ii, Give wing to your desires, and let 'em fly, Secure they cannot mount a pitch too high. **1670-1** MARVELL *Corr. Wks.* (Grosart) II. 372 He is secure that nothing will be done by his Majesty. **1688** SHADWELL *Sq. Alsatia* v. 70 How can I be secure you will not fall to your old courses agen? **1713** JOHNSON *Guardian* No. 4 ¶ 6, I am secure that no man will so readily take them into Protection. **1794** GODWIN *Cal. Williams* 49 He was secure that his animosity would neither be forgotten nor diminished by the interposition of any time or events.

†**b**. Confident in expectation; feeling certain *of* something in the future. Also with *infinitive*.

**1653** H. MORE *Antid. Ath*. III. vi. §3 Cæsar taking the tokens of the favour of the Gods, enters Italy, secure of success from so manifest But confidence then bore thee on, secure Either to meet no danger, or to finde Matter of glorious trial. **1686** tr. *Chardin's Trav. Persia* 27 The Grand Vizier, secure of taking Candy..alter'd all Soliman's Titles. **1725** POPE *Odyss*. IX. 498 He..search'd each sleeping sheep, and felt it o'er, Secure to seize us ere we reach'd the door. **1732** — *Ess. Man* I. 286 Secure to be as blest, as thou canst bear.

**II**. Having or affording ground for confidence; safe; (objectively) certain.

**3**. **a**. Rightly free from apprehension; protected from or not exposed to danger; safe.

The first quot. is a doubtful example of this sense; the original Gr. ἀμέριμνος is literally 'without care or anxiety' (= sense 1 a above); but the virtual meaning is 'without cause for anxiety, safe'.

**1582** N.T. (Rhem.) *Matt*. xxviii. 14 And if the President shal heare of this, we wil persuade him, and make you secure [Vulg. *et securos vos faciemus*]. **1591** SHAKS. *1 Hen. VI*, II. i. 66 Had all your Quarters been as safely kept,..We had not beene thus shamefully surpriz'd. *Bast*. Mine was secure. **1606** WARNER *Alb. Eng.* XIV. lxxxv. (1612) 352 Yeat oft it haps, by how much more high Dignities preferre, So much the more, though lesse secure, men liue irreguler. **1608** SHAKS. *Per*. I. i. 95 Who have a booke of all that Monarches doe, Hee's more secure to keepe it shut, then showne. **1646** SIR T. BROWNE *Pseud. Ep*. I. iv. 15 The divell..would perswade him he might be secure if hee cast himselfe from the pinacle. **1647** COWLEY *Mistr., Writ. Juice of Lemon* ii, Alas, thou think'st thy self secure, Because thy form is Innocent and Pure. **1731** SWIFT *Let.* 10 Sept. in *Pope's Wks*. 1757 IX. 141 Thus I knew myself on the secure side, and it was a mere piece of good manners to insert that clause, of which you have taken the advantage. *a*1854 LANDOR *Last Fruit of Old Tree* 474 Safe art thou, Louis!..for a time; But tremble..never yet was crime, Beyond one little space, secure. **1889** *Spectator* 21 Dec., England is rich because she has for so many years been secure.

**b**. Const. *against, from, †of*.

**1588** SHAKS. *Tit. A*. I. i. 152 Repose you heere in rest, Secure from worldly chaunces and mishaps. *Ibid*. II. i. 3 Now climbeth Tamora Olympus toppe, Safe out of Fortunes shot, and sits aloft, Secure of Thunders cracke or lightning flash. **1697** DRYDEN *Virg. Georg.* III. 579 The Men to subterranean Caves retire; Secure from Cold, and crowd the chearful Fire. *Ibid*., *Æneid* VII. 956 Messapus once, Secure of Steel, and fated from the Fire, In Pomp appears. **1746** FRANCIS tr. *Horace, Art of Poetry* 360, I stand secure from Censure and from Shame. **1781** COWPER *Charity* 510 No skill in swordmanship, however just, Can be secure against a madman's thrust. **1796** MORSE *Amer. Geog*. I. 168 Secure from those tempestuous winds, by which the adjoining lake is frequently troubled. **1821** SHELLEY *Adonais* xl, From the contagion of the world's slow stain, He is secure. **1825** SCOTT *Betrothed* xxv, The outlaws, secure in their knowledge of the paths,..made an orderly retreat. **1839** LANE *Arab. Nts*. I. 128 Thou art secure from every thing that is not predestined.

**c**. Of actions or conditions; Involving no danger; safe.

**1617** MORYSON *Itin*. III. 9 The most ancient Lawgivers, got the experience, by which they had rule in their Cities, not by secure study at home, but by adventurous travels abroad. **1643** J. M. *Sov. Salve* 9 Such a seeming-secure and supine sleep might have proved a mortall lethargy. **1748** ANSON'S *Voy*. I. ix. 92 This..would render all that southern navigation infinitely securer than at present. **1819** SHELLEY *Cenci* II. i. 26 He demands at what hour 'twere secure To visit you again? **1881** JOWETT *Thucyd*. I. 134 Inaction is secure only when arrayed by the side of activity.

**d**. Of an argument, means, agent, etc.: Not liable to fail, trustworthy, safe.

*a*1729 J. ROGERS *Seventeen Serm*. v. (1736) 100 But tho' God will accept of a sincere tho' imperfect Obedience, yet this can be no secure Argument to us to remit our Applications. **1823** SCOTT *Peveril* xix, Which made him suspect that the countess had again employed her mute attendant as the most secure minister of her pleasure on this occasion.

**e**. Of a material thing, a support or fastening: Not liable to be displaced or to yield under strain; firmly fixed, safe.

**1841** T. R. JONES *Anim. Kingd.* 95 Armed externally with four circlets of sharp recurved hooks, which, when plunged into the coats of the intestine, serve as secure anchors by which the creature retains itself in a position favourable to the absorption of food. *Mod*. The bridge does not look secure. Do you think the bolt is secure?

