# Exhibit O

Page 1

1          IN THE UNITED STATES DISTRICT COURT
2        NORTHERN DISTRICT OF OHIO EASTERN DIVISION
3            * * * * * * * * * * * * * * * * * * * * * * * * * *
4   TELEBRANDS CORPORATION,
          Plaintiffs
5
6       vs.                      CASE NO.
                                 1:23-cv-00631-BMB
7
    WINSTON PRODUCTS, LLC
8         Defendants
9            * * * * * * * * * * * * * * * * * * * * * * * * * *
10           VIDEOTAPED EXPERT DEPOSITION OF:
11            JAMES L. GLANCEY, Ph.D., P.E.
12
13                    Taken On:
14                   April 3, 2024
                     8:29 a.m.
15
16                    Taken at:
17                 Tucker Ellis, LLP
18               950 Main Ave Ste 1100
19                 Cleveland, Ohio
20
21
22
23
24           Stenographic Court Reporter:
        Kelliann D. Linberg, RPR, Notary Public
25

Page 2

1     APPEARANCES:

2

3     On behalf of the Plaintiffs:

4          Kelley Drye & Warren LLP

5          JOSHUA LONG, ESQ.

6          515 Post Oak Blvd

7          Suite 900

8          Houston, TX, 77027

9          Jlong@kelleydrye.com

10

11

12    On behalf of the Defendants:

13         Tucker Ellis, LLP

14         NICHOLAS B. CLIFFORD JR., ESQ.

15         100 S 4th St, Suite 600

16         St. Louis, MO, 63102

17         Nicholas.clifford@tuckerellis.com

18         (314) 571-4962

19

20

21    ALSO PRESENT:

22      RANDY ANDREWS, Videographer

23

24

25

1                      TRANSCRIPT INDEX

2                                            PAGE NO.

3    APPEARANCES...................................2

4    INDEX OF EXHIBITS............................4

5    INDEX OF OBJECTIONS..........................5

6    PROCEEDINGS BEGIN...........................11

7

8    EXAMINATION OF JAMES L. GLANCEY, Ph.D., P.E.:

9    DIRECT BY MR. CLIFFORD......................12

10     AFTERNOON SESSION........................145

11   REDIRECT BY MR. LONG.......................225

12

13

14

15

16

17   REPORTER'S CERTIFICATE.....................229

18

19

20   EXHIBIT CUSTODY:    RETAINED BY COURT REPORTER

21

22

23

24

25

Page 4

1                     INDEX OF EXHIBITS
2    Number                    Description              Marked
3    DEFENDANTS:                                        PAGE NO.
4    Exhibit 1         Declaration of Dr. James            15
                       Glancey, December 2023, with
5                      Attached Exhibits
6    Exhibit 2         Sur-Rebuttal Declaration of         15
                       Dr. James Glancey, March 2024
7
     Exhibit 3         Rebuttal Expert Declaration         77
8                      of John Feland, III, Ph.D.
9    Exhibit 4         12/26/2023 Letter To Vincent        90
                       Ferraro
10
     Exhibit 5         Exhibit B to Opening Report,        91
11                     2013 Webster's Dictionary
                       Excerpts
12
     Exhibit 6         Oxford Thesaurus of English        102
13                     Excerpt
14   Exhibit 7         '870 Patent                        116
15   Exhibit 8         Winston's Updated Claim            134
                       Construction, 3/29/2024
16
     Exhibit 9         Dr. Glancey's Exhibit D from       158
17                     Surrebuttal
18
19
20
21
22
23
24
25

1                    INDEX OF OBJECTIONS
2    OBJECTION:                                    PAGE NO.
3    OBJECTION BY MR. LONG ...........................24
     OBJECTION BY MR. LONG ...........................30
4    OBJECTION BY MR. LONG ...........................30
     OBJECTION BY MR. LONG ...........................45
5    OBJECTION BY MR. LONG ...........................45
     OBJECTION BY MR. LONG ...........................46
6    OBJECTION BY MR. LONG ...........................46
     OBJECTION BY MR. LONG ...........................48
7    OBJECTION BY MR. LONG ...........................49
     OBJECTION BY MR. LONG ...........................50
8    OBJECTION BY MR. LONG ...........................50
     OBJECTION BY MR. LONG ...........................51
9    OBJECTION BY MR. LONG ...........................51
     OBJECTION BY MR. LONG ...........................52
10   OBJECTION BY MR. LONG ...........................53
     OBJECTION BY MR. LONG ...........................54
11   OBJECTION BY MR. LONG ...........................56
     OBJECTION BY MR. LONG ...........................57
12   OBJECTION BY MR. LONG ...........................60
     OBJECTION BY MR. LONG ...........................60
13   OBJECTION BY MR. LONG ...........................60
     OBJECTION BY MR. LONG ...........................61
14   OBJECTION BY MR. LONG ...........................61
     OBJECTION BY MR. LONG ...........................63
15   OBJECTION BY MR. LONG ...........................64
     OBJECTION BY MR. LONG ...........................65
16   OBJECTION BY MR. LONG ...........................66
     OBJECTION BY MR. LONG ...........................67
17   OBJECTION BY MR. LONG ...........................67
     OBJECTION BY MR. LONG ...........................67
18   OBJECTION BY MR. LONG ...........................68
     OBJECTION BY MR. LONG ...........................69
19   OBJECTION BY MR. LONG ...........................70
     OBJECTION BY MR. LONG ...........................71
20   OBJECTION BY MR. LONG ...........................72
     OBJECTION BY MR. LONG ...........................73
21   OBJECTION BY MR. LONG ...........................73
     OBJECTION BY MR. LONG ...........................73
22   OBJECTION BY MR. LONG ...........................74
     OBJECTION BY MR. LONG ...........................74
23   OBJECTION BY MR. LONG ...........................75
     OBJECTION BY MR. LONG ...........................76
24   OBJECTION BY MR. LONG ...........................76
     OBJECTION BY MR. LONG ...........................77
25   OBJECTION BY MR. LONG ...........................78
     OBJECTION BY MR. LONG ...........................79