**f**. Of a telephone (line): free from the risk of being tapped (TAP *v.*[1] 2 c).

**1961** in WEBSTER. **1975** B. MEGGS *Matter of Paradise* (1976) v. i. 106, I don't want to say anything more right now; this telephone isn't secure.

**4**. Of a place, also of means of protection or guardianship: Affording safety.

**1610** HOLLAND *Camden's Brit*. I. 473 A sure and secure station or place of aboad. **1632** HEYWOOD *2nd Pt. Iron Age* V. i, Hee stands vpon a strict and secure guard. **1634** MILTON *Comus* 327 In a place Less warranted then this, or less secure I cannot be, that I should fear to change it. **1660** F. BROOKE tr. *Le Blanc's Trav*. 30 The Isle hath two good Havens, one in the East, the other in the West, the others are not secure. *a*1700 EVELYN *Diary* 23 June 1665, His dog sought out absolutely the very securest place in all the vessell [during the fight]. **1745** POCOCKE *Descr. East* II. i. 5 The roads would be more secure about the time when the great caravan was passing. ?**1788** COWPER *On Mischiev. Bull* 14, I could pity the exil'd From this secure retreat. **1818** CRUISE *Digest* (ed. 2) V. 357 It being a common opinion, that a feoffment was the most secure conveyance by which a tenant to the *præcipe* could be made.

**5**. Predicatively: In safe custody; safely in one's possession or power.

**1591** SHAKS. *1 Hen. VI*, I. iv. 49 In Iron Walls they deem'd me not secure. **1766** GOLDSM. *Vic. W*. ii, At least till your son has the young lady's fortune secure. **1791** COWPER *Iliad* XVI. 272 He also kept Secure a goblet exquisitely wrought.

**6**. Free from risk as to the continued or future possession *of* something; having a safe prospect of some acquisition or desirable event. †Also

with infinitive: Ensured against failure *to do something*. Cf. 2 b.

**1664** TILLOTSON *Serm.* i. Wks. (1714) 22 Consider man without the protection and conduct of a superior Being, and he is secure of nothing that he enjoys in this world, and uncertain of every thing that he hopes for. **1700** DRYDEN *Sigism. & Guisc.* 626 For this, she had distill'd, with early Care, The Juice of Simples, friendly to Despair, A Magazine of Death; and this prepar'd, Secure to die, the fatal Message heard. **1705** tr. *Bosman's Guinea* 10 No Body is here secure of Life. **1746** FRANCIS tr. *Horace, Epist.* i. i. 69 Ennius..Forgets his Promise, now secure of Fame, And heeds no more his Pythagoric Dream. **1758** S. HAYWARD *Serm.* Introd. 17 Oh happy case, when the soul..boldly ventures into eternity, secure of eternal life. **1770** GOLDSM. *Des. Vill.* 288 As some fair female unadorned and plain, Secure to please while youth confirms her reign. **1788** GIBBON *Decl. & F.* xlii. IV. 548 The zeal of Cyril exposed him to the penalties of the Julian law; but in a feeble government, and a superstitious age, he was secure of impunity, and even of praise. **1825** SCOTT *Talism.* vi, When they seemed most secure of victory. **1863** H. BROUGHTON *Let.* in Trevelyan *Compet. Wallah* (1866) 355 For, if they succeed in obtaining her attention, they are secure of her humanity and her justice.

**7.** Of a possession, acquisition, desirable event, etc.: That may be counted on with certainty; sure to continue or to be attained.

**1713** SWIFT *Last Yrs. Q. Anne* Wks. 1902 X. 31 Representing their opinion that no peace could be secure for Britain, while [etc.]. **1819** SHELLEY *Cyclops* 438 Listen then what a punishment I have For this fell monster, how secure a flight From your hard servitude. **1848** THACKERAY *Van. Fair* xxxi, 'If the worse comes to the worst', Becky thought, 'my retreat is secure; and I have a right-hand seat in the barouche'. **1860** TYNDALL *Glac.* I. xviii. 132 We knew that our progress afterwards was secure. **1874** GREEN *Short Hist.* viii. §2 (1882) 461 At the Queen's accession, the success of the Reformation seemed almost everywhere secure.

**B.** quasi-*adv.* and *adv.* (Chiefly *poet.*)

*c* **1592** MARLOWE *Edw. II*, IV. vi. 1893 Your grace may sit secure, if none but wee Doe wot of your abode. **1593** SHAKS. *3 Hen. VI*, II. v. 50 All which secure, and sweetly he enioyes. **1596** —*1 Hen. IV*, I. ii. 145 We may doe it [the robbery] as secure as sleepe. **1611** BIBLE *Judg.* xviii. 7 They dwelt carelesse, after the manner of the Zidonians, quiet and secure. **1633** MASSINGER *Guardian* II. ii, Sleep you Secure on either ear. **1654** FULLER *Two Serm.* 11 The Structure may still stand..by vertue of..such Foundations which still stand secure. **1738** GRAY *Tasso* 15 Against the stream the waves secure he trod. **1784** COWPER *Task* VI. 970 Beneath the shadow of whose vine He sits secure. **1818** SHELLEY *Hymn Venus* 34 Nor mortal men, nor gods Who live secure in their unseen abodes.

**secure** (sɪˈkjʊə(r)), *v.* [f. SECURE *a.* Cf. med.L. *sēcūrāre*, *sēcūriāre*, Sp., Pg. *segurar*, It. *sicurare*.]

†**1. a.** *trans.* To make free from care or apprehension; also, to make careless or overconfident. *Obs. rare.*

**1604** SHAKS. *Oth.* I. iii. 10, I do not so secure me in the Error, But the maine Article I do approue In fearefull sense. **1605** —*Lear* IV. i. 22 Full oft 'tis seene, Our meanes secure vs, and our meere defects Proue our Commodities. **1655** FULLER *Ch. Hist.* IX. 82 [tr. Lett. Mary Queen of Scots] To obtain of her, that she will let me go out of her country, whither I came, secured by her promises.