1   OBJECTION BY MR. LONG .........................79
    OBJECTION BY MR. LONG .........................80
2   OBJECTION BY MR. LONG .........................80
    OBJECTION BY MR. LONG .........................81
3   OBJECTION BY MR. LONG .........................81
    OBJECTION BY MR. LONG .........................82
4   OBJECTION BY MR. LONG .........................82
    OBJECTION BY MR. LONG .........................83
5   OBJECTION BY MR. LONG .........................84
    OBJECTION BY MR. LONG .........................84
6   OBJECTION BY MR. LONG .........................85
    OBJECTION BY MR. LONG .........................85
7   OBJECTION BY MR. LONG .........................86
    OBJECTION BY MR. LONG .........................86
8   OBJECTION BY MR. LONG .........................87
    OBJECTION BY MR. LONG .........................87
9   OBJECTION BY MR. LONG .........................89
    OBJECTION BY MR. LONG .........................92
10  OBJECTION BY MR. LONG .........................94
    OBJECTION BY MR. LONG .........................95
11  OBJECTION BY MR. LONG .........................95
    OBJECTION BY MR. LONG .........................96
12  OBJECTION BY MR. LONG .........................97
    OBJECTION BY MR. LONG .........................98
13  OBJECTION BY MR. LONG .........................99
    OBJECTION BY MR. LONG .........................99
14  OBJECTION BY MR. LONG .........................99
    OBJECTION BY MR. LONG ........................100
15  OBJECTION BY MR. LONG ........................100
    OBJECTION BY MR. LONG ........................100
16  OBJECTION BY MR. LONG ........................101
    OBJECTION BY MR. LONG ........................101
17  OBJECTION BY MR. LONG ........................101
    OBJECTION BY MR. LONG ........................101
18  OBJECTION BY MR. LONG ........................102
    OBJECTION BY MR. LONG ........................102
19  OBJECTION BY MR. LONG ........................103
    OBJECTION BY MR. LONG ........................103
20  OBJECTION BY MR. LONG ........................104
    OBJECTION BY MR. LONG ........................104
21  OBJECTION BY MR. LONG ........................104
    OBJECTION BY MR. LONG ........................105
22  OBJECTION BY MR. LONG ........................105
    OBJECTION BY MR. LONG ........................107
23  OBJECTION BY MR. LONG ........................108
    OBJECTION BY MR. LONG ........................108
24  OBJECTION BY MR. LONG ........................108
    OBJECTION BY MR. LONG ........................109
25  OBJECTION BY MR. LONG ........................109
    OBJECTION BY MR. LONG ........................109