†**b.** To free from doubt, to satisfy, convince. Also, to make (one) feel secure *of* or *against* some contingency. *Obs.*

**1602** CECIL *Let. to Mountjoy* 7 Aug. in *Moryson's Itin.* (1617) II. 235, I cannot be secured but that he wil stil feede that fier with fewel. **1646** H. LAWRENCE *Commun. & War with Angels* 118 Which should incourage us to fight and secure us of the issue. **1666-7** PEPYS *Diary* 28 Feb., Mr. Holliard [a surgeon] dined with us.... I love his company, and he secures me against ever having the stone again. **1668** OWEN *Nat. Indwelling-Sin* viii. 115 Until the soul..begins to secure it self of pardon in course.

**2.** To make secure or safe.

**a.** To make (a person, his life, etc.; rarely a thing) secure from danger or harm; to guard, protect.

*Obs. exc. with reference to a specific danger mentioned or implied: see* c.

**1602** WARNER *Alb. Eng.* X. lviii. (1612) 248 And whilst the Writ in reading was [Mary Q. of Scots] no more regarded it, Then if it had secured or concerned her no whit. **1602** SHAKS. *Ham.* I. v. 116 *Mar.* Lord Hamlet. *Hor.* Heauen secure him. *Mar.* So be it. **1624** CAPT. SMITH *Virginia* Ep. Ded. *Wks.* (Arb.) I. 276 The beauteous Lady Tragabigzanda, when I was a slaue to the Turkes, did all she could to secure me. **1639** FULLER *Holy War* II. iv. (1640) 47 Their profession was to fight against Infidels, and to secure Pilgrimes coming to the Sepulchre. *c* **1645** T. TULLY *Siege Carlisle* (1840) 34 Wilson..shot Cholmley in the brest, but his arms secured him. **1697** DRYDEN *Virg. Georg.* IV. 210 His lofty Pines, With friendly Shade, secur'd his tender Vines. *a* **1700** EVELYN *Diary* 22 Sept. 1641, A pass..securing me through Brabant and Flanders. **1706** E. WARD *Wooden World Diss.* (1708) Advt., The Bill..for securing Property in Printed Books. **1707** SIR W. HOPE *New Meth. Fencing* i. 11 For 'tis a general Rule in Fencing..never to present one's Sword, without perfectly Covering, or Securing, as we call it, one side of the Body. **1722** DE FOE *Col. Jack* xix, Any English men-of-war that might be on the coast to secure us to the capes. **1729** TINDAL tr. *Rapin's Hist.* XVII. VIII. 439 They..only helped to secure Elizabeth's Affairs, who thereby was sheltered from the Quarter whence she had most to fear. **1775** JOHNSON *Let. to Mrs. Thrale* 12 May, I really question if at this time my life would not be in danger, if distance did not secure it. **1776** GIBBON *Decl. & F.* xiv. I. 410 Maximian..gave him [Severus] the most solemn assurances that he had secured his life by the resignation of the purple.

†**b.** *refl.* To obtain safety. *Obs.*

**1593** SHAKS. *2 Hen. VI*, v. ii. 76 Now is it manhood..To secure vs By what we can, which can no more but flye. **1697** POTTER *Antiq. Greece* I. iv. (1715) 15 Compelled to..secure himself by a dishonourable Flight. **1705** tr. *Bosman's Guinea* 320 Each endeavouring to secure himself by getting away. **1735** JOHNSON *Lobo's Abyssinia, Descr.* ii. 51 We had no way of securing ourselves but by flight. **1760** T. HUTCHINSON *Hist. Mass.* i. (1765) 186 His men had secured themselves in a swamp. **1793** SMEATON *Edystone L.* §313 High wages..did not engage them to secure themselves with a sufficient stock of provisions. **1800** *Asiat. Ann. Reg., Misc. Tracts* 30/2 He accordingly began to secure himself with Shujah al Dowlah, into whose service he entered. **1842** W. C. TAYLOR *Anc. Hist.* xvii. §5 (ed. 3) 515 Though Didius..was able to secure himself in Rome, he could not [etc.].

**c.** To render safe, protect or shelter *from*, guard *against* some particular danger. Also *refl.*

**1634** MILTON *Comus* 618 Care and utmost shifts How to secure the Lady from surprisal, Brought to my mind a certain Shepherd Lad. **1646** J. MAXWELL *Burd. Issachar* 34, I never accounted them as Apostles, men secur'd from error. **1679** MOXON *Mech. Exerc.* ix. 164 The Battlement being..Man-high, to secure Men from the shot of their enemies. **1685** STILLINGFL. *Orig. Brit.* ii. 71 For when he came against the Bagaudæ, Carausius was employ'd to secure the Seas against the Franks and the Saxons. **1692** LOCKE *Consid. Lower. Interest* 150 That way of Coinage less secures you from having a great part of your Money melted down. **1699** WANLEY in *Lett. Lit. Men* (Camden) 293 Whereby Mr. Benson may secure many old words from being buried in the grave of everlasting oblivion. **1741** WATTS *Improv. Mind* I. vii. §19 [We should] consult the dictionary, which may give us certain information, and thus secure us from mistake. **1748** ANSON'S *Voy.* III. ix. 386 A very safe road, secured from all winds. **1754** J. BROWN *Barbarossa* v. (1755) 66 Is the Watch doubled? Are the Gates secur'd Against Surprize? **1756** BURKE *Subl. & B.* III. vi. Wks. I 224 The hedge-hog, so well secured against all assaults by his prickly hide. **1784** COWPER *Tiroc.* 119 Neatly secur'd from being soil'd or torn. **1821** SCOTT *Kenilw.* xxxiv, Amy hastily endeavoured to recall what she were best to say, which might secure herself from the imminent dangers that surrounded her, without endangering her husband. **1875** JOWETT *Plato* (ed. 2) V. 30 No possessions seemed to him to have any value which were not secured against enemies.

**d.** *absol.* To obtain security, take effective precautions *against*.

**1658** *Whole Duty of Man* VII. §19. 65 It being much more easie to abstain from all, than to secure against the one, when the other is allowed. **1818** SCOTT *Rob Roy* xxxvi, The extreme strength of the country..made the establishment of this little fort seem rather an acknowledgement of the danger, than an effectual means of securing against it. **1828**—*F.M. Perth* xx, This guard the burghers will willingly maintain, to secure against the escape of the murderer of their townsman.