Page 7

```
 1   OBJECTION BY MR. LONG ........................109
     OBJECTION BY MR. LONG ........................110
 2   OBJECTION BY MR. LONG ........................110
     OBJECTION BY MR. LONG ........................111
 3   OBJECTION BY MR. LONG ........................111
     OBJECTION BY MR. LONG ........................112
 4   OBJECTION BY MR. LONG ........................112
     OBJECTION BY MR. LONG ........................113
 5   OBJECTION BY MR. LONG ........................114
     OBJECTION BY MR. LONG ........................114
 6   OBJECTION BY MR. LONG ........................114
     OBJECTION BY MR. LONG ........................115
 7   OBJECTION BY MR. LONG ........................115
     OBJECTION BY MR. LONG ........................116
 8   OBJECTION BY MR. LONG ........................117
     OBJECTION BY MR. LONG ........................118
 9   OBJECTION BY MR. LONG ........................118
     OBJECTION BY MR. LONG ........................118
10   OBJECTION BY MR. LONG ........................118
     OBJECTION BY MR. LONG ........................119
11   OBJECTION BY MR. LONG ........................119
     OBJECTION BY MR. LONG ........................120
12   OBJECTION BY MR. LONG ........................120
     OBJECTION BY MR. LONG ........................121
13   OBJECTION BY MR. LONG ........................121
     OBJECTION BY MR. LONG ........................121
14   OBJECTION BY MR. LONG ........................122
     OBJECTION BY MR. LONG ........................122
15   OBJECTION BY MR. LONG ........................123
     OBJECTION BY MR. LONG ........................123
16   OBJECTION BY MR. LONG ........................124
     OBJECTION BY MR. LONG ........................125
17   OBJECTION BY MR. LONG ........................126
     OBJECTION BY MR. LONG ........................126
18   OBJECTION BY MR. LONG ........................127
     OBJECTION BY MR. LONG ........................127
19   OBJECTION BY MR. LONG ........................127
     OBJECTION BY MR. LONG ........................129
20   OBJECTION BY MR. LONG ........................130
     OBJECTION BY MR. LONG ........................131
21   OBJECTION BY MR. LONG ........................131
     OBJECTION BY MR. LONG ........................132
22   OBJECTION BY MR. LONG ........................133
     OBJECTION BY MR. LONG ........................134
23   OBJECTION BY MR. LONG ........................134
     OBJECTION BY MR. LONG ........................135
24   OBJECTION BY MR. LONG ........................135
     OBJECTION BY MR. LONG ........................135
25   OBJECTION BY MR. LONG ........................137
     OBJECTION BY MR. LONG ........................137
```

```
 1   OBJECTION BY MR. LONG ........................137
     OBJECTION BY MR. LONG ........................138
 2   OBJECTION BY MR. LONG ........................139
     OBJECTION BY MR. LONG ........................140
 3   OBJECTION BY MR. LONG ........................140
     OBJECTION BY MR. LONG ........................141
 4   OBJECTION BY MR. LONG ........................141
     OBJECTION BY MR. LONG ........................142
 5   OBJECTION BY MR. LONG ........................142
     OBJECTION BY MR. LONG ........................143
 6   OBJECTION BY MR. LONG ........................143
     OBJECTION BY MR. LONG ........................144
 7   OBJECTION BY MR. LONG ........................144
     OBJECTION BY MR. LONG ........................144
 8   OBJECTION BY MR. LONG ........................147
     OBJECTION BY MR. LONG ........................148
 9   OBJECTION BY MR. LONG ........................151
     OBJECTION BY MR. LONG ........................152
10   OBJECTION BY MR. LONG ........................152
     OBJECTION BY MR. LONG ........................153
11   OBJECTION BY MR. LONG ........................154
     OBJECTION BY MR. LONG ........................154
12   OBJECTION BY MR. LONG ........................155
     OBJECTION BY MR. LONG ........................156
13   OBJECTION BY MR. LONG ........................156
     OBJECTION BY MR. LONG ........................156
14   OBJECTION BY MR. LONG ........................157
     OBJECTION BY MR. LONG ........................157
15   OBJECTION BY MR. LONG ........................158
     OBJECTION BY MR. LONG ........................159
16   OBJECTION BY MR. LONG ........................160
     OBJECTION BY MR. LONG ........................161
17   OBJECTION BY MR. LONG ........................161
     OBJECTION BY MR. LONG ........................161
18   OBJECTION BY MR. LONG ........................161
     OBJECTION BY MR. LONG ........................162
19   OBJECTION BY MR. LONG ........................162
     OBJECTION BY MR. LONG ........................163
20   OBJECTION BY MR. LONG ........................163
     OBJECTION BY MR. LONG ........................164
21   OBJECTION BY MR. LONG ........................164
     OBJECTION BY MR. LONG ........................165
22   OBJECTION BY MR. LONG ........................166
     OBJECTION BY MR. LONG ........................166
23   OBJECTION BY MR. LONG ........................166
     OBJECTION BY MR. LONG ........................167
24   OBJECTION BY MR. LONG ........................167
     OBJECTION BY MR. LONG ........................168
25   OBJECTION BY MR. LONG ........................168
     OBJECTION BY MR. LONG ........................169
```