†**e.** To take effectual precautions against, to prevent (a danger). Also, to prevent or preclude (a person) *from* doing something dangerous. *Obs.*

**1633** P. FLETCHER *Purple Isl.* IV. iv, Which stretching round about his circling arms, Warrants these parts from all exteriour harms; Repelling angry force, securing all alar'ms. **1692** R. L'ESTRANGE *Fables* ccii. 174 Man only is the Creature, that to his Shame, no Benefits can Oblige, no nor Secure, even from seeking the Ruine of his Benefactor. **1697** in *Perry Hist. Coll. Amer. Col. Ch.* I. 33 Such fort can be no security for his Majestys Customs, nor for finding and securing false and illegal trade. **1710** CELIA FIENNES *Diary* (1888) 83 They Wall round the Wells to yᵉ mines to Secure their Mold'ring in upon them. *Ibid.* 140 They Carry much of their Carriages on sledges to secure their pitching in the streetes. **1831** SCOTT *Cast. Dang.* viii, I deprecate no hardship..so I may secure you from acting with a degree of rashness, of which you will all your life repent. **1833** T. HOOK *Parson's Dau.* II. ix, I have secured him from visiting Binford.

†**f.** To render (an action) safe; to free from attendant dangers. Also, to render (a place) safe for transit. *Obs.*

**1617** SIR O. ST. JOHN in *Buccleuch MSS.* (Hist. MSS. Comm.) I. 194 The King's ship and pinnace that are appointed for the securing of those seas. **1639** FULLER *Holy War* V. v. (1640) 236 Two hundred and fourteen years..they [*sc.* the Hospitallers] maintained this Island, and secured the seas for the passage of Pilgrimes to Jerusalem. **1667** MILTON *P.L.* v. 222 And to him call'd Raphael..that deign'd To travel with Tobias, and secur'd His marriage with the seaventimes-wedded Maid.

**g.** *Mil.* To render secure from attack or molestation by the enemy; to take defensive means for the safe execution of (a movement, e.g. a retreat, the crossing of a river); to guard efficiently (a pass, a defile).

**1617** *Moryson Itin.* II. 66 His Lordship..sent Captaine Edward Blany with 500 foot and 50 horse, to secure their passage through the pace of the Moyrye. **1645** SYMONDS *Diary* (Camden) 242 The out workes, which secured the suburbs. *a* **1671** LD. FAIRFAX *Mem.* (1699) 21 It made us think of securing our retreat, with the prisoners we had got. **1698** FRYER *Acc. E. Ind. & P.* 337 The Passes are easily secured (an Handful of men being able to withstand an Host). **1701** STEELE *Funeral* V. i, Then..you, and your Party, fall in to secure my Rear; while I march off with the Body. **1760** *Cautions & Adv. to Officers of Army* 108 It may be the Means of saving an Army, or securing some Out-post of the utmost Importance. **1831** SCOTT *Ct. Robt.* iv, To take post in the defile..and thus secure it for the passage of the rest of the army. **1849** MACAULAY *Hist. Eng.* II. I. 261 Making dispositions which, in the worst event, would have secured his retreat. **1869** FREEMAN *Norm. Conq.* (1876) III. xii. 210 The main point in the fortification was to secure the river.

**h.** *Mil. to secure arms*: 'to hold a rifle or musket with the muzzle down, and lock well up under the arm, the object being to guard the weapon from the wet' (Ogilvie 1882).

**1802** C. JAMES *Milit. Dict.* s.v., *Secure arms!* a word of command which is given to troops who are under arms in wet weather. **1892** *Rifle Exerc.* (L.-M.) 14 *Secure Arms.*

†**i.** To fence off. *Obs. rare.*

**1710** CELIA FIENNES *Diary* (1888) 86 Its vaine to trye yᵉ securing it [*sc.* a hole] round from any falling in. *Ibid.* 90 Water..does often flow yᵉ grounds after Raines, so the Road is secured wᵗʰ a banck and a breast wall of a good Length.

**j.** To put in safety, 'get in' (a crop).

**1885** *Times* (weekly ed.) 11 Sept. 9/1 Shocks of oats, cut, though not yet secured.

**3.** To make secure or certain.

†**a.** To make (a person) secure *of* a present or future possession, *of* an ally or supporter, etc. Also const. *to* with infinitive. *Obs.*

**1610** HEALEY *St. Aug. Citie of God* XXI. xvii. 868 Assigning..a false blisse, vnto the Saints in heauen, where they..could neuer be secured to remaine. **1620** BRENT tr. *Sarpi's Counc. Trent* VIII. (1676) 728 And indeed he was secure of France and Germany. For besides his treaty with Lorain which did abundantly secure him of France, he received at the same time a resolution from the Emperour. **1656** EARL MONM. tr. *Boccalini's Advts. fr. Parnass.* II. vii. 218 Since no man can secure himself of the next years plentiful harvest. **1670** DRYDEN *1st Pt. Conq. Granada* v. i, Secur'd of what we hold most dear, (Each other's Love) we'll go—I know not where. **1745** in *Col. Rec. Pennsylv.* V. 5 Had I..been secured of Fund for supplying those Nations with Arms.

†**b.** *refl.* To get possession *of*, make sure *of*.

**1675** *Machiavelli's Prince* X. Wks. 71 By..securing himself nimbly of such as appear..turbulent. **1705** *Lond. Gaz.* No. 4158/1, 3 or 4000 of the Inhabitants had taken up Arms,..and had secured themselves in Denia, a good Seaport Town. *Ibid.* No. 4162/1 Those who have declared for his..Majesty having secured themselves of Denia. **1725** BROOME *Notes to Pope's Odyss.* VIII. 239 Ulysses..finds a way..to secure himself of a powerful advocate, by [etc.].