1    OBJECTION BY MR. LONG ........................169
     OBJECTION BY MR. LONG ........................170
2    OBJECTION BY MR. LONG ........................171
     OBJECTION BY MR. LONG ........................171
3    OBJECTION BY MR. LONG ........................171
     OBJECTION BY MR. LONG ........................172
4    OBJECTION BY MR. LONG ........................172
     OBJECTION BY MR. LONG ........................172
5    OBJECTION BY MR. LONG ........................173
     OBJECTION BY MR. LONG ........................173
6    OBJECTION BY MR. LONG ........................174
     OBJECTION BY MR. LONG ........................175
7    OBJECTION BY MR. LONG ........................175
     OBJECTION BY MR. LONG ........................176
8    OBJECTION BY MR. LONG ........................178
     OBJECTION BY MR. LONG ........................178
9    OBJECTION BY MR. LONG ........................178
     OBJECTION BY MR. LONG ........................178
10   OBJECTION BY MR. LONG ........................179
     OBJECTION BY MR. LONG ........................179
11   OBJECTION BY MR. LONG ........................179
     OBJECTION BY MR. LONG ........................180
12   OBJECTION BY MR. LONG ........................180
     OBJECTION BY MR. LONG ........................180
13   OBJECTION BY MR. LONG ........................181
     OBJECTION BY MR. LONG ........................183
14   OBJECTION BY MR. LONG ........................184
     OBJECTION BY MR. LONG ........................185
15   OBJECTION BY MR. LONG ........................185
     OBJECTION BY MR. LONG ........................186
16   OBJECTION BY MR. LONG ........................186
     OBJECTION BY MR. LONG ........................187
17   OBJECTION BY MR. LONG ........................187
     OBJECTION BY MR. LONG ........................188
18   OBJECTION BY MR. LONG ........................189
     OBJECTION BY MR. LONG ........................190
19   OBJECTION BY MR. LONG ........................192
     OBJECTION BY MR. LONG ........................192
20   OBJECTION BY MR. LONG ........................192
     OBJECTION BY MR. LONG ........................193
21   OBJECTION BY MR. LONG ........................193
     OBJECTION BY MR. LONG ........................194
22   OBJECTION BY MR. LONG ........................195
     OBJECTION BY MR. LONG ........................195
23   OBJECTION BY MR. LONG ........................196
     OBJECTION BY MR. LONG ........................196
24   OBJECTION BY MR. LONG ........................197
     OBJECTION BY MR. LONG ........................197
25   OBJECTION BY MR. LONG ........................198
     OBJECTION BY MR. LONG ........................199

```
1    OBJECTION BY MR. LONG ..........................200
     OBJECTION BY MR. LONG ..........................200
2    OBJECTION BY MR. LONG ..........................200
     OBJECTION BY MR. LONG ..........................201
3    OBJECTION BY MR. LONG ..........................202
     OBJECTION BY MR. LONG ..........................204
4    OBJECTION BY MR. LONG ..........................205
     OBJECTION BY MR. LONG ..........................206
5    OBJECTION BY MR. LONG ..........................208
     OBJECTION BY MR. LONG ..........................209
6    OBJECTION BY MR. LONG ..........................209
     OBJECTION BY MR. LONG ..........................212
7    OBJECTION BY MR. LONG ..........................213
     OBJECTION BY MR. LONG ..........................213
8    OBJECTION BY MR. LONG ..........................213
     OBJECTION BY MR. LONG ..........................214
9    OBJECTION BY MR. LONG ..........................215
     OBJECTION BY MR. LONG ..........................215
10   OBJECTION BY MR. LONG ..........................218
     OBJECTION BY MR. LONG ..........................218
11   OBJECTION BY MR. LONG ..........................218
     OBJECTION BY MR. LONG ..........................219
12   OBJECTION BY MR. LONG ..........................219
     OBJECTION BY MR. LONG ..........................221
13   OBJECTION BY MR. LONG ..........................221
     OBJECTION BY MR. LONG ..........................222
14   OBJECTION BY MR. LONG ..........................222
     OBJECTION BY MR. LONG ..........................222
15   OBJECTION BY MR. LONG ..........................223
     OBJECTION BY MR. LONG ..........................223
16   OBJECTION BY MR. LONG ..........................224
     OBJECTION BY MR. LONG ..........................225
17   OBJECTION BY MR. LONG ..........................225
     OBJECTION BY MR. CLIFFORD ......................227
18   OBJECTION BY MR. CLIFFORD ......................227
19
20
21
22
23
24
25
```

Page 11

1                P R O C E E D I N G S

2                    - - - - -

3          THE VIDEOGRAPHER:  Good morning.  We are

4   going on the record at 8:29 a.m. on April 3, 2024.

5   This is Media Unit Number 1 of the video recorded

6   deposition of James Glancey taken by counsel for the

7   Defendant in the matter of Telebrands Corporation

8   versus Winston Products, LLC.  Filed in the United

9   States District Court, Northern District of Ohio,

10  Eastern Division, Case Number 1:23-CV-00631.

11         We are at 950 Main Avenue in Cleveland,

12  Ohio.  My name is Randy Andrews representing Veritext.

13  I am the videographer.  The court reporter is Kelliann

14  Linberg, also with Veritext.  Counsel present please

15  identify themselves for the record, beginning with the

16  noticing attorney.