†**c.** To certify, assure (a person) *of* some fact. Also in asseverative phrase, *I'll secure you. Obs.*

**1659** HAMMOND *Ps.* lxxiii. 4 This doth not secure us of the importance of the word in this place. **1672** WYCHERLEY *Love in Wood* II. iv, He spares not the Innocents in Bibs and Aprons (Ile secure you) he has made (at best) some gross mistake concerning Christina. **1674** BOYLE *Excell. Theol.* I. i. 32 For ought reason can secure us of, one of the conditions of that association may be, that the body and soul shall not survive each other. **1689** HICKERINGILL *Ceremony-Monger* vi. 34 But Mum—not a Penny, I'll secure you, to make one Sound, and one Mouth. **1737** WHISTON *Josephus, Antiq. Diss.* ii. §3 The events and consequences of things afterwards always corresponded, and secured them of the truth of such divine revelations.

**d.** To establish (a person) securely *in* some position, privilege, etc.

**1712** SWIFT *Jrnl. to Stella* 27 Dec., Steele I have kept in his place. Congreve I have got to be used kindly, and secured. Rowe I have recommended, and got a promise of a place. **1713** ADDISON *Cato* v. i, The Soul, secur'd in her Existence, smile's At the drawn Dagger, and defie's its Point. **1874** GREEN *Short Hist.* iii. §3 (1882) 125 The towns were secured in the enjoyment of their municipal privileges.

**e.** To make (something) secure, certain, or reliable. Now only with reference to a prospective possession or result of action: 'To place beyond hazard' (J.), to ensure.

**1653** HOLCROFT *Procopius, Goth. Wars* IV. 126 In the Roman army was one Artabanes a Persarmenian, revolted lately to the Roman army, having secured his faith by the killing of a hundred and twenty Persian Souldiers. **1697** DRYDEN *Virg. Past.* vi. 18 For he who sings the Praise, secures his own. **1746** FRANCIS tr. *Horace, Epist.* I. xvi. 58 Whose Bail secures, whose Oath decides a Cause. **1832** J. GILBERT *Chr. Atonem.* ii. (1852) 39 Yet merely to know that life immortal may be obtained, is not to secure our personal enjoyment of it. **1883** P. H. HUNTER *Story of Daniel* 151 Their manner of building secured a certain air of solidity and grandeur.

**f.** To make the tenure of (a property, office, privilege, etc.) secure *to* a person.

**1736** BUTLER *Anal.* I. iv. Wks. 1874 I. 82 Our whole present interest is secured to our hands, without any solicitude of ours. **1825** SCOTT *Betrothed* Introd., The shareholder might contrive to secure to his heirs a handsome slice of his own death-bed and funeral expenses. **1856** FROUDE *Hist. Eng.* (1858) I. ii. 150 Her right to the succession..would have been readily secured to her by act of parliament.

**g.** To make (a creditor) certain of receiving payment by means of a mortgage, bond, pledge, or the like.

**1677** YARRANTON *Eng. Improv.* 15 The Party lending the Moneys is safe, well and surely secured. **1861** M. PATTISON *Ess.* (1889) I. 41 Some of the large German houses in London..advanced large sums, taking care..to secure themselves by mortgages of parts of the public revenue.

**h.** To make the payment of (a debt, pension, etc.) certain by a mortgage or charge *upon* certain property.

**1818** CRUISE *Digest* (ed. 2) II. 208, 2,000*l*. part of the money secured upon Gidea Hall. *Ibid.* IV. 392 Then such daughter should have 3,000*l.*,..to be secured upon part of the estate. **1861** M. PATTISON *Ess.* (1889) I. 36 He assigns 1000 marks yearly as pinmoney to his son's wife, secured upon the Swiss possessions of his house.

**i.** With double obj.: To ensure (a person's) obtaining (something). *rare.* (In quot. *passive.*)

**1831** SCOTT *Cast. Dang.* xii, You shall be secured an opportunity of being fully heard.

**4.** To seize and confine; to keep or hold in custody; to imprison. Now somewhat *rare.*

**1645** CHAS. I in Ellis *Orig. Lett.* Ser. I. III. 314 You should beginne with securinge the person of William Legge. **1677** YARRANTON *Eng. Improv.* 3 Some of whom Persons..did intend to get me secured for setting out the strength of the Dutch. **1683** WOOD *Life* 6 Sept. (O.H.S.) III. 72 The pro-

**SECURED**            853            **SECURITY**

vice-chancellor would then have secured him [Mr. Parkinson],.. till security for his appearance at the assizes should be produced. *a*1700 EVELYN *Diary* 20 June 1689, Newes of a Plot discover'd, on which divers were sent to the Tower and secured. 1705 [T. WALKER] *Wit of a Woman* III. 32 Secure that Rogue in the Stocks till we have search'd further. 1706 PHILLIPS (ed. Kersey), To *Secure*,..to apprehend or lay hold of one, to clap him into Prison. *a*1715 BURNET *Own Time* (1724) I. 211 He proposed that about twenty of the chief gentlemen of those Counties might be secured: And he undertook for the peace of the countrey if they were clap'd up. 1799 HT. LEE *Canterb. T.*, *Old Wom. T.* (ed. 2) I. 392 'Let him be secured', said St. Aubert. 1818 SCOTT *Hrt. Midl.* ii, Wilson and Robertson,..each secured betwixt two soldiers of the city guard. 1828-32 WEBSTER, *Secure*,..to inclose or confine effectually; to guard effectually from escape; sometimes, to seize and confine; as, to secure a prisoner. The sherif pursued the thief with a warrant, and secured him.

**5. a. To make fast or firm.**
**1663** GERBIER *Counsel* 97 And so much may suffice for the securing of doores and windowes. **1687** M. SCRIVENER *Will* in Willis & Clark *Cambridge* (1886) III. 437 Chains for the securing the books. **1719** DE FOE *Crusoe* I. 305, I sent Friday with the Captain's Mate to the Boat, with Orders to secure her, and bring away the Oars and Sail. **1753** BARTLET *Gentl. Farriery* xxv. 231 A proper compress of cloth, and a linnen rowler is absolutely necessary both for this purpose, and to secure on the dressings, wherever they can conveniently be applied. **1823** *Mechanic's Mag.* I. 105 On the securing of carriage wheels. **1825** SCOTT *Betrothed* viii, A girdle.. secured by a large buckle of gold. **1867** AUGUSTA WILSON *Vashti* xix, She caught up her hair, twisted it hastily into a knot, and secured it with her comb. **1879** *Cassell's Techn. Educ.* IV. 80/2 These work in nuts secured to the doors. **1894** WEYMAN *Man in Black* 189 A wide-leafed hat, in which a costly diamond secured a plume of white feathers.