17         MR. CLIFFORD:  My name is Nicholas

18  Clifford. I'm with Tucker Ellis on behalf of Defendant,

19  Winston Products.

20         MR. LONG:  Joshua Long with Kelley Drye on

21  behalf of Telebrands, the Plaintiff.

22         THE VIDEOGRAPHER:  If you could, clip your

23  microphone on for me, that be great. I heard you,

24  but --

25         MR. LONG:  Do you want me to repeat?

Page 12

 1           THE VIDEOGRAPHER:  Yeah, if you would.

 2           MR. LONG:  Joshua Long with Kelley Drye on

 3    behalf of the Plaintiff, Telebrands.

 4                      -  -  -  -  -

 5           JAMES L. GLANCEY, Ph.D., P.E., of lawful

 6    age, called for examination, as provided by the Ohio

 7    Rules of Civil Procedure, being by me first duly sworn,

 8    as hereinafter certified, deposed and said as follows:

 9      DIRECT EXAMINATION OF JAMES L. GLANCEY, PH.D., P.E.

10    BY MR. CLIFFORD:

11           Q.    Dr. Glancey, would you state your full

12    name, please?

13           A.    James Lawrence Glancey.

14           Q.    I am going to just go through a couple

15    preliminaries. I am sure you've been through this

16    before.  But you understand that you are here today to

17    give complete and accurate responses to my questions;

18    is that correct?

19           A.    Yes.

20           Q.    Okay.  And is there anything impairing your

21    ability to testify today?  Medical conditions or

22    otherwise?

23           A.    No.

24           Q.    And you intend to give truthful testimony

25    today, correct?

Page 85

1          Q.    You are not giving us a definition of what

2     the plain of ordinary meaning is --

3                MR. LONG:  Objection.

4          Q.    -- are you?

5                MR. LONG:  Objection.  Form.

6          A.    I am not -- I'm not an attorney, but my

7     understanding is when we invoke the plain and ordinary

8     meaning, no definition is required --

9          Q.    Okay --

10         A.    -- if you use the plain and ordinary

11    meaning.

12         Q.    I'm not asking what your understanding of

13    the law is.  I am asking -- I am just asking you to

14    agree that you are, in fact, not providing a definition

15    of what the plain and ordinary meaning is, right?

16               MR. LONG:  Objection.  Form.  Asked and

17    answered.

18         A.    I'll take it a step further.  I believe --

19    not only do I believe that we do not have to provide a

20    definition when a plain and ordinary meaning

21    instruction comes from the Court, I did not do that

22    here because I did not feel -- my understanding is, it

23    was not -- it is not necessary, and that's why I didn't

24    do it.  We are supposed to use the plain and ordinary

25    meaning of these terms.

1      Q.    Now, throughout the opening and surrebuttal

2   reports here, you cite some dictionary definitions in

3   your reports, but you never say which definition is the

4   plain and ordinary meaning of the terms as used in the

5   patent, do you?

6            MR. LONG:  Objection.  Form.

7   Mischaracterizes his testimony.

8      A.    Yeah, I don't believe I said anything of

9   that.  I cited those dictionary definitions not as the

10  foundation for what the plain and ordinary meaning was.

11  That was not the purpose.

12           The purpose of me citing those definitions

13  was to rebut Dr. Feland's constructions.  So, my -- my

14  references to definitions was strictly for the purposes

15  of rebutting what Dr. Feland had proposed in his

16  constructions.

17     Q.    Okay.  So, your opening report and your

18  surrebuttal report do not actually state what a POCITA

19  considered the plain and ordinary meaning to be of any

20  of the disputed claim terms, right?

21           MR. LONG:  Objection.  Form.  Asked and

22  answered.

23     A.    I think I have said it already.  My opinion

24  is, a POCITA uses the plain and ordinary meaning of

25  these terms, period.  There was no definition provided

Page 87

1   because there wasn't one required.

2        Q.    All right.  Let's look at the Group A

3   terms, okay?  So, Group A terms are: "secured", "to

4   couple", and "couple to", right?

5        A.    You are referring to -- where are you

6   referring to?  Page 14?

7        Q.    Yeah.

8        A.    Okay.

9        Q.    And I think we are using the phrase, Group

10  A terms just as a shorthand for those three claim

11  terms; is that fair?

12       A.    Yeah, absolutely.

13       Q.    Okay.

14       A.    I took hesitation because at some point it

15  goes from "secured" to "secured to".  So, I just want

16  to make sure I was reading from the same place you

17  were.

18       Q.    Right.  Well -- so, I guess we will get to

19  that.  But I am just using your declaration here, which

20  is Exhibit 1.  And as Group A, it says: "secured", "to

21  couple", and "coupled to", right?

22       A.    You read that correctly.

23       Q.    Okay.  So, here in Paragraph 46, you said

24  what you understood Winston Products' proposed claim

25  constructions to be for those three claim terms, right?