**b. Surg. To close (a vein or artery) by ligature or otherwise, in order to prevent loss of blood.**
**1662** WISEMAN *Treat. Wounds* I. 35 Having thus secured the Vessels for the present. **1753** BARTLET *Gentl. Farriery* XXVI. 234 Should the wound bleed much from an artery divided, the first step should be to secure that by passing a crooked needle underneath, and tying it up with a waxed thread. **1880** C. HEATH *Man. Minor Surg.* (ed. 6) 34 In the case of an amputation, the main arteries will be secured before the cord is loosened.

**6. a. To get hold or possession of (something desirable) as the result of effort or contrivance.**
**1743** BULKELEY & CUMMINS *Voy. S. Seas* 19 We took Care to secure some Powder, Ball, and a little Bread. **1748** SMOLLETT *Rod. Rand.* xxii, Having thus secured my good opinion, he began [etc.]. **1814** SCOTT *Antiq.* i, The first comer hastens to secure the best birth in the coach for himself. **1824** J. H. NEWMAN *Hist. Sk.* (1873) II. II. i. 246 [The profession] of arms.. secures the almost undivided admiration of a rising and uncivilized people. **1855** PRESCOTT *Philip II*, I. II. vii. 219 His cordial manners.. secured the sympathy of all with whom he came in contact. **1873** TRISTRAM *Moab* Pref. 5 The splendid series of 180 photographs which they secured.

**b. Rugby Football. To get or obtain (a try) between the posts.**
**1885** *Field* 31 Jan. 135/2 The last-mentioned secured a try between the posts.

**7. Hort. (See quot. 1928.)**
**1928** *Daily Express* 11 Aug. 4/2 The Japanese varieties of the chrysanthemum are now beginning to show their flower buds, and these should be 'secured', as it is called, at the earliest possible moment. This is done by pinching out with the thumb and finger the incipient side shoots or laterals that will be found in process of formation immediately beneath the buds and in the axils of the leaves. **1951** *Dict. Gardening* (R. Hort. Soc.) I. 476/1 It should be possible to secure the first crown bud of many varieties during the last week in July.

**secured** (sɪˈkjʊəd), *ppl. a.* [f. SECURE *v.* + -ED[1].] In senses of the verb: Assured; firmly fastened; rendered safe. Now chiefly of a debt: For which the creditor holds security. Also of a creditor.
**1605** BACON *Adv. Learn.* II. xx. §5 They haue also excellentlye handled it.. in the distinction between vertue with reluctation, and vertue secured. **1875** *Act 38 & 39 Vict.* c. 77 §10 The respective rights of secured and unsecured creditors. **1899** *Westm. Gaz.* 28 Aug. 6/3 The companies have no scale by which they regulate their charges, but advance to one man at 4 per cent. and to another at 5 per cent. for a secured loan.

†**seˈcureful**, *a. Obs. rare*[-1]. [f. SECURE *a.* + -FUL.] Protecting.
*c*1611 CHAPMAN *Iliad* VII. 209, I know.. euery sway, of my securefull targe.

**securely** (sɪˈkjʊəlɪ), *adv.* [f. SECURE *a.* + -LY[2].] In a secure manner (in various senses).

†**1.** In a manner free from care or apprehension; carelessly; confidently; without care or misgiving.
**1588** SHAKS. *Tit. A.* III. i. 3 Whose youth was spent In dangerous warres, whilst you securely slept. **1593** — *Rich. II*, II. i. 266 We see the winde sit sore vpon our sailes, And yet we strike not, but securely perish. **1631** GOUGE *God's Arrows* I. §60 A Priest by vertue of his calling readily and securely admitted lepers to come to him. **1678** BUNYAN *Pilgr.* I. (1900) 67 When I dwelt securely at home. **1707** ATTERBURY *Vind. Doctr. Funeral Serm.* 42 Whether any of the Reasonings.. are inconsistent with each other, I leave to the Judgment of the Reader. **1768-74** TUCKER *Lt. Nat.* (1834) II. 297 We have nothing but thoughtlessness and insensibility of danger to make us enjoy prosperity securely. **1802** MAR. EDGEWORTH *Moral T.* (1816) I. iv. 25 Trusting securely to the power of his own eloquence.

**2. Without danger; in security; safely.**
**1615** BRATHWAIT *Strappado* (1878) 118 Being vnder shade securely sconst, Which place he had elected for the nonst. **1662** J. DAVIES tr. *Olearius' Voy. Ambass.* 67 This animal [the Reindeer] goes as securely as if it were upon the

Ground. **1697** DRYDEN *Virg. Georg.* II. 396 How deep they must be planted woud'st thou know? In shallow Furrows Vines securely grow. *a*1700 EVELYN *Diary* 11 May 1652, Two cut-throates started out, and.. haled me into a deepe thickett some quarter of a mile from the highway, where they might securely rob me. *a*1701 MAUNDRELL *Journ. Jerus.* 19 Mar. (1732) 43 Princes can never sleep securely but by day. **1784** COWPER *Tiroc.* 808 Tenants of life's middle state, Securely plac'd between the small and great. **1871** GEO. ELIOT *Middlem.* xxi, It was in that way Dorothea came to be sobbing as soon as she was securely alone.

**3. Without risk of error; certainly.**
**1597** HOOKER *Eccl. Pol.* v. lxxviii. §12, I may securely therefore conclude that there are [etc.]. **1877** RUSKIN *Fors Clav.* lxxxii. 297 As I am securely informed. *Ibid.* lxxxiv. 409 The metaphor.. I do not yet securely understand.