Page 88

1     A.    Yeah.

2     Q.    And then, in particular, you said that for

3  "secured", Winston's proposed claim construction was,

4  "permanently attached," right?

5     A.    That is what it says there, yes.

6     Q.    And as of December 29th, which was, I

7  think, the date of your --

8     A.    That is correct.

9     Q.    -- report, Winston had already changed its

10  construction by that time, correct?

11     A.    I don't know if I knew that or not. I was

12  basing it on the tables that I had read prior to the

13  29th.  I don't know -- I will be candid with you, I

14  don't know if I knew that, that Winston had changed its

15  construction.  Certainly, they had by the time I wrote

16  my surrebuttal.

17     Q.    Yeah.

18     A.    I was aware of it then.  I can't say that I

19  knew that when I wrote this report.

20     Q.    And that may be fair, you might not have

21  known it, but by that point in time, in fact, Winston

22  had offered new claim constructions to Telebrands'

23  counsel.  Are you aware of that now?

24          MR. LONG:  Objection.  Form.

25     A.    As I said, I may not have been aware of

```
                                                    Page 111
 1        A.    I haven't made that assessment.  I can look
 2   at that.  Can you hand me the patent and I will make
 3   that assessment, please?
 4        Q.    So, let's start with the '870.
 5        A.    (Indicating).  This is not the complete
 6   '870 Patent.
 7             MR. LONG:  Need to take a break?
 8             MR. CLIFFORD:  Yeah.
 9             THE VIDEOGRAPHER:  Off the record at 11:16.
10                   -   -   -   -   -
                     (Off the record.)
11                   -   -   -   -   -
12             THE VIDEOGRAPHER:  On the record at 11:17.
13   BY MR. CLIFFORD:
14        Q.    So, let's go back to, couple and secured.
15   Do you agree that the meanings of, couple and secured
16   overlap?
17             MR. LONG:  Objection.  Form.
18        A.    They might.  I can also see where they
19   don't.  I can see examples.  From an engineering
20   perspective, again, they don't have the same meaning.
21             Do the meanings potentially overlap?  They
22   might.  I hadn't really considered that.  There was no
23   reason for me to make that kind of comparison.  The
24   patents, as I read them, don't require a reader to make
25   that comparison.
```

Page 112

1      Q.   So, take a look at Exhibit 3, please.  This

2   is Dr. Feland's report.

3      A.    (Indicating).

4      Q.   So, please turn to Page 24, Paragraph 61.

5      A.    I'm there.

6      Q.   Okay.  So, in Paragraph 61, Dr. Feland says

7   that, "Because of the overlapping nature of the terms,

8   like 'secured' and 'coupled', if the Court were not to

9   construe them, as Dr. Glancey -- as suggested by

10  Dr. Glancey, this would lead to an inherent ambiguity

11  regarding their meaning and scope in the

12  Patents-in-Suit, even to a POCITA at the time of

13  invention".

14          Now, you did not address in your report,

15  even though Dr. Glancey mentions the overlapping nature

16  of those words, what the difference is between secured

17  and coupled, correct?

18          MR. LONG:  Objection.  Form.  You mean

19  Dr. Feland?

20      A.   Yeah, you named me.  You should have said

21  him.

22      Q.   Strike that.

23          Even though Dr. Feland said in Paragraph 61

24  of his report that there was an overlapping nature

25  between the terms, secured and coupled, you did not

Page 113

1    address that in your report and explain the difference

2    between them, did you?

3                    MR. LONG:  Objection.  Form.

4         A.    I did not compare the term because there is

5    no reason to compare the terms when reading the claims.

6    There is no option given to the reader of the claims

7    that, choose -- choose either secure or coupled to

8    connect things.  There is no -- there is no phrasing

9    like that that would require a reader to make that

10   comparison between the two.  The patent claims are very

11   clear.

12                   They choose secure in some instances, they

13   choose coupled in some other instances, or "to couple",

14   "couple to".  There is no impetus for me to make that

15   comparison because the claims don't require any such

16   comparison.

17        Q.    So, your opinion is that, couple, as it is

18   used in the patents, is unambiguous?

19                   MR. LONG:  Objection.  Form.

20        A.    The patents are unambiguous.  The claims

21   are unambiguous, I should say.

22        Q.    So, you also then opine that the word,

23   secured, as used in the patents, is unambiguous?

24                   MR. LONG:  Objection.  Form.

25        A.    Yes.

Page 114

1      Q.    Okay.  And your surrebuttal, despite the

2    opinions of Dr. Feland in Paragraph 61, and the

3    paragraphs that follow, do not explain why both the

4    words, couple and secured, as they appear in the

5    patents, does not create ambiguity, do you?