**4. Firmly.**
**1856** KANE *Arct. Expl.* I. xxiii. 293 They had tied the dogs securely, as they thought: but Toodla and four others had broken loose. **1908** [MISS FOWLER] *Betw. Trent & Ancholme* 14 Those wrought stones.. are now securely clamped to the south wall.

**securement** (sɪˈkjʊəmənt). *rare.* [f. SECURE *v.* + -MENT.] The action or an act of securing. †**a.** Making safe *from* or *against*. *Obs.* **b.** Ensuring or making sure.
**1622** in Foster *Eng. Factories Ind.* (1908) II. 108 [Willoughby has also been furnished with money, and left to take his choice of means] for his best securement. **1646** SIR T. BROWNE *Pseud. Ep.* I. ii. 7 Cain.. grew afraid thereof, and obtained a securement from it [death]. **1658** — *Let. to Dugdale* 10 Nov., The laborious Aggers, Banks, and Works of Securement against Floods and Inundations. **1883** *Century Mag.* July 475/2 Liberty, however, is so highly prized that society condemns the securement in all cases of perpetual protection by means of perpetual imprisonment.

**secureness** (sɪˈkjʊənɪs). *rare.* [f. SECURE *a.* + -NESS.] = SECURITY 1, 3.
**1591** HARINGTON *Orl. Fur.* VII. xxxvi. 52 To restitution turne your doing wrongs, Your fond securenesse, turne to godly feares. **1618** BOLTON *Florus* IV. xii. (1636) 326 Therefore (O strange securenesse!) as hee sate upon the Tribunall,.. they at un-awares assailed him on all hands. **1633** T. ADAMS *Exp.* 2 *Peter* i. 5 No man perfectly knows his own heart: you think all well; this may be not assurance, but secureness. **1668** TEMPLE *On Approach of Shore of Harwich* 32 Thy sweet Inclosures.. Shew thy secureness from thy Neighbours Harms. **1838** MRS. BROWNING *Seraphim* I. (near end), Down-lay Your sweet secureness for congenial fears.

**securer** (sɪˈkjʊərə(r)). *rare.* [f. SECURE *v.* + -ER[1].] One who or that which secures, in various senses of the verb.
**1636** STRAFFORD *Lett.* (1739) II. 18 The Army.. was rather to be reinforced.. as.. the chief Securer.. of the.. Plantations. *a***1704** T. BROWN *Satire upon Fr. King* Wks. 1730 I. 59 Of kings distressed thou art a fine securer. **1820** *Examiner* No. 616. 66/1 He rose early, which is a great securer of health.

**securi-** (sɪˈkjʊərɪ, ˌsɛkjʊəˈrɪ), combining form of L. *secūris* axe, f. *secāre* to cut. Used in various scientific forms. **seˌcuriˈcornate** [L. *cornū* horn + -ATE] *Ent.*, 'having the antennæ in form of a hatchet' (Mayne *Expos. Lex.* 1858). ‖ **seˈcurifer** [L. *secūrifer* adj., *-fer, ferre* to bear] *Ent.*, one of the *Securifera* or phyllophagous hymenoptera. **secuˈriferous** *a.* [-FEROUS], axe-bearing; *spec.* of or pertaining to the *Securifera*. **seˈcurigerous** *a.* [-GEROUS] *Bot.* (see quot.). **seˈcuripalp** [L. *palpus* PALP] *Ent.*, a beetle of the division *Securipalpi*. **seˌcuriˈpalpous** *a.* [-OUS] *Ent.*, of or pertaining to the division *Securipalpi*. See also SECURIFORM *a.*
**1656** BLOUNT *Glossogr., Securiferous*, that beareth an Axe or Hatchet. **1842** BRANDE *Dict. Sci.* etc., *Securifers*, Securiferi, the name of a tribe of Terebrantia, or boring Hymenopterous insects. **1858** MAYNE *Expos. Lex., Securiferous.* *Ibid., Securigerus,*.. applied to the *Montbretea securigera*, from the form of the appendages that garnish the corol: securigerous. **1842** BRANDE *Dict. Sci.* etc., *Securipalps*, Securipalpi, the name of a family of Coleopterous insects, comprehending those in which the maxillary palps terminate in a joint which is elongated and hatchet-shaped. **1858** MAYNE *Expos. Lex., Securipalpous.*

**Securicor** (sɪˈkjʊərɪkɔː(r)). [Invented name f. SECURI(TY + COR(PS.] The proprietary name of a private security organization employed in the guarding and safe transport of money, goods, and property. Freq. *attrib.*, esp. as *Securicor man, van.* Also *fig.* (with small initial).
**1953** *Change of Name Certificate* 3 Jan. in Dept. of Trade file (354883) Night Guards Limited.. Securicor Ltd. **1961** *Security Gaz.* Feb. 64/3 (caption) Securicor guards are responsible for the safety of Ireland's greatest art treasure, the 1,000 year old 'Book of Kells'. **1962** *Daily Tel.* 6 Sept. 13/1 An executive of Securicor, the security organization, said.. 'They were stupid to try to change vehicles.' *Ibid.*, Mr. Norman Negus, 54, a Securicor guard, walked out of the bank.. carrying the cash box chained to him. As he approached the armoured Securicor van the ambush was sprung. *Ibid.*, Another Securicor man, locked inside the armoured van, sounded the alarm siren. **1968** *Listener* 12 Dec. 804/3 Unless future student audiences can be screened in advance by the BBC's own securicor, one sees what hope for this series. **1970** *Guardian Weekly* 14 Mar. 9/1 Securicor, Security Express, and Factoryguards—the three main companies which account for about 90 per cent of the manned protection in Britain. **1977** D. BAGLEY *Enemy* xxx. 239 The auctioneer has Securicor men all over the place.