6              MR. LONG:  Objection.  Form.

7      A.    Can you rephrase that?  I got kind of lost.

8    I was thinking while I was listening.

9      Q.    Your reports do not specifically explain,

10   despite what Dr. Feland said in Paragraph 61, and the

11   paragraphs that follow, why the words, couple and

12   secured, as used in the patents, do not create

13   ambiguity?

14             MR. LONG:  Objection.  Form.

15     A.    I read Dr. Feland's opinion.  I went back

16   and re-read the claims.  There is no motivation,

17   reason, or need to compare those two terms when you

18   read the claims.  There is no reason to compare those

19   terms.

20             And just because terms may or may not be

21   overlapping, or have some overlapping meanings, is not

22   reason to still take them at their plain and ordinary

23   meaning.  Those -- those terms were used exclusively at

24   different places, and there is no confusion about

25   should I use the word, secure, or should I use the

1  well, I think, now I want to point to you.

2            So, it does use the word, secure, or

3  secured, in the context of connecting the hose to a

4  water source.  So, the patent does do that.  You were

5  asking, well, I had that hypothetical, and one could

6  secure.  You would imagine that.

7            In the patent -- I went back and read it at

8  lunchtime -- and I forgot to mention that on Page 24 of

9  my surrebuttal, there is a couple examples quoted from

10 the specification where the patent does attempt to

11 clarify some of these things.

12            So, Page 24, middle of the page, "For

13 example, when the hose 10 of the present invention is

14 utilized as a garden hose around a house, coupler 18 is

15 secured to a faucet or water outlet".  So, the

16 specification takes it a step further and starts to

17 instruct and inform what the inventors had in mind in

18 terms of how to properly interpret and use their --

19 their word choice of, secured.

20            They are giving you a clear example right

21 here.  And they do another one.  There's another

22 example further down on that same page.

23       Q.    All right.  So, doesn't that exacerbate the

24 ambiguity, because now they are using the same words

25 interchangeably for the exact same connection?

1             MR. LONG:  Objection.  Form.

2        A.    No.  No, I don't think there is any

3    ambiguity whatsoever.  It is very clear what they say

4    here.

5        Q.    So, you can secure or you can couple the

6    threaded connection where you are screwing a coupler to

7    the faucet on the side of a house?

8             MR. LONG:  Objection.  Form.

9        A.    That's the example that I just pointed to

10   here, yeah.

11       Q.    Right.  So, how is anybody looking at this

12   patent supposed to figure out the difference between a

13   connection that is exactly the same?  So, you,

14   yourself, said this connection right here on Page 19,

15   which is a faucet with a threaded connection -- now

16   that's a standard hose, but it uses the same type of

17   threaded connection as the hoses at issue here, okay.

18   There is one way to do that threaded connection, right?

19            MR. LONG:  Objection.  Form.

20       Q.    This specific faucet, there is only one way

21   to attach to that, right?

22            MR. LONG:  Objection.

23       Q.    You thread to that faucet with a threaded

24   coupler, correct?

25            MR. LONG:  Objection. Form.

1        A.     There is one way to make -- to connect the

2    hose?

3        Q.     Yeah.

4        A.     You engage the threads and you rotate them

5    until they are firm.

6        Q.     Right.  So, your example, and the patent

7    calls for, in Claim 1 of the '870 Patent, for that

8    connection to be coupled, right?

9        A.     Uh-huh.

10        MR. LONG:  Objection.

11        Q.     And now you are saying, well,

12    alternatively, there is some language in the spec that

13    says you could also secure it?

14        A.     Uh-huh.

15        Q.     All right. But, so, that connection right

16    there on Page 19 of your surrebuttal report can mean

17    either couple or secured?

18        MR. LONG:  Objection.  Form.

19    Mischaracterizes his testimony.

20        A.     That's not what I said.  The claims are

21    very clear.  The claims say secure and couple at

22    different places.

23        There is no -- there is no option given to

24    a reader of the patent that says you can secure it or

25    couple it.  The claims are crystal clear in terms of

Page 179

1   where they use those words at the required times.  And

2   if you look at the claims, there is no, you can secure

3   it or you can couple it.

4           I said this before, there is no ambiguity

5   there.  When you need to secure something, it says

6   secure.  And it says, in other places, you can couple.

7       Q.   All right.  So, tell me, on Page 19, is

8   that hose coupled or secured to that faucet?

9           MR. LONG:  Objection.  Form.

10      A.   It is coupled.

11      Q.   And how do you know that?

12          MR. LONG:  Objection.  Form.

13      A.   It is using a threaded connection to make

14  that attachment of the hose to that spigot.

15      Q.   Are you sure that that is not a hose of the

16  present invention utilized as a garden hose around a

17  house where the coupler is secured to a faucet or water

18  outlet on an exterior of the wall of the house?  That's

19  not the exact same thing as what we see in the photo on

20  Page 19.

21          MR. LONG:  Objection.  Form.

22      A.   (Indicating).  Yes, as the patent states,

23  the coupler 18 is secured to the faucet or water

24  outlet.  So, it is a coupling that is secured, as is

25  stated in Column 10 of the patent.