**securiform** (sɪˈkjʊərɪfɔːm), *a.* [f. SECURI- + -FORM.] Axe-shaped, having the form of an axe or hatchet. **a.** *Bot.* applied to leaves, etc. **b.** *Ent.* applied to a palpus or joint, etc.
**1760** J. LEE *Introd. Bot.* III. xviii. (1765) 212 *Securiform*, Hatchet-shaped. **1815** KIRBY & SP. *Entomol.* ix. (1818) I. 299 *note*, Mordellæ will open the anthers with the securiform joints of their palpi to get at the pollen. **1819** SAMOUELLE *Entomol. Compend.* 165 Labial palpi securiform. **1835-6** Todd's *Cycl. Anat.* I. 703/2 *Conchifera*... The foot.. is securiform when its free edge is arched like the cutting face of an axe, as in *Petunculus*. **1852** DANA *Crust.* II. 869 A small hand, slightly oblong, somewhat securiform.

**seˈcuring**, *ppl. a. rare.* [f. SECURE *v.* + -ING[2].] That secures, in various senses of the verb.
**1643** J. M. *Sov. Salve* 35 The only sure and securing way to follow. **1798** *Times* 28 June 1/1 Drawing papers, pallets, gold and silver paper, copal and securing varnish.

†**seˈcuritan**. *Obs. rare.* [f. SECURIT-Y + -AN, ? after *Puritan*.] One who is characterized by 'security' or culpable freedom from apprehension.
**1623** BP. HALL *Serm. Re-edif. Chappel of Earle of Exeter Wks.* (1625) 529 The sensual Securitan pleases himselfe in the conceit of his owne peace. **1627** R. BERNARD *Isle of Man* 21 One Mr. Out-side, in the inside a carnall Securitan, [is] a fellow that will come to his Church [etc.].

**securite** (ˈsɛkjʊəraɪt). Also -it. [f. SECURE *a.* + -ITE 4, after the Ger. name *sicherit* (*sicher* sure, safe).] A high explosive consisting of a mixture of meta-di-nitro-benzole with nitrate of ammonium (Cundill *Dict. Explosives*, 1889, p. 82); used chiefly in blasting operations.
**1888** *Times* 2 Mar. 13/6 Securite consists of nitrated hydro-carbons in admixture with certain oxidizing agents. It is the invention of Herr Schœneweg, who has now rendered it flameless when exploded, by the addition of an organic salt in certain proportions. **1897** *Allbutt's Syst. Med.* II. 958 The symptoms following the use of sicareit (securite or sicherite) resemble those which are caused by roburite.

**security** (sɪˈkjʊərɪtɪ). Forms: 5 securytye, securite(e, 6-7 securytye, securitie, 6- security. [ad. L. *sēcūritās*, f. *sēcūr-us*: see SECURE *a.* and -ITY. Cf. F. *sécurité* (16th c. in Hatz.-Darm.), Sp. *seguridad*, Pg. *seguridade*.]

**I. The condition of being secure.**

**1. a.** The condition of being protected from or not exposed to danger; safety.
**1432-50** tr. Higden (Rolls) I. 77 Also hit [Paradise] hathe securite, to the whiche seyenge the altitude of the place berrethe testimonie [Lat. *Habet et securitatem cui attestatur loci altitudo*]. **1492** RYMAN *Poems* lxxx. 3 in *Archiv Stud. neu. Spr.* LXXXIX. 249 Thyne eye of grace vpon vs cast, Of helth and of securitee. **1582** STANYHURST *Æneis* I. (Arb.) 25 Therefor No worldly corner can theyme securitye warrant. **1617** MORYSON *Itin.* II. 13 This Earle providing for his securitie, about this time imprisoned the above mentioned sonnes of Shane ONeale. **1745** in *Col. Rec. Pennsylv.* V. 26 Some Provision should be made for the Security of our Frontier Settlements at least. **1781** GIBBON *Decl. & F.* xxxi. III. 229 The emperor and his court enjoyed.. the security of the marshes and fortifications of Ravenna. **1861** M. PATTISON *Ess.* (1889) I. 46 The Esterlings.. lay in security behind their walls, while the Flemish and other foreign residents fell helpless victims to the rage of the populace. **1903** A. SMELLIE *Men of Covenant* xxxii. (ed. 2) 352 His security lay, of course, in his lord's displeasure.

**b.** The safety or safeguarding of (the interests of) a state, organization, person, etc., against danger, esp. from espionage or theft; the exercise of measures to this end; (the maintenance of) secrecy about military movements or diplomatic negotiations; in espionage, the maintenance of cover. Hence (with capital initial), a department (in government service, etc.) charged with ensuring this. (This sense tends towards 'the condition of making secure'.)
**1941** *Times* 16 July 3/1 In order to ensure public security, the occupation of the principal localities in Syria and the Lebanon will be undertaken in accordance with the programme which will allow immediate replacement of French by the occupying forces. **1941** E. JOHN *Lofoten Let.* 34 Major Talbot.. prides himself.. on the 'security' of this expedition... [*note*] That is the Army term for what normal people call 'secrecy'. **1945** [see LEAKAGE 2]. **1955** *Bull. Atomic Sci.* Apr. 165/3 'Security', as it relates to the continuing struggle between the free world and the Soviet bloc, is an abundantly common yet widely misunderstood word. **1959** *Listener* 8 Oct. 558/1 You can call at offices, clubs, studios, and institutions—anywhere that does not verge on security—and usually they will tell you, foreigner though you are, the telephone numbers of their staff. **1961** R. SETH *Anat. Spying* v. 83 In the spy's vocabulary, Security means doing nothing that is likely to reveal his clandestine rôle... Each separate aspect of Security may be small.. but any one aspect neglected is sufficient to cause the spy's downfall. **1965** M. ALLINGHAM *Mind Readers* vi. 59, I thought that might have been what Security told you when they sent for you. **1976** M. DELVING *China Expert* iv. 44 Security persuaded him to leave the army, and a place was found for him in.. MI5. **1976** *Daily Tel.* 20 July 2/3 Security at places like the airport is always under review. **1982** *Observer* 6 June 1/7 While Israeli reaction has been to praise the British police.. there is some evidence that security outside the hotel was lax.

**2.** Freedom from doubt; confidence; assurance. Now chiefly, well-founded confidence, certainty.