Page 180

1          Q.    So, it is both coupled and secured?

2          A.    No, that's not what I said.

3                MR. LONG:  Objection.  Form.

4          A.    It is a coupler that is secured.  It is not

5    coupled to.  It is a coupler is secured.

6          Q.    You said -- okay.  We'll leave it there.

7                MR. CLIFFORD:  Let's take a break.

8                THE VIDEOGRAPHER:  Going off the record at

9    1:40.

10                       -   -   -   -   -

                        (Off the record.)

11                       -   -   -   -   -

12                THE VIDEOGRAPHER:  On the record.  This is

13    the beginning of Media Unit Number 5.  The time is

14    2:02.

15    BY MR. CLIFFORD:

16          Q.    All right.  Dr. Glancey, I want to move on

17    to Group B terms now.  If you could, open your original

18    report, please, to -- we will start on Page 15 just to

19    identify which terms we are talking about.

20          A.    Okay (indicating).

21          Q.    So, this is the set of three phrases.  I

22    read them before, but I will get them in the record

23    again, that we are calling Group B terms.

24                First is, "Said inner and outer tubes,

25    unsecured between said first and second ends so that

Page 181

1   said outer tube is not held in frictional contact with

2   said inner tube so that said outer tube can move freely

3   along said inner tube".

4           And the second one says, "Said inner tube

5   is unsecured to said outer tube between said first and

6   second ends so that said outer tube can move freely

7   over said inner tube".

8           And and third one is, "Said flexible inner

9   tube unsecured to said flexible outer tube between said

10  first and second ends so that said flexible outer tube

11  can move freely over said flexible inner tube ".

12          Did I read those Group B terms correctly?

13      A.    Yes.

14      Q.    Great.  All right.  So, let's look, for a

15  second, over to your Paragraph 52 in the opening

16  report.

17      A.    I'm there.

18      Q.    All right.  And, actually, before we get to

19  52, I just want to confirm.  So, with respect to your

20  opinions on Group B terms, you believe that a person of

21  ordinary skill would apply a plain meaning to these,

22  and that they do not need to be construed by the Court;

23  is that fair?

24      A.    Correct.

25      Q.    Okay.  And you go on at the beginning of

Page 227

1    'coupled to'."  Yes, it specifically addresses the

2    overlapping issue.

3           Q.    And what is your reasoning addressing

4    the -- in contrast to Dr. Feland's opinion?

5           A.    Well, I think if you just take these terms

6    and use their plain and ordinary meaning, there would

7    be no confusion.

8                  MR. LONG:  No further questions.

9                  MR. CLIFFORD:  No questions.

10                 THE VIDEOGRAPHER:  This concludes today's

11   testimony and we'll go off the record at 3:32.

12                 (Off the video record).

13                 MR. LONG:  Read and sign.

14

15     (The Videotaped Deposition was concluded at 3:32 p.m.)

16

17

18

19

20

21

22

23

24

25

Page 228

1       Whereupon, Counsel was requested to give
2   instruction regarding the witness's review of the
3   transcript pursuant to the Civil Rules.
4
5                    SIGNATURE:
6
7       Transcript review was requested pursuant to the
8   applicable Rules of Civil Procedure.
9
10                   TRANSCRIPT DELIVERY:
11  Counsel was requested to give instruction regarding
12  delivery date of transcript.
13      Original transcript?
        Mr. Clifford:  Yes, expedited delivery.
14
15      Certified transcript?
        Mr. Long:  Yes, three day expedited delivery.
16
17
18
19
20
21
22
23
24
25

Page 229

1                  REPORTER'S CERTIFICATE

2 The State of Ohio,    )

                       SS:

3 County of Cuyahoga.   )

4        I, KELLIANN D. LINBERG, RPR, a Notary Public

5 in and for the State of Ohio, duly commissioned and

6 qualified, certify that the within named witness,

7 JAMES GLANCEY, Ph.D., P.E., was by me duly sworn to

8 testify the whole truth, in the cause aforesaid; that

9 the testimony was taken down by me in stenotypy in the

10 presence of said witness; afterwards transcribed upon a

11 computer; that the foregoing is a true and correct

12 transcript of the testimony given by said witness taken

13 at the time and place in the foregoing caption

14 specified.

15        I further certify that I am not a relative,

16 employee, or attorney of any of the parties hereto, or

17 of any attorney or counsel employed by the parties, or

18 financially interested in the action.

19        IN WITNESS WHEREOF, I have hereunto set my

20 hand and affixed my seal of office at Cleveland, Ohio,

21 on this 8th day of April, 2024.

22

23      Kelliann D. Linberg, RPR

     Notary Public within and for the State of Ohio

24      My commission expires: May 25, 2024.

25